UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | No. 01-591 L |
| Plaintiffs, | ) | Judge Diane Gilbert Sypolt |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION OF *AMICI* AND APPLICANTS-FOR-INTERVENTION FOR LEAVE TO PRESENT ORAL ARGUMENT**

By Order dated October 29, 2004, the Court has set oral argument on pending cross-motions for summary judgment for December 8, 2004 at 3:00 p.m.

By Order dated November 6, 2003, the Court allowed the Natural Resources Defense Council ("NRDC") to file a brief *amicus curiae* in support of the defendants' motion for summary judgment and allowed applicants for intervention, Pacific Coast Federation of Fishermen's Associations ("PCFFA") to likewise file an *amicus* brief in support of defendants' motion.[1]

By this motion, *amicus* NRDC and *amicus* and applicant for intervention PCFFA respectfully move the Court for leave to present a brief oral argument by one attorney on behalf of both groups at the hearing on December 8, 2004. NRDC and PCFFA make this motion

[1] The Court in that same Order also allowed The Klamath and Yurok Indian Tribes to file an *amicus* brief. The *amici* Tribes are not a part of this motion.

because the issues addressed in their *amicus* filings are likely to arise during the argument on December 8, 2004. Counsel who will present argument on behalf of both *amici*, Mr. John Echeverria, is the director of the Georgetown Environmental Law & Policy Institute at the Georgetown University Law Center and has substantial expertise in property takings issues, and both NRDC and PCFFA believe that a brief opportunity to address the Court orally may "prove helpful to the court in sorting out the complex property interests in this case." Order of Nov. 6, 2003, at 2.

Counsel for NRDC and PCFFA have conferred with counsel for the federal defendants who do not oppose this request. Counsel has also attempted to conferred with counsel for the plaintiffs but has been unable to speak directly with counsel and does not know what position plaintiff will take on this motion and would, therefore, have the Court assume plaintiffs will oppose this request.

For the foregoing reasons, NRDC and PCFFA respectfully request that they be allowed to present a brief oral argument at the hearing on December 8, 2004.

Respectfully submitted this 24th day of November, 2004.

/s/ Todd D. True
TODD D. TRUE (WSB #12864)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
ttrue@earthjustice.org

ROBERT B. WIYGUL (LA BAR #17411)
Waltzer & Associates
178 Main Street, Suite 103
Biloxi, MS 39530
(228) 374-0700
(228) 374-0725 *[FAX]*
Robert@waltzerlaw.com

*Attorneys for Amici and Applicants for Intervention Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, the Wilderness Society, Klamath Forest Alliance, Oregon Natural Resources Council, WaterWatch of Oregon, Northcoast Environmental Center, and Sierra Club*

/s/ Todd D. True, for *

JOHN D. ECHEVERRIA
Georgetown Environmental Law & Policy Institute
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9863

*Counsel for Amicus Curiae NRDC*

*per e-mail authorization of 11/23/04

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On November 29, 2004, I served a true and correct copy of the following documents on the parties listed below:

1. Joint Motion of *Amici* and Applicants-for-Intervention for Leave to Present Oral Argument

| | |
|---|---|
| Roger J. Marzulla<br>Nancie G. Marzulla<br>Marzulla & Marzulla<br>1350 Connecticut Avenue, N.W., Suite 410<br>Washington, D.C. 20036<br>Phone: 202-822-6760<br>Fax No. 202-822-6774<br>*Attorneys for Plaintiffs* | ☐ via facsimile<br>☐ via overnight courier<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via e-mail |
| Kris Tardiff<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>c/o U.S. Attorney's Office<br>55 Pleasant Street, Suite 352<br>Concord, NH 03301<br>Phone: 603-225-1562<br>Fax No. 603-225-1577<br>*Attorneys for Federal Defendant* | ☐ via facsimile<br>☐ via overnight courier<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via e-mail |
| Robin L. Rivett<br>Andrew T. Lloyd<br>Pacific Legal Foundation<br>10360 Old Pacerville Road, Suite 100<br>Sacramento, CA 95827<br>Phone: 916-362-2833<br>Fax No. 916-362-2932<br>*Attorneys for Amicus Curiae Pacific Legal Foundation* | ☐ via facsimile<br>☐ via overnight courier<br>☒ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via e-mail |

Curtis G. Berkey
Alexander, Berkey, Williams & Weathers, LLP
2000 Center Street, Suite 308
Berkeley, CA 94704
Phone: 510-548-7070
Fax No. 510-548-7080
*Attorney for Amicus Curiae*

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail

John D. Echeverria
Georgetown Environmental Law and Policy Institute
600 New Jersey Avenue, N.W.
Washington, D.C. 20001-2075
Phone: 202-662-9863
Fax No. 202-662-9005
*Attorney for Amicus Curiae Natural Resources Defense Council*

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail

Richard Whitman
David E. Leith
Assistant Attorneys General
Oregon Attorney General's Office
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301-4096
Phone: 503-378-6313
Fax No. 503-378-3465
*Attorneys for Amicus Curiae State of Oregon*

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of November, 2004, at Seattle, Washington.

Catherine Hamborg