# In the United States Court of Federal Claims

**No. 01-591**

**KLAMATH IRRIGATION DISTRICT,**
**AN OREGAN IRRIGATION DISTRICT, et al**

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Edward J. Damich

**Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop
Brian Bishop, Clerk