# In The United States Court of Federal Claims

No. 01-591 L

(Filed: December 14, 2004)

KLAMATH IRRIGATION DISTRICT et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 8, 2004, this case was designated as an electronic case. On December 3, 2004, the court received, in paper form, plaintiff's opposition to joint motion of amici and applicants-for-intervention for leave to present oral argument. The Clerk is directed to return the motion to plaintiff, and plaintiff is directed to file this motion and all further pleadings electronically.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge