# CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd of December 2004, a true and correct copy of Plaintiffs' Opposition to Joint Motion of Amici and Applicants-for-Intervention for Leave to Present Oral Argument, by placing the same in the United States mail, postage prepaid, addressed to the following counsel:

Kristine S. Tardiff, Esq.
Attorney of Record for Defendant
United States Department of Justice
Environment and Natural Resources Division
55 Pleasant St., 4th Floor
Concord, NH 03301

John D. Echeverria
Georgetown Environmental Law and Policy Institute
600 New Jersey Avenue, N.W.
Washington, DC 20001-2075

Todd D. True
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104

Robert B. Wiygul
Waltzer & Associates
178 Main Street
Suite 103
Biloxi, MS 39503

Brenda Colella
Brenda Colella