IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KLAMATH IRRIGATION DISTRICT et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 01-591L

Judge Francis M. Allegra

**NOTICE OF FILING AMENDED COMPLAINT WITH WRITTEN CONSENT OF DEFENDANT**

Plaintiffs, Klamath Irrigation District et al., notify the Court that they are filing a Second Amended Complaint, with the written consent of Defendant, to reflect subsequent actions taken by Defendant in delivering irrigation water to Plaintiffs. *See* RCFC 15(a). By this amendment, Plaintiffs are removing any claims for just compensation for water taken beyond the year 2001.

Respectfully submitted,

s/Nancie G. Marzulla
Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue NW, Suite 410
Washington, DC 20036
202-822-6760
202-822-6774 (facsimile)

Counsel for Plaintiffs

Dated: January 31, 2005