# In The United States Court of Federal Claims

No. 01-591 L

(Filed: February 15, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference was held in this case on February 14, 2005. Participating in the conference were Roger Marzulla and Nancie Marzulla, on behalf of plaintiff; Kristine Tardiff, on behalf of defendant; Robert Wiygull, on behalf of PCFFA; John Echeverria, on behalf of NRDC, amicus; Curtis Berkey, on behalf of Yurok Tribe, amicus; and Carl Ullman, on behalf of Klamath Tribe, amicus. Pursuant to discussions held at the conference:

1. On or before March 14, 2005, plaintiffs shall file a memorandum in support of their position that the irrigation districts have standing to represent the interests the individual farmers. On or before April 13, 2005, defendant shall file its response. As to further replies and responses, parties shall follow the filing deadlines delineated in the RCFC.

2. On or before March 14, 2005, the parties shall file simultaneous supplemental briefs on the property right issue, only addressing relevant legal authorities that have been decided since December 1, 2003.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge