# In The United States Court of Federal Claims

No. 01-591 L

(Filed: February 15, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In accordance with discussions held at the status conference held in this matter on February 14, 2005, the court hereby **ORDERS** that service of all filings in this matter shall be made electronically on all participants, including the following organizations and entities participating as *amicus curiae*: the State of Oregon, the Yurok Tribe, the Klamath Tribes, and the Natural Resources Defense Council.

It is the court's understanding that each of the *amici* listed herein, with the exception of the State of Oregon, maintains an active account in the court's electronic filing system and so is properly equipped to receive electronic service. The State of Oregon is hereby notified that if it wishes to receive filings in this case it must establish such an account.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge