IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | |
| Plaintiffs, | |
| v. | No. 01-591 L |
| UNITED STATES OF AMERICA, | Judge Diane Gilbert Sypolt |
| Defendant. | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE STANDING OF THE DISTRICTS TO BRING THESE CLAIMS ON BEHALF OF THEIR WATER USERS**

Plaintiffs move under Rule 56(a) of this Court for partial summary judgment to establish that the plaintiff districts have standing to bring claims on behalf of their representative water users. The grounds for this motion are contained in Plaintiffs' Supporting Memorandum, attached exhibit, and Proposed Findings of Uncontroverted Fact.

For all of the reasons set forth in their supporting memorandum and documents, Plaintiffs request that their Motion for Partial Summary Judgment to establish the standing of the plaintiff districts to bring claims on behalf of their water users be granted.

Respectfully submitted,

s/ Nancie G. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760

202-822-6774 (fax)

Dated: March 14, 2005