003E00042195

