# In The United States Court of Federal Claims

No. 01-591 L

(Filed: March 29, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

Oral argument on the property-rights issue is scheduled for March 30, 2005, at 10:00 a.m. (EST) in courtroom 6 of the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. At the oral argument, the parties should be prepared to discuss the following cases:

*Phillips v. Washington Legal Foundation*, 524 U.S. 156 (1998);
*Loretto v. Teleprompter Manhattan CATV Corp.*, 458 U.S. 419 (1982);
*Kaiser Aetna v. United States*, 444 U.S. 164 (1979);
*United States v. General Motors Corp.*, 323 U.S. 373 (1945);
*Cienega Gardens v. United States,* 331 F.3d 1319 (Fed. Cir. 2003);
*Conti v. United States*, 291 F.3d 1334 (Fed. Cir. 2002);
*Skip Kirchdorfer, Inc. v. United States*, 6 F.3d 1573 (Fed. Cir. 1993).

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge