IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-591 L |
| v. | ) | |
| | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to RCFC 6(b) and 6.1, and pursuant to the Court's Special Procedures Order (filed Dec. 17, 2004), Defendant United States hereby moves for a three week extension of the time, to and including May 4, 2005, to file its response to Plaintiffs' motion for partial summary judgment on the standing of the district plaintiffs to bring claims on behalf of the individual plaintiffs or water users. In support of this motion, Defendant states as follows.

1. Pursuant to the briefing schedule set forth in the Court's Order of February 15, 2005, on March 14, 2005, Plaintiffs filed their motion for partial summary judgment on the question of whether the district plaintiffs have standing to bring takings claims and contract claims on behalf of the individual water users in this case.

2. Defendant's response to Plaintiffs' motion is due on April 13, 2005.

3. Defendant finds that additional time is needed to respond to Plaintiffs' motion because the first two weeks of the four week period given to Defendant to prepare its response to Plaintiffs' motion coincided with the time period during which Defendant was engaged in preparations for the oral argument held before the Court on March 30, 2005.

4. In addition, Defendant's counsel of record will be in Chattanooga, Tennessee from April 5 through April 8, 2005, for the purposes of taking and defending depositions in *Cane Tennessee, Inc. v. United States*, No. 96-237L and 00-513L (Fed. Cl.). Defendant's efforts to schedule these depositions for another week were unsuccessful due to the conflicting schedules of four expert witnesses and opposing counsel in the case, which is scheduled for trial in July.

5. This is Defendant's first request for an extension of time to file its response to Plaintiffs' motion for partial summary judgment.

6. Defendant has contacted Plaintiffs' counsel regarding the extension requested in this motion and has been informed that Plaintiffs will not oppose the motion.

WHEREFORE, defendant respectfully requests that the Court grant this motion for a three week extension of time to file its response to Plaintiffs' motion for partial summary judgment, to and including May 4, 2005.

Dated: April 4, 2005

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

Attorney of Record for the Defendant