# In The United States Court of Federal Claims

No. 01-591 L

(Filed: April 5, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

On April 4, 2005, defendant filed an unopposed motion for an extension of time to respond to plaintiff's motion for partial summary judgment on the standing of the district plaintiffs to bring claims on behalf of individual water users. That motion is hereby **GRANTED**. Accordingly, on or before May 4, 2005, defendant shall file its response to plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge