## CHAPTER 228.

**AN ACT** [H. B. 51.]

To provide for the appropriation of water; granting right of eminent domain to the United States in certain cases; providing for the adjudication of certain water rights; providing for the appointment of a State Engineer, his qualifications, duties, salaries, and the records and fees of his office; providing for hydrographic and topographic surveys; appropriating certain funds; providing for the disposition of certain State lands and rights of way over same; and repealing all acts in conflict with this act.

*Be it enacted by the People of the State of Oregon:*

Section 1. *Appropriation of Water.* Any person, association, or corporation hereafter intending to acquire the right to the beneficial use of any waters for the reclamation of arid lands, shall post in a conspicuous place at the proposed point of diversion a written or printed notice containing the name of such applicant and the stream or other source of supply of such water, a brief description of the point of diversion and the nature of the beneficial use to which such waters are to be applied, and the exact date of posting, and shall within fifteen days thereafter file in the office of the clerk of the county in which such notice is posted, a duplicate thereof so attested, and shall within thirty days thereafter file in the office of the State Engineer a certified copy of such duplicate as filed in the office of the county clerk, which shall be accompanied by such information, maps, field notes, plans and specifications as may be necessary to show the method of construction. All such maps, field notes, plans, and specifications shall be made from actual surveys and measurements, and shall be retained in the office of the State Engineer; *provided,* that appropriation of water by the United States shall be made as provided in section 2.

Section 2. *Appropriation of Water by United States.* Whenever the proper officers of the United States, authorized by law to construct works for the utilization of water within this State, shall file in the office of the State Engineer a written notice that the United States intends to utilize certain specified waters, the waters described in such notice and unappropriated at the time of the filing thereof shall not be subject to further appropriation under the laws of this State, but shall be deemed

to have been appropriated by the United States; *provided*, that within a period of three years from the date of filing such notice the proper officer of the United States shall file final plans of the proposed works in the office of the State Engineer for his information; *and provided further*, that within four years from the date of such notice the United States shall authorize the construction of such proposed work. No adverse claims to the use of the water required in connection with such plans shall be acquired under the laws of this State except as for such amount of said waters described in such notice as may be formally released in writing by an officer of the United States thereunto duly authorized, which release shall also be filed in the office of the State Engineer. In case of failure of the United States to file such plans or authorized construction of such works within the respective periods herein provided, the waters specified in such notices, filed by the United States, shall become subject to appropriation by other parties. Notice of the withdrawal herein mentioned shall be published by the State Engineer in a newspaper published and of general circulation in the stream system affected thereby, and a like notice upon the release of any lands so withdrawn, such notices to be published for a period not exceeding thirty days.

Section 3. *Adjudication of Water Rights.* In any stream system where construction is contemplated by the United States under the Act of Congress, approved June 17, 1902, and known as the Reclamation Act, the State Engineer shall make a hydrographic survey of such stream system, and shall deliver an abstract thereof, together with an abstract of all data necessary for the determination of all rights for the use of the waters of such system, to the Attorney General of the State. The Attorney General, together with the district attorneys of the district affected by such stream system shall, at the request of the Secretary of the Interior, enter suit on behalf of the State of Oregon, in the name of the State, for the determination of all rights for the use of such waters, and shall diligently prosecute the same to a final adjudication.

Section 4. *Parties and Costs of Suits.* In any suit wherein the State is a party, for the determination of a right to the use of the waters of any stream system, all who claim the right to use such waters shall be made parties. When any such suit has been filed the court shall call upon the State Engineer to make or furnish a complete hydrographic survey of such stream system as hereinbefore provided, in order to obtain all data necessary to the determination of the rights involved.

The disbursements made in litigating the rights involved in such suit shall be taxed by the court as in other equity suits.

Section 5. *Decrees Adjudicating Water Rights.* Upon the adjudication of the rights to the use of the water of a stream system, a certified copy of the decree shall be prepared by the clerk of the court, without charge, and filed in the office of the State Engineer. Such decree shall in every case declare, as to the water right adjudged to each party, whether riparian or by appropriation, the extent, the priority, amount, purpose, place of use, and, as to water used for irrigation, the specific tracts of land to which it shall be appurtenant, together with such other conditions as may be necessary to define the right and its priority.

Section 6. *State Engineer, Appointment, Duties, Qualifications, and Salary.* A State engineer, technically qualified and experienced as an hydraulic engineer, shall be appointed by the Governor upon the recommendation of the director of the United States geological survey and confirmed by the Senate. He shall hold office for the term of four years from and after his appointment, unless sooner removed by the Governor for cause, and until his successor shall have been elected and shall have qualified. He shall have general supervision of all the measurements and records of appropriation of waters of the State, and of all surveys and engineering work in which the State may be interested, and for which funds are provided, and shall perform all work in connection therewith. He shall receive a salary of $2,400 per annum and actual and necessary traveling expenses while away from his office in the discharge of official duties, and shall not engage in private practice. He may employ assistants and purchase materials and supplies necessary for the proper conduct and maintenance of his office and department, in pursuance of appropriations as made from time to time for such purposes. The salaries and expenses of the office of the State Engineer shall be paid at the same time and in the same manner as those of other officers of the State. The office of the State Engineer shall be located at the seat of government in the capitol building. The State Engineer and his authorized assistants and agents, may enter upon any private property for the performance of their respective duties, doing no unnecessary injury thereto. The State Engineer shall prepare and deliver to the Governor on or before November 30th of the year preceding the regular session of the legislature, and at other times when required by the Gov-

ernor, a full report of the work of his office, including a detailed statement of the expenditures thereof, with such recommendations for legislation as he may deem advisable.

