IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-591 L |
| v. | ) | |
| | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SECOND SUPPLEMENTAL JOINT PRELIMINARY STATUS REPORT**

On January 31, 2005, Plaintiffs filed their Second Amended Complaint (docket #210). Defendant's Answer to the Second Amended Complaint was filed on February 17, 2004 (docket #213). Pursuant to RCFC Appendix A, the filing of the Second Amended Complaint and Defendant's Answer thereto triggers the requirement that the parties file a Joint Preliminary Status Report ("JPSR").

The Plaintiffs' Second Amended Complaint does not add any new allegations or claims, but instead limited Plaintiffs' claims to 2001. Accordingly, the parties have consulted and agree that they have nothing new to report to the Court in a supplemental JPSR. The parties therefore incorporate by reference their original JPSR, filed February 8, 2002 (docket # 22), and their Supplemental JPSR, filed September 15, 2003 (docket #107).

//

//

//

//

Dated: April 12, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

s/Nancie G. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
Tel: 202-822-6760
Fax: 202-822-6774

Attorney of Record for Plaintiffs

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577

Attorney of Record for the Defendant