# In The United States Court of Federal Claims

No. 01-591 L

(Filed: April 21, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

On February 28, 2005, this court allowed the Pacific Coast Federation of Fishermen's Associations (PCFFA) to intervene, as a defendant in this matter. On March 30, 2005, this court conducted oral argument on whether any of the plaintiffs possess property rights in the waters of the Klamath Basin. On April 12, 2005, plaintiffs filed a motion seeking reconsideration of this court's intervention order or, in the alternative, certification of the intervention order under 28 U.S.C. § 1292(d)(2).

Pursuant to RCFC 59(b), defendant and defendant-intervenor were not provided an opportunity to respond to plaintiffs' motion to reconsider, which the court denied by separate order filed this day. The court notes, however, that a substantial portion of plaintiffs' motion addressed questions central to the property-right issue currently pending before the court– an issue that has already been briefed and argued and on which no supplemental briefing has been ordered.

In the interest of fairness, therefore, the court hereby **ORDERS** that on or before May 19, 2005, defendant and defendant-intervenor may file supplemental briefs, not to exceed eight pages in length, to address those arguments raised in plaintiffs' motion for reconsideration that bear upon the property-right issue currently pending before the court.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge