# In The United States Court of Federal Claims

No. 01-591 L

(Filed: April 21, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

On March 30, 2005, the court heard oral argument on the parties' cross-motions for summary judgment on the property rights issue. In order to facilitate the court's consideration of those motions, the court hereby **ORDERS** that, on or before May 5, 2005, plaintiff shall provide to the court a list of citations to, and copies of, any statutes of the states of Colorado, Nebraska, Nevada, and Wyoming, which contain provisions similar to those of the Oregon Act of February 22, 1905 (General Laws of Oregon title 43, chapter 228).

Plaintiff's submission shall be limited to the citations to and copies of such statutes, and shall not provide any legal argument with respect thereto.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge