IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-591 L |
| UNITED STATES OF AMERICA, | ) | Judge Francis M. Allegra |
| Defendant. | ) | |

**PLAINTIFFS' SUBMISSION OF CITATIONS AND COPIES IN COMPLIANCE WITH COURT ORDER OF APRIL 21, 2005**

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-822-6774 (facsimile)

Dated: May 5, 2005

# TABLE OF CONTENTS

LIST OF CITATIONS……………………………………………………………..1

INDEX TO APPENDIX OF EXHIBITS Page(s)

Ex. A – Copies of Statutes…………………………………………………………1-44

THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT et al., Plaintiffs, | |
| v. | No. 01-591 L |
| UNITED STATES OF AMERICA, Defendant. | Judge Francis M. Allegra |

**PLAINTIFFS' SUBMISSION OF CITATIONS AND COPIES IN COMPLIANCE WITH COURT ORDER OF APRIL 21, 2005**

1. In accordance with the Court's order the following citations are provided:

**Nebraska**

1. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6807: Application for appropriation—Record—Examination—Appeal ……………………………Ex. A at 1, 2

2. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6808: Plat of works and lands…...…Ex. A at 3

3. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6810: Date of Priority………………Ex. A at 3

4. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6835: Reservoirs—Rights and liabilities of owners……………………………………………………….…...Ex. A at 4

5. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6841: Work of appropriator—Forfeiture of Rights…………………………………………… Ex. A at 5

6. 1911 Neb. Laws Ch. XXVI, Art. I, Sec. 6924x4: United States furnish individuals stored water……………………………………………………… Ex. A at 6, 7

7. Neb. Rev. St. § 46-273 (2004): Water; United States may furnish to individuals; conditions and requirements…………………………………...…Ex. A at 8

8. Neb. Rev. St. § 46-233 (2004): Application to appropriate water; time of making; contents; procedure; priority date; notice; hearing; temporary permit; emergency use…………………………………………………..…Ex. A at 9,10

**Nevada**

1. Law of March 6, 1913, ch. 35, § 1:Consenting to use of lake—Proviso…………………………………………………………....Ex. A at 11, 12

2. Law of March 21, 1913, ch. 192, § 48: "Person" defined…………………...Ex. A at 13

3. Law of March 21, 1913, ch. 192, § 59: Method of appropriation……….Ex. A at 14, 15

4. Law of March 21, 1913, ch. 192, § 65(as amended 1919): To fix time of beginning construction—Extension, when—Proviso……...……….………Ex. A at 16

5. Law of March 21, 1913, ch. 192, § 69: Statement on application—Form and procedure………………………………………….Ex. A at 17, 18

6. Nev. Rev. Stat. § 533.010 (2004): "Person" defined……………………..…..Ex. A at 19

7. Nev. Rev. Stat. § 533.325 (2004): Application to state engineer for permit……………………………………………………………….....Ex. A at 20

8. Nev. Rev. Stat. § 533.350 (2004): Applications to be accompanied by maps, drawings and other data…………………………………………....Ex. A at 21

9. Nev. Rev. Stat. § 533.037 (2004): Determination of priority of water right acquired for use in federal reclamation project; no additional water rights granted…………………………………...………….Ex. A at 22

**Colorado**

1. 1911 Co. Laws Ch. LXXII, Art. I, Sec. 3182: Map of ditch or reservoir to be filed……………………………………………………………….…Ex. A at 23

2. 1911 Co. Laws Ch. LXXII, Art. I, Sec. 3183: Statement attached to map…..Ex. A at 24

3. 1911 Co. Laws Ch. LXXII, Art. I, Sec. 3186: Certified copy evidence—Diligent construction……………………………………...….Ex. A at 25, 26

4. 1911 Co. Laws Ch. LXXII, Art. I, Sec. 3202: Reservoirs—Right to water—Right of Way—Condemnation—Embankments over 10 feet submit to county board……………………………………………………..Ex. A at 27, 28

5. Colo. Rev. Stat. § 37-92-103(8) (2004): Definitions; "Person"……………..Ex. A at 29

6. Colo. Rev. Stat. § 37-87-125 (2004): Notice of intent to construct impoundment structure…………………………………………………………...…Ex. A at 30

7. Colo. Rev. Stat § 37-41-101. Irrigation district—organization—purposes……………………………………………………….Ex. A at 31, 32

8. Colo. Rev. Stat § 37-41-125. Construction—contracts……………………...Ex. A at 33

**Wyoming**

1. 1910 Wyo. Compiled Stat., ch. 58, § 727: Application for permit…………..Ex. A at 34

2. 1910 Wyo. Compiled Stat., ch. 58, § 728: Duty of state engineer…………..Ex. A at 35

3. 1910 Wyo. Compiled Stat., ch. 58, § 734: Maps to be filed………………...Ex. A at 36

4. 1910 Wyo. Compiled Stat., ch. 58, § 739: Date of Priority………………….Ex. A at 37

5. 1910 Wyo. Compiled Stat., ch. 58, § 741: Rights limited to use …………...Ex. A at 38

6. Wyo. Rev. Stat. § 41-3-301 (2004) Application for construction permit; contents; procedure……………………………………….…………………Ex. A at 39

7. Wyo. Rev. Stat. § 41-4-501 (2004): Permit require prior to construction…...Ex. A at 40

8. Wyo. Rev. Stat. § 41-4-507 (2004): Maps and plats; when required with application; contents; format requirements; copies; duties of state engineer generally…………………………………………………………………Ex. A at 41, 42

9. Wyo. Rev. Stat. § 41-4-510 (2004): Maps and plats; additional information; cross section plans; plans of obstructions; reservoir specifications; field notes…………………………………………………....Ex. A at 43

10. Wyo. Rev. Stat § 41-4-512 (2004): Final proof of appropriation; date of priority……………………………………………………………..……Ex. A at 44

s/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-822-6774 (facsimile)

Dated: May 5, 2005