IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | ) | |
| Plaintiffs, | ) | No. 01-591 L |
| v. | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF POSSIBLE FORTHCOMING**
**OREGON ATTORNEY GENERAL'S MEMORANDUM**

Now pending before the Court are two motions for partial summary judgment: one to determine if the water districts can bring a takings claim on behalf of their water users and the other to determine if the plaintiffs' water rights are property.

The Oregon Attorney General's office, in its capacity as legal counsel for the Oregon Department of Water Resources, has indicated that it intends to submit a guidance memorandum by July 15, 2005 in the Klamath Basin Adjudication administrative proceeding, discussing the ownership of water rights under Oregon law and possibly analyzing the law of representative capacity of the water districts. The Oregon Attorney General's office ordinarily does not take a position with respect to the facts of an on going adjudication; rather, the Water Resources Department files a legal memorandum analyzing disputed issues of state law in order to assist the Administrative Law Judge.

Plaintiffs believe that because this guidance memorandum should be available within the next thirty days, holding resolution in these pending motions is warranted, if the Court agrees that the Attorney General's analysis could assist it in deciding these motions.

Respectfully submitted,

s/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (facsimile)

Dated: June 15, 2005

Counsel for Plaintiffs