IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., Plaintiffs, | ) |
| v. | No. 01-591 L |
| UNITED STATES OF AMERICA, Defendant. | Judge Francis M. Allegra |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF POSSIBLE FORTHCOMING OREGON ATTORNEY GENERAL'S MEMORANDUM**

On June 15, 2005, plaintiffs filed a notice that the Oregon Attorney General's Office, in its capacity as legal counsel for the Oregon Department of Water Resources (ODWR), has indicated its intent to submit a "guidance memorandum" in the Klamath Basin Adjudication by July 15, 2005. Although plaintiffs have long urged this Court to act more expeditiously on pending motions and have taken the position that this case need not be stayed or deferred because of the ongoing Adjudication, plaintiffs now suggest that the Court should defer ruling on the motions pending in this case to allow for consideration of the ODWR memorandum. Defendant disagrees.

The State of Oregon has participated in this litigation through the submission of amicus briefs on a number of occasions. See Oregon Amicus Briefs, dated June 24, 2002 (Doc. No. 51), and July 30, 2002 (Doc. No. 61). The State has sought leave to appear as an *amicus curiae* when, for example, it has found it necessary "to respond to the positions of all parties regarding the predicate issues uniquely within the State's expertise to the extent the State believes those positions do not accurately reflect Oregon law or facts relating to the Klamath Basin water rights

adjudication." Oregon's Mot. for Leave to Appear as *Amicus Curiae*, dated June 24, 2002 (Doc. No. 45). In addition, as an *amicus* participant in this case, the State of Oregon now receives electronic notice of all filings by the parties, the defendant-intervenor and other *amici* participants such as the Natural Resources Defense Council (NRDC) and the Yurok Tribe and Klamath Tribes. Although the other *amici* participants filed status reports in response to the Court's Order of December 17, 2004, and appeared and participated in the oral argument held by the Court on March 30, 2005, the State of Oregon did not avail itself of these opportunities. Presumably, if the State of Oregon found it necessary or appropriate to submit a further *amicus curiae* brief on matters of Oregon state law or related to the Adjudication, it would have done so.

Moreover, as set forth in Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment on the Standing of the Districts to Bring Claims on Behalf of Their Water Users (Doc. No. 232), the question of whether the district plaintiffs have standing to bring Fifth Amendment takings claims or contract claims against the United States on behalf of their water users is a question of federal law. The question of whether these same districts can bring claims and contests on behalf of their water users in the Klamath Basin Adjudication is a question of state law that has no bearing on the standing questions before this Court.

Accordingly, plaintiffs' notice presents no valid basis for deferring a ruling on the pending motions because of the proceedings in the Adjudication. Although the parties have agreed that a ruling on the plaintiffs' motion on standing should be deferred pending the Supreme Court's ruling in Orff v. United States, the question of whether the plaintiffs have a compensable property right in Klamath Project water is fully briefed and the Court's ruling on that question need not be deferred.

Dated: June 21, 2005

Respectfully submitted,

KELLY A. JOHNSON
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
Attorney of Record for the Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
55 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

STEPHEN M. MACFARLANE
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814-232
Tel: (916) 930-2204
Fax: (916) 930-2210

REGINALD T. BLADES, JR.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972