# In The United States Court of Federal Claims

No. 01-591 L

(Filed: June 27, 2005)

---

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

---

**ORDER**

---

On June 23, 2005, the Supreme Court of the United States issued a decision in *Orff v. United States*, No. 03-1566, 2005 WL 1469360 (U.S. June 23, 2005). On or before July 22, 2005, the parties shall file memoranda, not to exceed ten (10) pages, describing the effect, if any, of the Supreme Court's decision in *Orff* on the issue of third-party beneficiary standing in this action.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge