IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-591 L |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Francis M. Allegra |
| Defendant, | ) | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, the United States, respectfully requests the Court to grant us leave to file a copy of the decision issued by the United States Court of Appeals for the Ninth Circuit on August 10, 2005, in John E. Smith et al. v. Central Arizona Water Conservation District, No. 03-16962, 2005 WL 1876363 (9th Cir. 2005). In this decision, consistent with its prior decisions in Orff v. United States, 358 F.3d 1137 (9th Cir. 2004), aff'd on other grounds, 125 S. Ct. 2606 (2005), and Klamath Water Users Protective Ass'n v. Patterson, 204 F.3d 1206 (9th Cir. 2000), the Court of Appeals for the Ninth Circuit held that the plaintiff landowners were not third-party beneficiaries of contracts between the United States and irrigation districts entered into pursuant to Federal water reclamation law. This recently issued decision in the area of reclamation water contracts and third-party beneficiary law may be of assistance to the Court in reaching its decision in this case.

For these reasons, we respectfully request the Court to grant us leave to file this supplemental authority.

Dated: August 11, 2005

Respectfully submitted,

KELLY JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
Attorney of Record for the Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577

STEPHEN M. MACFARLANE
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814-232
Tel: (916) 930-2204/Fax: (916) 930-2210

REGINALD T. BLADES, JR.
United States Department of Justice
Civil Division
Commercial Litigation Branch
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7300/Fax: (202) 307-0972