IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-591 L |
| UNITED STATES OF AMERICA, | ) | Judge Francis M. Allegra |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO MOVE FOR RECONSIDERATION**

Plaintiffs move to enlarge the time within which to file a motion for reconsideration of (and related relief from) this Court's opinion, dated August 31, 2005, for thirty-two (32) days, up to and including October 17, 2005. *See* RCFC 6.1. A motion for reconsideration would otherwise be due on September 15, 2005. *See* RCFC 59(b).

This extension of time is necessary to allow counsel and the numerous Plaintiffs to adequately consult regarding certain possible factual and legal errors in this Court's August 31, 2005 opinion. This consultation is complicated by the complexity of the case, the numerosity of the Plaintiffs, their location in rural Oregon, and the fact that this is the height of the agricultural harvest season in the Klamath Valley and thus the busiest time of year for most of the Plaintiffs. Plaintiffs' counsel also needs to review this Court's opinion in greater detail and discuss the results of this review, and available options, with the clients. Plaintiffs' Executive Committee has not yet met and reached agreement on the options it wishes to pursue as a result of the August 31, 2005 opinion. This additional time will allow Plaintiffs' Executive Committee to reach an informed decision on its next steps in this complex litigation.

Plaintiffs have not previously requested that this Court grant them an enlargement to the time within which to file a motion for reconsideration. Plaintiffs' counsel discussed this request with counsel for Defendant, Kristine Tardiff, who has consented to this enlargement.

Accordingly, Plaintiffs respectfully request a thirty-two (32) day extension of time to move for reconsideration of the Court's opinion, up to and including October 17, 2005.

Respectfully submitted,

s/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (facsimile)

Dated: September 14, 2005

Counsel for Plaintiffs