IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 01-591 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

In accordance with this Court's order of September 23, 2005 requiring the parties to file a joint status report on or before October 14, 2005, indicating how they suggest that this case should proceed, the parties report to the Court as follows:

1. Plaintiffs plan to file a Motion to Certify to the Federal Circuit the issue of whether Plaintiffs possess a property right by October 21, 2005.

2. The parties request that no further proceedings on the contract claim occur until the Court has decided the Motion to Certify.

3. Following the Court's determination of that Motion, the parties will submit status reports to the Court within 14 days setting forth their views and recommendations on further proceedings in this Court.

Respectfully submitted,

s/ Nancie G. Marzulla
Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.

Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (facsimile)

Counsel for Plaintiffs

KELLY JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
55 Pleasant Street, Suite 352
Concord, NH 03301
(603) 230-2583
(603) 225-1577 (fax)

REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Counsel for Defendants

Dated: October 14, 2005