# In The United States Court of Federal Claims

No. 01-591 L

(Filed: October 14, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

On October 13, 2005, the parties filed a joint status report indicating that plaintiffs expect to file a motion to certify to the Federal Circuit the issue of whether plaintiffs possess a property right. Accordingly, on or before October 21, 2005, plaintiffs shall file their motion to certify. The memorandum accompanying motion shall discuss, in detail, plaintiff's view on how this case would proceed if the motion to certify were denied, including whether the remaining issues are amenable to resolution via summary judgment or would require a trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge