**003F00040**

BEFORE THE OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF OREGON
for the
WATER RESOURCES DEPARTMENT

In the Matter of the Determination of the Relative rights of the Waters of the Klamath River, a Tributary of the Pacific Ocean

| | |
|---|---|
| Edward & Marilyn Livingston, Sylvia G. Bruce, ~~WaterWatch of Oregon, Inc.~~, Horsefly Irrigation District, Langell Valley Irrigation District, Rogue River Valley Irrigation District, Medford Irrigation District, Roger Nicholson, Richard Nicholson, Agri Water, LLC; Jim McAuliffe, McAuliffe Ranches, Maxine Kizer, Ambrose McAuliffe, Susan McAuliffe, Joe McAuliffe Company, Kenneth L. Tuttle and Karen L. Tuttle dba Double K Ranch, ~~Dave Wood~~, Kenneth Zamzow, Anita Nicholson, Wm. S. Nicholson, John B. Owens, Kenneth Owens, Wm. L. Brewer, Mary Jane Danforth, Jane M. Barnes, Franklin Lockwood Barnes, Jr., Jacob D. Wood, Elmore E. Nicholson, Mary Ann Nicholson, Gerald H. Hawkins, Hawkins Cattle Co., Owens & Hawkins, Harlowe Ranch, Terry M. Bengard, Tom Bengard, Dwight T. Mebane, Helen Mebane, Walter Seput, Clifford Rabe, Tom Griffith, William Gallagher, Thomas William Mallams, River Springs Ranch, Pierre A. Kern Trust, William V. Hill, Lillian M. Hill, Carolyn Obenchain, Lon Brooks, William C. Knudtsen, Wayne Jacobs, Margaret Jacobs, Robert Bartell, Rodney Z. James, Hilda Francis for Francis Loving Trust, David M. Cowan, James R. Goold for Tillie Goold Trust, Duane F. Martin, Peter M. Bourdet, Vincent Briggs, J.T. Ranch Co., Tom Bentley, Thomas Stephens, John Briggs, ~~Wm. Bryant~~, Klamath Irrigation District, Klamath Drainage District, Tulelake Irrigation District, Klamath Basin Improvement District, Ady District Improvement Company, Enterprise Irrigation District, Klamath Hills District Improvement Co., | **Klamath Tribes' Notice of Related Case and Supplemental Authority that may be Dispositive of "Proper Holder" Issues**<br><br>**Lead Case No. 003**<br><br>Consolidating Case Nos. 003, 118, 119, 120, 129, 137, 148, ~~149~~, and ~~150~~<br><br>Claim Nos. 142, 143, 144, 186, 194, 205, 211, 285, 286, ~~287~~[1], ~~288~~[2], 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 312, 317, 321, 322, 323, and 324,<br><br>Contests 0005, 0006, 0007, 0008, 0033, 0039, 0040, 0047, 0281, 0516, 0986, 1221, 1455, 1804, 2044, 2048, 2049, 2050[3], 2051, 2052, ~~2256~~, 2491, ~~2492~~, ~~2761~~, 2778, 2788, 2789, 2851[4], 2854, 2856[5], 2858, 2859, 2860, 2861, 2862, 2863, 2864, 2865, 2871, 2876, 2880, 2881, 2882, 2883[6], 3136[7], 3137[8], 3138[9], |

---

1 Claim 287 was voluntarily withdrawn by Oregon Department of Fish and Wildlife on September 26, 2003. *See* NOTICE OF WITHDRAWAL OF CLAIM.

2 Claim 288 was voluntarily withdrawn by David P. Henzel on July 1, 2003. *See* NOTICE OF WITHDRAWAL OF CLAIM.

3 Klamath Hills District Improvement Company voluntarily withdrew from Contests 2048, 2049, and 2050 on December 16, 2003. *See* WITHDRAWAL OF CLAIMS BY KLAMATH HILLS DISTRICT IMPROVEMENT COMPANY.

4 WaterWatch of Oregon, Inc. voluntarily withdrew from Contest 2851 on February 19, 2003. *See* WATERWATCH'S VOLUNTARY WITHDRAWAL OF CONTEST 2851.

5 By an Order dated May 20, 2003, WaterWatch of Oregon, Inc. was dismissed as a party contestant from all proceedings in the Klamath Basin Adjudication. *See* ORDER DISMISSING WATERWATCH OF OREGON, INC.'S CONTEST NOS 2820 ET AL.

6 Klamath Project Water Users' Renewed Motion to Strike Contest Nos. 2858, 2859-2865, 2871, 2876, and 2880-2883, and Dismiss WaterWatch as a Party was **GRANTED** on 4/03/03. *See* ORDER ON RENEWED MOTION TO STRIKE CONTESTS AND DISMISS WATERWATCH AS A PARTY AND MOTION TO RECONSIDER.

