UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | No. 01-591-FMA |
| Plaintiffs, | ) | Judge Francis M. Allegra |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| and | ) | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor. | ) | |

**MEMORANDUM OF INTERVENOR-DEFENDANT PCFFA AND *AMICI* IN OPPOSITION TO MOTION TO CERTIFY OR FOR ENTRY OF PARTIAL FINAL JUDGMENT**

For the reasons set forth in the United States' Opposition to Plaintiffs' Motion to Certify for Interlocutory Appeal or for Entry of Judgment Under RCFC 54(b), intervenor-defendant PCFFA and allied *Amici* also oppose the Plaintiffs' Motion to Certify for Interlocutory Appeal

or, in the Alternative for Entry of Judgment Under Rule 54(B).

Respectfully submitted this 7th day of November, 2005.

/s/ Todd D. True
TODD D. TRUE (WSB #12864)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
ttrue@earthjustice.org

ROBERT B. WIYGUL (LA BAR #17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS 39530
(228) 374-0700
(228) 374-0725 *[FAX]*
robert@waltzerlaw.com

*Attorneys for Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On November 7, 2005, I served a true and correct copy of the following documents on the parties listed below:

1. Memorandum of Intervenor-Defendant PCFFA and *Amici* in Opposition to Motion to Certify or for Entry of Partial Final Judgment.

Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, N.W., Suite 410
Washington, D.C. 20036
Phone: 202-822-6760
Fax No. 202-822-6774
*Attorneys for Plaintiffs*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by the Clerk

Kris Tardiff
U.S. Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
55 Pleasant Street, Suite 352
Concord, NH 03301
Phone: 603-225-1562
Fax No. 603-225-1577
*Attorneys for Federal Defendant*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by the Clerk

Robin L. Rivett
Andrew T. Lloyd
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
Phone: 916-419-7111
Fax No. 916-419-7747
*Attorneys for Amicus Curiae Pacific Legal Foundation*

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☐ via electronic service by the Clerk



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| Curtis G. Berkey<br>Alexander, Berkey, Williams & Weathers, LLP<br>2000 Center Street, Suite 308<br>Berkeley, CA 94704<br>Phone: 510-548-7070<br>Fax No. 510-548-7080<br>*Attorney for Amicus Curiae* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| John D. Echeverria<br>Georgetown Environmental Law and Policy Institute<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001-2075<br>Phone: 202-662-9863<br>Fax No. 202-662-9005<br>*Attorney for Amicus Curiae Natural Resources Defense Council* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| Richard Whitman<br>David E. Leith<br>Assistant Attorneys General<br>Oregon Attorney General's Office<br>Oregon Department of Justice<br>1162 Court Street N.E.<br>Salem, OR 97301-4096<br>Phone: 503-378-6313<br>Fax No. 503-378-3465<br>*Attorneys for Amicus Curiae State of Oregon* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of November, 2005, at Seattle, Washington.

Catherine Hamborg



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*