IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-591 L |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Francis M. Allegra |
| Defendant, | ) | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 6(b) and 6.1, and pursuant to the Court's Special Procedures Order (filed Dec. 17, 2004), Defendant United States hereby moves for a two week extension of the time, to and including February 3, 2006, to file its motion for summary judgment. In support of this motion, Defendant states as follows.

1. Pursuant to the briefing schedule set forth in the Court's Order of December 20, 2005 (Doc. 257), on or before January 20, 2006, Defendant is to file "a motion for summary judgment concerning the application herein of the sovereign acts and/or unmistakability doctrines[.]"

2. Prior to receiving the Court's scheduling Order of December 20, 2005, Defendant's counsel of record scheduled case-related travel during the week of January 9, 2006, including an oral argument on January 11, in the case of Firebaugh Canal Water Dist. v. United States, No. 05-262L (Fed. Cl.). In addition, Defendant's counsel of record has another

previously scheduled summary judgment brief due on January 20, 2005, in the case of Hash v. United States, No. 99-324S-MHW (D. Idaho).

3. To avoid conflict with these previously scheduled court deadlines and dates, and to allow sufficient time to prepare the summary judgment motion due in this case, Defendant requests a two-week extension of time, to and including February 3, 2006, to file its motion for summary judgment.

4. This is Defendant's first request for an extension of time to file the motion for summary judgment described above.

5. Defendant has contacted Plaintiffs' counsel regarding the extension requested in this motion and has been informed that Plaintiffs will not oppose the motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion for a two-week extension of time to file its motion for summary judgment, to and including February 3, 2006.

Dated: January 3, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

Attorney of Record for the Defendant