IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Defendant-Intervenor. | No. 01-591 L<br><br>Judge Francis M. Allegra |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 6(b) and 6.1, and pursuant to the Court's Special Procedures Order (filed Dec. 17, 2004), Defendant United States hereby moves for a two-week extension of the time, to and including February 17, 2006, to file its motion for summary judgment. In support of this motion, Defendant states as follows.

1. Pursuant to the Court's Order of December 20, 2005 (Doc. 257), Defendant is to file "a motion for summary judgment concerning the application herein of the sovereign acts and/or unmistakability doctrines[.]"

2. Defendant's motion was originally due on January 20, 2006. (Doc. 257). Defendant moved for a two-week extension of that filing deadline, to and including February 3, 2006. (Doc. 258). Defendant's motion was granted by the Court on January 5, 2006.

3. By this motion, Defendant seeks an additional two-week extension of time to file its motion for summary judgment as to Plaintiffs' contract claims, to and including February 17,

2006. This extension is required in order for both the Department of the Interior and the Department of Justice to complete their internal review of Defendant's motion and supporting memorandum. Because the issues that the Court has directed Defendant to address in this motion are also being addressed in other pending cases involving other Reclamation projects and contracts, additional time is needed for coordination of these cases prior to the filing of the government's brief in this case.

4. This is Defendant's second request for an extension of time to file the motion for summary judgment described above.

5. Defendant has contacted Plaintiffs' counsel regarding the extension requested in this motion and has been informed that Plaintiffs do not oppose the motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion for a two-week extension of time to file its motion for summary judgment, to and including February 17, 2006.

Dated: February 3, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

Attorney of Record for the Defendant