Section 7. *Oath and Bond of State Engineer.* Before entering upon the duties of his office the State Engineer shall give bond to the State with sufficient sureties in the sum of $5,000 for the faithful performance of his duties, which bond shall be approved by and filed in the office of the Secretary of State, together with the following oath of office: "I, ____________, being duly sworn, do say that I am the duly appointed State Engineer of the State of Oregon, and that I will faithfully and honestly perform the duties of such office, and that I am not directly or indirectly, pecuniarily or otherwise interested with any person, association, or corporation using or to use any of the waters of the State for any beneficial purpose, in such use thereof, and will not during my term of office become so interested therein, or receive any pecuniary aid or benefit therefrom, and shall not permit any assistant employed by me to be or become so interested or receive any pecuniary aid or benefit from such person, association, or corporation while so employed."

Section 8. *Records of State Engineer.* The records of the office of the State Engineer are public records and shall remain on file in his office and be open to the inspection of the public at all times during business hours. Such records shall show in full all maps, profiles, and engineering data relating to the use of water, and certified copies thereof shall be admissible as evidence in all cases where the original would be admissible as evidence.

Section 9. *Fees of State Engineer.* The State Engineer shall receive the following fees, to be collected in advance, and to be paid by him into the general fund of the State Treasury on the last day of March, June, September, and December of each year:

(*a*) For filing and recording notice of an appropriation of water, map and field notes of the same, $5.00.

(*b*) For blue print copy of any map, drawing, ten cents per square foot or fraction thereof. For other copies of drawings or any data furnished upon application, actual cost of work.

(*c*) For certifying to such copies, $1.00 for each certificate.

(*d*) For such work as may be required of his office, the fees provided by law.

Section 10. *Hydrographic and Topographic Surveys and Co-operation with the United States Government.* The State Engineer shall make hydrographic and topographic surveys and

investigations of each stream system and source of water supply in the State, beginning with those most used, obtaining and recording all available data pertaining to the water supply of this State. He is hereby authorized to coöperate with the agencies of the United States Government engaged in similar surveys and investigations, and in the construction of works for the development and use of the water supply of this State, expending for such purposes any money available for the work of his office.

For the purpose of making hydrographic and topographic surveys, there is hereby appropriated out of any moneys in the treasury not otherwise appropriated the sum of $2,500 annually for such hydrographic and $2,500 annually for such topographic surveys, such appropriations, however, being contingent upon the United States Government making a like apportionment for such purposes to be expended within the State.

Section 11. *Disposition of State Lands.* No lands belonging to the State, within the areas to be irrigated from work constructed or controlled by the United States, or its duly authorized agents, shall hereafter be sold except in conformity with the classification of farm units by the United States, and the title of such land shall not pass from the State until the applicant therefor shall have fully complied with the provisions of the laws of the United States and the regulations thereunder concerning the acquisition of the right to use water from such works, and shall produce the evidence thereof duly issued. After the withdrawal of lands by the United States for any irrigation project, no application for the purchase of State lands within the limits of such withdrawal shall be accepted, except under the conditions prescribed under that section. Any State lands needed by the United States for irrigation works shall be conveyed to the United States without charge.

Section 12. *Right of Way Over State Lands.* There is hereby granted over all the unimproved lands now or hereafter belonging to the State the necessary right of way for ditches, canals, and reservoir sites for irrigation purposes constructed by authority of the United States or otherwise. All conveyances of State land hereafter made shall contain a reservation of such right of way and reservoir sites.

Section 13. *Appropriations.* There is hereby appropriated out of the moneys in the general fund of the State Treasury, not otherwise appropriated, the sum of five thousand dollars annually, or so much thereof as may be necessary for the salary and expenses of the State Engineer and the services of

assistants, and expenses of the office and department of the State Engineer.

Section 14. But nothing in this act shall be construed as rescinding the cession by the State to the United States of lands, as provided in the act known as House Bill No. 1, passed by the Twenty-third Regular Session of the Oregon Legislature.

Filed in the office of the Secretary of State February 22, 1905.

---

## CHAPTER 229.

**AN ACT** [H. B. 370.]

To appropriate money for the payment of the expenses of the maintenance, repairs, improvements, equipment, and current expenses of the Insane Asylum, Penitentiary, Reform, Deaf Mute, and Blind Schools, University, Agricultural College, and Normal Schools, and other current expenses of the State, and declaring an emergency.

*Be it enacted by the People of the State of Oregon:*

Section 1. That the following sums, and no more, are hereby appropriated out of any moneys in the "general fund" in the State Treasury, not otherwise appropriated, for the several objects and purposes hereinafter named, for the two years commencing on the first day of January, 1905, and ending on the thirty-first day of December, 1906, viz:

| | |
|---|---|
| For the payment of the salaries of the officers and employés, and for the maintenance and general and contingent expenses of the Oregon State Insane Asylum, including the payment of the salaries of the trustees thereof, viz: for the Governor, $500 a year, and for the Secretary of State and State Treasurer, each $100 a year ---------- $ | 400,000 00 |
| For the payment of the expenses of constructing, finishing and furnishing new wing; for additional buildings, new lavatories, new heating plants, and betterments, and for the purchase of additional lands for the Oregon State Insane Asylum ---------- $ | 87,250 00 |
| For the payment of the expenses of the transportation of insane and idiotic persons committed to the Oregon State Insane Asylum ---- $ | 32,500 00 |

TOTAL P.07