7 Langell Valley Irrigation District and Horsefly Irrigation District voluntarily withdrew from Contest 3136 on May 28, 2002. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY LANGELL VALLEY IRRIGATION DISTRICT AND HORSEFLY IRRIGATION DISTRICT.

| | | |
|---|---|---|
| Company, Poe Valley Improvement District, Shasta View Irrigation District, Sunnyside Irrigation District, Don Johnston & Son, Thomas J. Shaw/Modoc Lumber Co., Bradley S. Luscombe, Randy Walthal and Inter-County Title Co., Winema Hunting Lodge, Inc., Van Brimmer Ditch Co., Plevna District Improvement Company, Travis Huntly/Collins Products, LLC, The Klamath Tribes, Leland Woods Trust, Gary Griffith, Marjorie Divine, Victor Divine, David Griffith, Nora Griffith, | | 3176[10], 3184[11], 3191[12], 3197, 3208[13], 3209, ~~3210~~, ~~3211~~, 3212, 3213, 3214[14], 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3227, 3232, 3237, 3238, 3239, 3240[15], 3282, 3283, 3284, 3285, 3286, 3287, 3288, 3301[16], 3306, 3310, 3311, 3312, 3313[17], 3377, 3378, 3400, 3407, ~~3408, 3417, 3424~~, 3425, ~~3426~~, ~~3427~~, |

[8] Langell Valley Irrigation District and Horsefly Irrigation District voluntarily withdrew from Contest 3137 on August 21, 2002. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY LANGELL VALLEY IRRIGATION DISTRICT AND HORSEFLY IRRIGATION DISTRICT.

[9] Langell Valley Irrigation District and Horsefly Irrigation District voluntarily withdrew from Contest 3138 on March 21, 2003. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY LANGELL VALLEY IRRIGATION DISTRICT AND HORSEFLY IRRIGATION DISTRICT.

[10] Medford Irrigation District and Rogue River Valley Irrigation District voluntarily withdrew from Contest 3176 on December 5, 2002. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY MEDFORD AND ROGUE RIVER VALLEY IRRIGATION DISTRICTS.

[11] Horsefly Irrigation District and Langell Valley Irrigation District voluntarily withdrew, without prejudice, from Contests 3184 and 3197 on February 25, 2003. *See* VOLUNTARY WITHDRAWAL OF CONTESTS 3197 AND 3215 [*sic*] BY HORSEFLY AND LANGELL VALLEY IRRIGATION DISTRICTS.

[12] Medford Irrigation District and Rogue River Valley Irrigation District voluntarily withdrew, without prejudice, from Contest 3191 on May 1, 2003. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY MEDFORD AND ROGUE RIVER VALLEY IRRIGATION DISTRICTS.

[13] Horsefly Irrigation District and Langell Valley Irrigation District voluntarily withdrew, without prejudice, from Contest 3208 on February 25, 2003. *See* VOLUNTARY WITHDRAWAL OF CONTEST 3208 BY HORSEFLY AND LANGELL VALLEY IRRIGATION DISTRICTS.

[14] Horsefly Irrigation District and Langell Valley Irrigation District voluntarily withdrew, without prejudice, from Contest 3214 on February 25, 2003. *See* VOLUNTARY WITHDRAWAL OF CONTEST 3214 BY HORSEFLY AND LANGELL VALLEY IRRIGATION DISTRICTS.

[15] Medford Irrigation District and Rogue River Valley Irrigation District voluntarily withdrew, without prejudice, from Contests 3184, 3197, 3208, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3227, 3232, 3237, 3238, 3239, and 3240 on September 30, 2002. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY MEDFORD AND ROGUE RIVER VALLEY IRRIGATION DISTRICTS.

[16] Dave Wood voluntarily withdrew from Contests 3282-3288 and 3301 (Claims 293-299 and 312) on October 26, 2004.

[17] Dave Wood voluntarily withdrew from Contests 3310-3313 (Claims 321-324) on October 26, 2004.

[18] Klamath Irrigation District; Klamath Drainage District; Tulelake Irrigation District; Klamath Basin Improvement District; Ady District Improvement Company; Enterprise Irrigation District; Malin Irrigation District; Midland District Improvement Co.; Pine Grove Irrigation District; Pioneer District Improvement Company; Poe Valley Improvement District; Shasta View Irrigation District; Sunnyside Irrigation District; Don Johnston & Son; Bradley S. Luscombe, Randy Walthall; Inter-County Title Company; Winema Hunting Lodge, Inc.; Van Brimmer Ditch Company; Plevna District Improvement Company; and Collins Products, LLC voluntarily withdrew from Contests 3408, 3417, 3424, 3428 and 3629 on April 7, 2004. *See* NOTICE OF WITHDRAWAL OF CONTEST NOS. 3408, 3417, 3424, 3428 AND 3629.

[19] Klamath Hills District Improvement Company voluntarily withdrew, without prejudice, from Contests 2048, 2050, 2051, 3400, 3407, 3408, 3417, 3424, 3425, 3426, 3427, 3428, 3429, 3624, 3625, 3626, 3627, 3628, 3629, and 3630 on January 16, 2004. *See* VOLUNTARY WITHDRAWAL OF CONTEST BY KLAMATH HILLS DISTRICT IMPROVEMENT COMPANY.

[20] Don Vincent voluntarily withdrew from Contests 2048, 2049, 2050, 2051, 3400, 3407, 3408, 3417, 3424, 3425, 3426, 3427, 3428, 3429, 3624, 3625, 3626, 3627, 3628, 3629, 3630, 3635, and 3640 on November 28, 2000. *See* NOTICE OF WITHDRAWAL OF CLAIMANTS. Berlva Pritchard voluntarily withdrew from Contests 3400, 3407, 3408, 3412, 3417, 3424, 3425, 3426, 3427, 3428, 3429, 3624, 3625, 3626, 3627, 3628, 3629, 3630, 3635, and 3640 on June 24, 2002. *See* NOTICE OF WITHDRAWAL OF CLAIMANT.

[21] The Klamath Tribes withdrew from Contests 4218, 4219, 4220, 4221, 4222, 4223, 4224, 4225, and 4230 on December 3, 2002. *See* CONTEST DISMISSAL AGREEMENT AND STIPULATION BETWEEN KLAMATH PROJECT WATER USERS, THE KLAMATH TRIBES, AND THE UNITED STATES; [Proposed] Order of the Hearing Officer in Case 003.

| | |
|---|---|
| The Klamath Tribes, Leland Woods Trust, Gary Griffith, Marjorie Divine, Victor Divine, David Griffith, Nora Griffith, John V. Lilly, Edna B. Lilly, Earl Martin Kerns, Shirley F. Kerns, Phyllis Vincent, Don Buffington, Ralph Sterns, Rich Flink/Reams Golf and Country Club, Inc.; Leonard Baio;Gary Strong,<br><br>**Contestants,**<br><br>v.<br><br>Marta C. Carpenter; Flowers Bros. Inc.; Robert Flowers; Klamath Sprig and Honker Club, Inc.; Martin Scull; Karen Tucker; Sandral Tucker,<br><br>**Claimants,**<br><br>And<br><br>United States of America, Bureau of Reclamation; Geary Bros. Caledonia Ranch, a Co-Tenancy; Jeld-Wen, Inc. (Running Y Ranch),<br><br>**Claimants/ Contestants.** | ~~3428~~, 3429, 3624, 3625, 3626, 3627, 3628, ~~3629~~[18], 3630[19], 3635, 3640[20], 3826, 3827, 3828, 3837, 3839, 3843, 3846, 3851, 3858, 3859, ~~3860~~, ~~3861~~, 3862, 3863, 3864, 3865, 3866, 3867, 3868, 3869, 3870, 3871, 3872, 3873, 3874, 3875, 3876, 3995, 3998, 4167, 4168, 4169, 4179, 4181, 4188, 4193, 4210, 4211, ~~4212~~, ~~4213~~, 4214, 4215, 4216, 4217, 4218, 4219, 4220, 4221, 4222, 4223, 4224, 4225, 4230[21], 4234, 4235, 4236, 4237, 4951, and ~~4952~~ |

The Klamath Tribes hereby provide Notice to the Administrative Law Judge of a pending related case involving the claimants Bureau of Reclamation and KPWU, *Klamath Irrigation District, et al. v. United States*, No. 01-591 L (United States Court of Federal Claims). The related case addresses, among other things, the extent to which these competing claimants own water rights for the Klamath Project.

The Court in *Klamath Irrigation District* entered an opinion [2005 WL 2100579] dated August 31, 2005 (attached hereto as supplemental authority), which may be dispositive of the "proper holder" contentions advanced by KPWU in Case 003. The opinion also holds that the Oregon Water Resources Department's Closing Brief (no reference no.) filed in Case 003 on July 13, 2005, which had been submitted to the Court of Federal Claims, is flawed.[22] *See*, attached Slip Opinion at p. 28, n. 35.

We urge the ALJ's immediate attention to this related case, because the Court's legal analysis and holdings in *Klamath Irrigation District* are, at minimum, persuasive federal legal precedent on the "proper holder" issues currently on submission to the ALJ in Case 003 and may be

[1] The Tribes strongly disagree with many of the conclusions reached in OWRD'S brief, but have never had an opportunity to respond to it, because OWRD waited until the reply brief stage of the briefing schedule to file its brief thereby deriving interested parties the opportunity to respond to its flawed arguments.

dispositive of such issues; and because KPWU may now be precluded from relitigating those holdings in Case 003.

DATED this 2nd day of September, 2005

Respectfully submitted,

/S/ Walter Echo-Hawk

WALTER ECHO-HAWK, Colorado State Bar No. 005216
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Telephone: (303) 447-8760
Facsimile: (303) 443-7776
wechohwk@narf.org

/S/ Carl Ullman

CARL ULLMAN, Oregon State Bar No. 89156
Water Adjudication Project
The Klamath Tribes
P.O. Box 957
Chiloquin, OR 97624
Telephone: (541) 783-3081
Facsimile: (541) 783-2609
bullman3@earthlink.net

ATTORNEYS FOR THE KLAMATH TRIBES