IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KLAMATH IRRIGATION DISTRICT, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

No. 01-591 L

Judge Francis M. Allegra

**DEFENDANT'S SUPPLEMENTAL APPENDIX**

**FILED IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AS TO PLAINTIFFS' CONTRACT CLAIMS**

**EXHIBITS 59 – 69**

**PAGES 543 – 596**

February 17, 2006

**INDEX OF EXHIBITS IN DEFENDANT'S SUPPLEMENTAL APPENDIX FILED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CONTRACT CLAIMS**[1]


| EXHIBIT NO. | DESCRIPTION | BEGINNING PAGE NUMBER |
|---|---|---|
| 59 | U.S. Fish & Wildlife Service, Threatened and Endangered Species System (TESS), Summary of Listed Species, Species and Recovery Plans as of 2/15<br><br>Document generated from FWS website at: http://ecos.fws.gov/tess_public/TESSBoxscore (last visited on February 15, 2006) | 543 |
| 60 | U. S. Fish & Wildlife Service, Threatened and Endangered Species System (TESS), Map of Listed Species by State/Territory as of January 26, 2006.<br><br>Map available on FWS website at: http://ecos.fws.gov/tess_public/servlet/gov.doi.tess_public.servlets.TESSUsmap?status=listed (last visited on January 26, 2006) | 545 |
| 61 | Klamath Project 2001 Annual Operations Plan (dated April 6, 2001) | 546 |
| 62 | Letters from Bureau of Reclamation to Van Brimmer Ditch Co., and to Klamath Drainage District, dated Sept. 2, 2000 | 551 |


---

[1]Defendant's Exhibit ("Def. Ex.") numbers 1 through 42 are the exhibits contained in Defendant's Appendix (dated October 3, 2003) and Supplemental Appendix (dated March 31, 2004), both of which were filed in support of its Cross-Motion for Summary Judgment on plaintiffs' takings claims. Defendant's Exhibit numbers 43 through 58 are the exhibits contained in the Appendix filed in support of Defendant's Cross-Motion for Summary Judgment on the Question of Whether the Individual Plaintiffs' Have Standing to Bring Contract Claims as Intended Third-Party Beneficiaries (dated April 26, 2004). To avoid confusion in the numbering of exhibits, the additional exhibits attached hereto begin with exhibit number 59 and appendix page number 543.

| EXHIBIT NO. | DESCRIPTION | BEGINNING PAGE NUMBER |
|---|---|---|
| 63 | Letters from Department of the Interior officials responding to letters received by the Department concerning the operation of the Klamath Project in 2001. from early 2001 stating that "[f]orecasts of water supplies in the Klamath basin for the 2001 water year are currently nearly half of average conditions" | 555 |
| 64 | Letter from Bureau of Reclamation to Klamath Project Water Users, dated March 2, 2001. Subject: 2001 Operation Planning Update and Notice that Klamath Project Water Not Currently Available | 561 |
| 65 | Letters from Karl E. Wirkus, Area Manager, Bureau of Reclamation, Klamath Falls, to (A) NMFS, (B) FWS and (C) Klamath Tribes, dated Nov. 22, 2000. Subject: On-going Klamath Project Operations – Draft Biological Assessment | 563 |
| 66 | Letter from BOR to NMFS, dated January 22, 2001. Subject: Request for Initiation of Formal Consultation on the Effects of Ongoing Operations (without attachments) | 572 |
| 67 | Memorandum from BOR to FWS, dated February 13, 2001. Subject: Request for Reinitiation of Formal Consultatin on the Effects of Ongoing Operation of the Klamath Project | 575 |
| 68 | Biological Assessment of the Klamath Project's Continuing Operations on the SONCC coho salmon (dated Jan. 22, 2001) (excerpt)<br><br>Note: A full copy of this biological assessment is available at http://www.usbr.gov/mp/kbao/esa/index.html | 580 |

| EXHIBIT NO. | DESCRIPTION | BEGINNING PAGE NUMBER |
|---|---|---|
| 69 | Biological Assessment of the Klamath Project's Continuing Operations on the Endangered Lost River Sucker and Shortnose Sucker (dated Feb. 13, 2001) (excerpt)<br><br>Note: A full copy of this biological assessment is available at http://www.usbr.gov/mp/kbao/esa/index.html | 593 |
| 70 | Letter from FWS to Bureau of Reclamation, transmitting copy of Biological Opinion, dated April 5, 2001, and excerpt of the Biological Opinion<br><br>Note: a full copy of the FWS biological opinion for 2001 is available at http://www.usbr.gov/mp/kbao/esa/index.html | 597 |
| 71 | Letter from NMFS to Bureau of Reclamation transmitting Biological Opinion, dated April 6, 2001, and excerpt of the Biological Opinion<br><br>Noted: a full copy of NMFS biological opinion for 2001 is available at http://www.usbr.gov/mp/kbao/esa/index.html | 635 |
| 72 | U.S. Department of the Interior, News Release, "Water Allocation Decision Announced for Klamath Project," dated April 6, 2001 | 651 |
| 73 | Letter from BOR to NMFS, dated April 20, 2001. Subject: BOR's Determination Regarding the Action Addressed in the NMFS April 6, 2001 Biological Opinion | 652 |
| 74 | Department of the Interior, Office of the Secretary, News Release, "Interior Secretary to Order Water Release to Klamath Farmers," dated July 24, 2001 | 654 |

**Summary of Listed Species**
**Species and Recovery Plans as of 02/15/2006**

| Group | Endangered | | Threatened | | Total Species | U.S. Species with Recovery Plans** |
|---|---|---|---|---|---|---|
| | U.S. | Foreign | U.S. | Foreign | | |
| Mammals | 68 | 254 | 11 | 20 | 353 | 55 |
| Birds | 77 | 175 | 13 | 6 | 271 | 78 |
| Reptiles | 14 | 64 | 22 | 16 | 116 | 33 |
| Amphibians | 12 | 8 | 9 | 1 | 30 | 16 |
| Fishes | 74 | 11 | 42 | 1 | 128 | 98 |
| Clams | 62 | 2 | 8 | 0 | 72 | 69 |
| Snails | 24 | 1 | 12 | 0 | 37 | 29 |
| Insects | 36 | 4 | 9 | 0 | 49 | 32 |
| Arachnids | 12 | 0 | 0 | 0 | 12 | 5 |
| Crustaceans | 19 | 0 | 3 | 0 | 22 | 13 |
| **Animal SubTotal** | 398 | 519 | 129 | 44 | 1090 | 428 |
| Flowering Plants | 571 | 1 | 143 | 0 | 715 | 584 |
| Conifers and Cycads | 2 | 0 | 1 | 2 | 5 | 3 |
| Ferns and Allies | 24 | 0 | 2 | 0 | 26 | 26 |
| | | | | | | |



PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
59

| | | | | | | |
|---|---|---|---|---|---|---|
| **Lichens** | 2 | 0 | 0 | 0 | 2 | 2 |
| **Plant SubTotal** | 599 | 1 | 146 | 2 | 748 | 615 |
| **Grand Total** | 997 | 520 | 275 | 46 | 1838* | 1043 |

**Total U.S. Endangered -- 997 (398 animals, 599 plants)**
**Total U.S. Threatened -- 275 (129 animals, 146 plants)**
**Total U.S. Species -- 1272 (527 animals***, 745 plants)**

**** There are 1868 total listings (1300 U.S.). A listing is an E or a T in the "status" column of 50 CFR 17.11 or 17.12 (The Lists of Endangered and Threatened Wildlife and Plants). The following types of listings are combined as single counts in the table above: species listed both as threatened and endangered (dual status), and subunits of a single species listed as distinct population segments. Only the endangered population is tallied for dual status populations (except for the following: Olive ridley sea turtle ; for which only the threatened U.S. population is tallied) . The dual status U.S. species that are tallied as endangered are: California tiger Salamander , Chinook salmon , Coho salmon , Gray wolf , Green sea turtle , Piping Plover , Roseate tern , Sockeye salmon , Steelhead , Steller sea-lion . The dual status foreign species that are tallied as endangered are: Argali , Chimpanzee , Leopard , Saltwater crocodile . Distinct population segments tallied as one include: California tiger Salamander , Chinook salmon , Chum salmon , Coho salmon , Dugong , Steelhead . Entries that represent entire genera or families include: Alabama lampmussel , Anthony's riversnail , Argali , Birdwing pearlymussel , Black-footed ferret , Bog (=Muhlenberg) turtle , Boulder darter , Brown pelican , Cactus ferruginous pygmy-owl , California condor , California tiger Salamander , Catspaw (=purple cat's paw pearlymussel) , Chimpanzee , Chinook salmon , Chum salmon , Clubshell , Coho salmon , Colorado pikeminnow (=squawfish) , Columbian white-tailed deer , Copperbelly water snake , Cracking pearlymussel , Cumberland bean (pearlymussel) , Cumberland monkeyface (pearlymussel) , Cumberlandian combshell , Delmarva Peninsula fox squirrel , Desert tortoise , Dromedary pearlymussel , Dugong , Duskytail darter , Finerayed pigtoe , Gopher tortoise , Gray whale , Gray wolf , Green sea turtle , Grizzly bear , Guam rail , Leopard , Marbled murrelet , Mariana fruit Bat (=Mariana flying fox) , Mountain yellow-legged frog , Olive ridley sea turtle , Oyster mussel , Piping Plover , Red wolf , Roseate tern , Saltwater crocodile , Shiny pigtoe , Smoky madtom , Sockeye salmon , Southern sea otter , Spotfin Chub , Steelhead , Steller sea-lion , Straight-horned markhor , Tidewater goby , Tubercled blossom (pearlymussel) , Turgid blossom (pearlymussel) , Western snowy plover , Whooping crane , Winged Mapleleaf , Woodland caribou , Woundfin , Yellow blossom (pearlymussel) , Yellowfin madtom .***

***** There are 553 distinct approved recovery plans. Some recovery plans cover more than one species, and a few species have separate plans covering different parts of their ranges. This count include only plans generated by the USFWS or jointly by the USFWS and NMFS, and includes only listed species that occur in the United States.***

****** 11 animal species have dual status in the U.S.***

Format for printing
View an archived box score
Go to the Threatened and Endangered Wildlife and Plants Page
Go to the TESS Home Page

# Threatened and Endangered Species System (TESS)

Threatened and Endangered Species System (TESS)

Note: The species counted include listed pinnipeds (seals, etc.) and anadromous fishes under the sole jurisdiction of the National Marine Fisheries Service that use land or fresh waters within the States and Territories of the United States. Species are not broken up into listing entities as they are in the State List reports. Species not listed in a state are not counted, although these may occur there in a non-protected population.




Go to the Threatened and Endangered Wildlife and Plants Page
Go to the TESS Home Page

DEFENDANT'S EXHIBIT 60
PENGAD-Bayonne, N. J.

April 6, 2001

# Klamath Project
## 2001 Annual Operations Plan

**Introduction** This memorandum describes the 2001 Annual Operations Plan (Plan) for the Bureau of Reclamation's (Reclamation) Klamath Project (Project), which is located within the Upper Klamath River Basin in southern Oregon and northern California. This Plan describes Project operations from April 7, 2001 through March 31, 2002 based upon current and expected hydrologic conditions.

**Guiding Authorities** Reclamation operates the Project pursuant to authority of the Reclamation Act of 1902, as amended and supplemented. The United States has a trust responsibility to protect rights reserved by or for federally recognized Indian tribes by treaties, statutes and executive orders. Reclamation must operate the Project consistent with its trust obligations to the tribes in the Klamath River basin; assure that its operations are not likely to jeopardize the continued existence of species listed under the Endangered Species Act (ESA); fulfill its contractual obligations to water users within the Project; and act in a manner consistent with obligations under the Migratory Bird Treaty Act and other federal laws that govern the protection of wildlife areas in the Basin.

**Guiding Principles and Objectives** Certain legal rights and obligations related to Reclamation's operations of the Project were described in a memorandum from the Regional Solicitor, Pacific Southwest Region (dated July 25, 1995). These rights and obligations form the legal framework for development and implementation of the Plan. In addition, the Pacific Northwest and Pacific Southwest Regional Solicitors prepared a memorandum (dated January 9, 1997) that further addressed legal principles applicable to Project operations. The guiding principles and objectives include:

<u>Meeting the Requirements of the Endangered Species Act</u> The Lost River and shortnose suckers, Coho salmon, and bald eagles are listed under the ESA. Reclamation will manage Project water supplies in accordance with the April, 2001, biological opinions issued by NMFS and the U.S. Fish and Wildlife Service (FWS) for this year's Project operation. Additionally, to meet ESA conservation obligations, Reclamation is undertaking actions which contribute to the conservation of listed species such as participating in significant habitat and basin restoration efforts, and conducting, funding, and participating in extensive research efforts to better understand the condition and needs of the species.

<u>Trust Responsibility of the United States to Federally Recognized Tribes Within the Klamath River Basin</u> The trust responsibility to the Klamath Basin Tribes is shared by all federal agencies that undertake activities in the Klamath Basin. Fishery and other resources in the Klamath River, Upper Klamath Lake (UKL), and nearby lakes and streams are important tribal trust resources to the Klamath Basin tribes.

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
61

Reclamation's Plan provides flow regimes and lake levels for protection of tribal trust resources within the limitations of the available water supply.

Providing Deliveries of Project Water Reclamation has contractual obligations to Project water users to provide water primarily for domestic and irrigation uses. The contracts for the majority of the Project area define this obligation as the amount of water necessary to meet the reasonable beneficial use of water for irrigation. Approximately 220,000 acres of agricultural lands are served by the Project. Objectives for water management include efficient delivery and use of water in growing agricultural products. Due to the requirements of the biological opinions and the ESA and the current drought conditions, only limited deliveries of Project water will be made for irrigation.

Conserving Wetland and Wildlife Values Normally, water is provided to meet the needs of several National Wildlife Refuges (NWR) within the Upper Klamath River Basin managed by the U.S. Fish and Wildlife Service and the states under various Acts, including the Migratory Bird Treaty Act, to provide suitable habitat for migratory birds and bald eagles. Due to the requirements of the biological opinions and the ESA and the current drought conditions, deliveries of Project water to the Tule Lake National Wildlife Refuge will be made only for endangered sucker species needs.

**Water Operations Planning Process** Reclamation has prepared the 2001Plan to serve as a planning aid for interested parties. A long-term planning process for Project operations is ongoing. The long-term plan will help clarify water availability resulting from future Klamath Project operations.

The State of Oregon is proceeding with adjudication of the water rights of the Klamath River Basin. To facilitate coordination with the adjudication, Reclamation currently envisions a three-staged approach to the long-term planning process for the project:

1. This Plan describes project operations from April 2001 through March 2002. The Plan may be modified if additional data or information relevant to the effects of project operation become available.

2. A long-term operations plan is to be developed and implemented in the future. It will guide project operations through completion of the adjudication. The long-term plan will be multi-year and will provide the framework of future annual operations plans.

3. Following the adjudication, the long-term plan will be revised as necessary.

**Coordination and Consultation** Reclamation will continue to seek information from and consult with various groups and individuals concerning the 2001 operations. These groups will include, but not necessarily be limited to: tribal governments, project water

users, PacifiCorp, other Federal agencies, local government agencies, state agencies, and the public.

**Streamflow Forecast** The Natural Resources Conservation Service's (NRCS) April forecast, at a 70% exceedance, indicates the inflow volume to UKL to be 108,000 acre-feet during the period of April through September. This inflow volume will be the smallest amount of inflow during the 40 years from 1961 through 2000. This streamflow forecast was used in the development of this Plan. If the NRCS forecasts for May and June vary significantly from this volume then this plan will be re-evaluated.

The available Project water supply is affected by non-Project diversions which are not controlled by Reclamation. These diversions potentially reduce the availability of water for storage and distribution.

**2001 Operations** Reclamation prepared the 2001 Plan (Table 1) for certain UKL levels and Klamath River flows at Iron Gate Dam consistent with the guiding principles and objectives. Reclamation used the spreadsheet planning model (KPOPFOR) which depicts water distribution among various uses. The model has been extensively reviewed and has been refined to serve as a major tool to assist planning of annual operations of the Project. The model is based on 40 years (1961 through 2000) of hydrologic record, and uses expected comparable preceding year types to predict outcomes.

Prior to listing of endangered and threatened species and the increased scientific understanding of the needs of ESA-listed species and tribal trust resources, the Project was operated to optimize irrigation diversions, with UKL releases and resulting flows at Iron Gate Dam (IGD) targeted to meet Federal Energy Regulatory Commission (FERC) minimums. Lake elevations were the result of hydropower releases judged against irrigation demand.

Minimum UKL levels and Klamath River flows have been specified as a result of ESA consultation on listed species. These values are shown in Table 1. As a result, current conditions indicate water deliveries to farms and refuges within the Project service area will be severely limited. Under the current hydrology, the UKL levels and river flows under this Plan are consistent with requirements of the ESA and Reclamation's obligation to protect Tribal trust resources.

Minimum Clear Lake Reservoir, Tule Lake Sump 1A and Gerber Reservoir elevations have been specified as a result of ESA consultation on listed species. The minimum elevations are as follows:

| | | |
|---|---|---|
| Clear Lake Reservoir | ... | elevation 4521 feet on September 30; |
| Tule Lake Sump 1A | ... | elevation 4034.6 feet for April 1 through September 30 and elevation 4034 feet for October 1 through March 31; and, |
| Gerber Reservoir | ... | elevation 4802 feet on September 30. |

For operational purposes the minimum elevation of Clear Lake for this year will be 4524 feet. As a result of the above, Project water deliveries to areas served by Gerber and Clear Lake Reservoirs are projected to be approximately 70,000 acre feet for irrigation needs. This amount may be affected by changes necessary to meet operational, hydrological and/or other conditions. In addition, stored water from Gerber and Clear Lake reservoirs will be used to meet evaporation needs in Tule Lake Sump 1A.

**Table 1 - Klamath Project 2001 Operations**

| | Klamath River Flows Below Iron Gate Dam (Cubic Feet per Second) | Upper Klamath Lake Minimum Elevations (Feet) (See note 1) | |
|---|---|---|---|
| | ESA Requirements | ESA Requirements | Adjusted Minimums |
| April 7-15 | 1700 | 4142.5 (April 15) | 4142.5 (April 15) |
| April 16-30 | 1700 | | |
| May 1-15 | 1700 | | |
| May 16-31 | 1700 | | 4141.8 (May 31) |
| June 1-15 | 2100 (See note 2) | 4142.5 (June 1) | |
| June 16-30 | 1700 (See note 2) | | |
| July 1-15 | 1000 | 4141.5 (July 15) | 4140.0 (July 15) |
| July 16-31 | 1000 | | |
| August | 1000 | 4141.0 (Aug. 15) | |
| September | 1000 | 4140.5 (Sept. 15) | 4139.0 (Sept. 30) |
| October | (See note 3) | 4140.0 (Oct. 15) | |
| November | (See note 3) | | |
| December | (See note 3) | | |
| January | (See note 3) | 4141.0 (Jan. 1) | |
| February | (See note 3) | 4142.0 (Feb. 15) | 4141.5 (Feb. 15) |
| March | (See note 3) | 4142.0 (Mar. 15) | 4142.0 (Mar. 15) |

Note 1: Adjusted minimums are derived from component number 2 of the Reasonable and Prudent Alternative specified in the biological opinion.
Note 2: Down ramping rates below Iron Gate Dam shall provide: (1) decreases in flows of 300 CFS or less per 24-hour period and no more than 125 CFS per four -hour period when IGD flows are above 1,750 CFS; or (2) decreases in flows of 150 CFS or less per 24-hour period and no more than 50 CFS per two-hour period when IGD flows are 1,750 CFS or less.
Note 3: The values for the months of October through March are anticipated to be provided through further consultation with NMFS. For purposes of this Plan, Reclamation used 1,300 CFS.

**Wetter Than Forecasted** In the event that weather conditions are significantly wetter than the forecasted conditions, water supplies for agriculture and NWR uses may be available after requirements of the biological opinions are met.

**Drier Than Forecasted** If drier than expected conditions result from either variations in snowpack runoff and/or weather conditions, Project operations could be modified by Reclamation as a result of joint recommendations from the FWS and NMFS.

**Future Operations Planning** Reclamation is continuing its efforts to develop a long-term operations plan. The 2001 Operations Plan includes biological measures for fish and wildlife resources that are important tribal trust resources. Reclamation expects the long-term plan to continue this progress. Reclamation will work with other Department of the Interior agencies, the States, and other parties to augment available supplies of water by taking action to implement a comprehensive water supply initiative. Reclamation will consider options that may arise from this water supply initiative and recognizes the need for continued progress in addressing habitat issues prior to making operational commitments that would affect water management in the future.

To support the operations planning effort, and in keeping with its ESA responsibilities, Reclamation is funding or carrying out a numerous studies and activities that will further the scientific knowledge of listed species and aid in developing programs to protect, conserve and recover these species.

# United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

IN REPLY REFER TO:

SEP 2 2000

KO-400
WTR-4.03

Van Brimmer Ditch Co.
Mr. James L. Moore, President
PO Box 419
Merrill, Oregon 97633

Dear Mr. Moore:

As you are likely aware, continued dry conditions in the Upper Klamath Basin have resulted in a critical water supply condition. The 2000 Annual Operation Plan (Plan), identified certain minimum elevations in Upper Klamath Lake and minimum river flows in the Klamath River as measured at Iron Gate Dam necessary for operation of the Project to be consistent with the requirements of the Endangered Species Act and Reclamation's obligation to protect Tribal trust resources. Reclamation has determined based on the available information that Project operations cannot vary from the Plan minimums.

Because conditions have been "Drier than Forecasted" as outlined in the Plan, we have been acquiring water, requesting voluntary reduction of use, and are utilizing water from Clear Lake Reservoir to supplement Project supply. While those actions have extended the available supply, it is not sufficient to complete the irrigation season. Thus, based on current runoff projections irrigation deliveries cannot continue at projected levels. Therefore, Reclamation is taking action consistent with our contract priorities.

At this time, there is insufficient supply for any further delivery to Tule Lake and Lower Klamath National Wildlife Refuges, "Warren Act" (also known as "B") contracts, or annual surplus water rental (also known as "C") contracts. There will be a limited supply available to apportion among lands which receive water under "A" contracts.

Our records show that your District delivers Project supply to "Warren Act" ("B") contractors. Because insufficient supply of Project water is available, you are hereby directed to curtail any diversion or use of Project supply to lands under "B" contracts. You are required to accomplish this curtailment no later than September 6, 2000. Please provide this office with written notice that you intend to comply with this order no later than close of business September 5, 2000.

DEFENDANT'S EXHIBIT 62
PENGAD-Bayonne, N. J.

EXHIBIT "A"
Page 1 of 2

Following completion of curtailments next week we will reassess the water supply available and assist you in apportioning the remaining available supply to A lands within your District.

We recognize that this creates a hardship for you, and will continue to work toward long-term planning that could provide a greater degree of water supply certainty in the future. If you have any questions or wish to discuss this order, please feel free to contact Karl Wirkus or Jim Bryant and the Klamath Basin Area Office (541) 883-6935.

Sincerely,

Karl E. Wirkus
Area Manager

cc: Klamath Irrigation District
Dave Solem, Manager
6640 KID Lane
Klamath Falls, OR 97603

EXHIBIT "A"
Page 2 of 2

United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

IN REPLY REFER TO:

SEP 2 2000

KO-400
WTR-4.03

Klamath Drainage District
Sam Henzel, President
4901 Lower Klamath Lake Road
Klamath Falls, OR 97603

Dear Water User:

As you are likely aware, continued dry conditions in the Upper Klamath Basin have resulted in a critical water supply condition. The 2000 Annual Operations Plan identified certain minimum elevations in Upper Klamath Lake and minimum river flows in the Klamath River as measured at Iron Gate Dam necessary for operation of the Project to be consistent with the requirements of the Endangered Species Act and Reclamation's obligation to protect Tribal trust resources. Reclamation has determined, based on the available information, that Project operations cannot vary from the Plan minimums.

Because conditions have been "Drier than Forecasted" as outlined in the Plan, we have been acquiring water, requesting voluntary reduction of use, and are utilizing water from Clear Lake Reservoir to supplement Project supply. While those actions have extended the available supply, it is not sufficient to complete the irrigation season. Thus, based on current runoff projections, irrigation deliveries cannot continue at projected levels. Therefore, Reclamation is taking action consistent with our contract priorities.

At this time, there is insufficient supply for any further delivery to Tule Lake and Lower Klamath National Wildlife Refuges, "Warren Act" (also known as "B") contracts, or annual surplus water rental (also known as "C") contracts. There will be a limited supply available to apportion among lands which receive water under "A" contracts.

Our records show that you receive Project supply under a "B" contract. As an insufficient supply of Project water is available, you are hereby directed to curtail all diversion or use of Project supply. You are required to accomplish this curtailment no later than September 6, 2000. Please provide this office with written notice that you intend to comply with this order no later than close of business September 5, 2000.

We recognize that this creates a hardship for you, and we will continue to work toward long-term planning that could provide a greater degree of water supply certainty in the future. If you have any questions or wish to discuss this order, please feel free to contact Karl Wirkus or Jim Bryant of the Klamath Basin Area Office (541) 883-6935.

Sincerely,

Karl E. Wirkus
Area Manager

cc: Joe Frost, Manager
Klamath Drainage District
4901 Lower Klamath Lake Road
Klamath Falls, OR 97603

KO-700
PRJ-1.10 (ENV-7.00)

Allen Foreman, Chairman
The Klamath Tribes
PO Box 436
Chiloquin, OR 97624

Dear Mr. Foreman:

Thank you for your February 16, 2001, letter concerning the serious water situation that has evolved in the Klamath basin. We have noted that The Klamath Tribes, as well as the other tribes in the watershed of the Klamath River, have worked with Department of the Interior (Department) agencies to deal with complex water issues for many years. The Department appreciates your involvement and concerns in this important matter.

Forecasts of water supplies in the Klamath basin for the 2001 water year are currently nearly half of average conditions. If precipitation does not increase significantly over the next few months, severe water shortages are likely during the upcoming 2001 irrigation season.

In managing the Klamath Project (Project), Reclamation has various obligations and responsibilities, to the Klamath basin Indian tribes' trust resources, farmers within the Project, National Wildlife Refuges, and the species listed under the Endangered Species Act (ESA).

Since fall 2000, Reclamation has been consulting with both the US Fish and Wildlife Service (Service) and National Marine Fisheries Service (NMFS) regarding on-going operation of the Project. Draft Biological Assessments on the endangered suckers and threatened coho have been reviewed by those agencies, Project water users, PacifiCorp, and the four tribes in the Klamath basin. Concerns have been raised regarding the effect of lake levels and river flows on the ability of the Project to meet the needs of the species, tribes, refuges and crop production. Reclamation has submitted final Biological Assessments to the Service and NMFS with a request for formal consultation regarding the effects of on-going Project operation.

As in the past, we anticipate sharing information on the consultation process, as well as any draft Biological Opinions, with the Tribes and the water users. Reclamation is in the process of developing our annual Operations Plan for 2001 (Plan). The Biological Opinions that will result from the consultations currently underway with NMFS and the Service will be a critical part of the Plan's formulation. While it is possible that there may be drastic reductions in Project agriculture and refuge deliveries in 2001, Reclamation is working diligently to avoid such an outcome.

In order to help meet the growing water needs in the Klamath River basin, to improve water quality,



PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
63

and to facilitate efforts to resolve water rights claims, the Secretary of the Interior has been authorized to engage in feasibility studies to restore flexibility in water management in the Klamath Basin. Feasibility studies will include increasing storage capacity, development of additional supplies from groundwater, and innovations in the use of existing water resources. These activities will take a number of years to complete, but implementation of a variety of actions could provide the relief that is so desperately needed.

Reclamation has launched a pilot program to explore opportunities for reducing irrigation water demand within the Klamath basin. Irrigators were asked to submit a cost proposal for not applying surface water to their lands for a 12-month period. The program has received a great deal of interest from the farming community. Funding of this pilot effort is limited. The results of the pilot program will be analyzed for possible use in a future long-term demand reduction program.

Reclamation has also undertaken a groundwater acquisition program to supplement Project surface water supplies. A recent request for proposals resulted in several opportunities for Reclamation to purchase well water from willing sellers. As with the pilot demand reduction program, funding for the groundwater acquisition program is limited.

Increasing Project storage has potential to increase flexibility in Project operations. While feasibility studies on raising Upper Klamath Lake and Gerber Dam are likely to begin in the near future, development of a construction authorization proposal for presentation to the Congress could take several years. Similarly, feasibility studies on additional groundwater development and innovations in the use of existing water resources are likely to begin soon, but a construction authorization proposal for the Congress would likely require several years.

I regret not being able to meet with the Tribes' representatives in February. We appreciate your continued interest in these issues. Should you require additional information, please contact Karl Wirkus at 541/883-6935 (TDD 541/883-6935).

Sincerely,

Gale A. Norton
Secretary of the Interior

WBR:BDavis:KWirkus:lls:03-12-01:MP#1002391:WO#1000315KBAO #1 0361
H:\PUBLIC\Klamath Project Operation Plan\2001 Operations Plan\KlamathTribes_Foreman_02_16_01_ltr.wpd

KO-700
PRJ-1.10 (ENV-7.00)

Mr. Samuel Prescott
P.O. Box 72
Malin, Oregon 97632

Dear Mr. Prescott:

The Secretary asked me to respond to your February 7, 2001, letter concerning water operations on the Klamath Project (Project). The Bureau of Reclamation appreciates your concerns in this important matter.

In managing the Project, Reclamation has many obligations and responsibilities, not only to the farmers in the Project, but also to the Klamath basin Indian tribes who have significant trust resources that may be affected by Project operations, the wildlife refuges within the Project, and the species listed under the Endangered Species Act (ESA). With respect to species listed pursuant to the ESA that may be affected by Project operations, Reclamation is obligated to consult under Section 7(a)(2) of the ESA with the National Marine Fisheries Service (NMFS) for the recently listed coho salmon. Reclamation must also reinitiate consultation with the U.S. Fish and Wildlife Service (Service) on Project operations concerning Lost River and shortnose suckers and bald eagles (currently the subject of a 1992 Biological Opinion) because significant new information is available. The ESA requires that the best scientific and commercial data available be used for consultations. A large amount of data has been collected and will be utilized during the consultations on these species.

Since fall 2000, Reclamation has informally consulted with both the Service and NMFS regarding on-going operation of the Project. We recently prepared draft Biological Assessments that were reviewed by those agencies, Project water users, PacifiCorp, and the four tribes in the Klamath River watershed. Reclamation submitted a final Biological Assessment on January 22, 2001, to NMFS with a request for formal consultation regarding the effects of on-going Project operation on coho salmon. On February 13, 2001, Reclamation submitted a final Biological Assessment and request for formal consultation regarding bald eagles and Lost River and shortnose suckers to the Service.

We are aware of the concerns raised regarding the effect of lake levels and river flows on the delivery of water to the Project, especially with the current dry conditions. As we have done in the past, we anticipate sharing information on the consultation process, as well as any draft Biological Opinions, with the water users and the tribes. Reclamation is in the process of

developing our annual Operations Plan for 2001 (Plan). The Biological Opinions that will result from the consultations currently underway with NMFS and the Service will be a critical part of the Plan's formulation. While it is possible that there may be drastic reductions in Project agriculture and refuge deliveries in 2001, Reclamation is working diligently to avoid such an outcome.

In order to help meet the growing water needs in the Klamath River basin, to improve water quality, and to facilitate efforts to resolve water rights claims, the Secretary of the Interior has been authorized to engage in feasibility studies to restore flexibility in water management in the Klamath basin. Feasibility studies will include increasing storage capacity, development of additional supplies from groundwater, and innovations in the use of existing water resources. Increasing Project storage has potential to increase flexibility in Project operations.

Reclamation has launched a pilot program to explore opportunities for reducing irrigation water demand within the Klamath Basin. Irrigators were asked to submit cost proposals for not applying surface water to their lands for a 12-month period. The program has received a great deal of interest from the farming community; however, funding of this pilot effort is limited. The results of the pilot program will be analyzed for possible use in a future long-term demand reduction program.

Reclamation has also undertaken a groundwater acquisition program to supplement Project surface water supplies. A recent request for proposals resulted in several opportunities for Reclamation to purchase well water from willing sellers. As with the pilot demand reduction program, funding for the groundwater acquisition program is limited.

We appreciate your continued interest in these issues. Should you require additional information, please contact Karl Wirkus at 541/883-6935 (TDD 541/883-6935).

Sincerely,

J. William McDonald
Regional Director
Pacific Northwest Region
(Exercising the Commissioner's authority)

WBR:R.Davis:KWirkus:lls:03-08-01:MP#1002393:WO#1000319:1 0360

H:\PUBLIC\Klamath Project Operation Plan\2001 Operations Plan\SamuelPrescott_02_7_01_ltr.wpd

# United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

IN REPLY REFER TO:

KO-100
RES-3.10 (ENV-6.00)

MAR 02 2001

Subject: 2001 Operation Planning Update and Notice that Klamath Project Water Not Currently Available

Dear Water Users:

Reclamation is currently operating the Klamath Project (Project) in accordance with the 2000 Annual Operations Plan that expires on March 31, 2001. Current conditions indicate a potential for shortage of water in the upper basin and, if precipitation does not increase significantly over the next few months, severe water shortages are likely during the upcoming 2001 irrigation season. **Therefore, you are notified that Project water is not available for use until such time as the 2001 Operations Plan or other such written notification is completed.**

Reclamation submitted a final Biological Assessment on January 22, 2001, to NMFS with a request for formal consultation regarding the effects of on-going Project operation on coho salmon. On February 13, 2001, a final Biological Assessment and request for formal consultation regarding bald eagles and Lost River and shortnose suckers was submitted to the Service. Draft Biological Assessments were reviewed by the Service, NMFS, Project water users, PacifiCorp, and the four Tribes in the Klamath Basin. We anticipate sharing information as the consultation progresses.

Reclamation is in the process of developing the 2001 Annual Operations Plan. Biological opinions resulting from current consultations will be a critical part of the plan's formulation. While it is possible that there may be drastic reductions in project agriculture and refuge deliveries in 2001, Reclamation is working diligently to avoid such an outcome. However, until Reclamation completes the consultation process, no diversion of Project water may occur that would result in a violation of Section 7(d) of the ESA which prohibits "*. . .any irreversible or irretrievable commitment of resources . . .*" pending completion of consultation. To date, Reclamation has not made a determination as to whether and to what extent Project water could be delivered in advance of completed consultations. Thus, until such a determination is made or the consultations are completed, no Project water may be diverted or used unless expressly authorized by Reclamation.

Finally, we wish to acknowledge and extend our gratitude to individuals and organizations within the water user community who have provided cooperation and assistance in the formulation of elements of the 2001 Plan. We expect and intend to continue this inclusive, cooperative relationship during the next few difficult weeks as the consultations are completed and the 2001 Plan is finalized.

If you have questions, or wish to discuss the details of this notice or other elements of the planning process, please feel free to contact me at (541) 883-6935.

Sincerely,

Karl E. Wirkus
Area Manager

DEFENDANT'S EXHIBIT 64

PENGAD-Bayonne, N. J.

DOI0001650

bc: Mr. Duane Sherman
Hoopa Valley Tribe
P.O. Box 1348
Hoopa Valley, CA 95546

Ms. Susan Masten
Yurok Tribe
1034 Sixth St.
Eureka, CA 95501

Mr. Alvis Johnson
Karuk Tribe
P.O. Box 1016
Happy Camp, CA 96039

Mr. Allen Foreman
The Klamath Tribes
P.O. Box 436
Chiloquin, OR 97624

**bc: W-6332, MP-100, MP-105, MP-140, Steve Palmer, SOL**

NOTE: BC'S TO OTHER AGENCIES WERE SENT AS INDIVIDUAL LETTERS

WBR:BobDavis:SPalmer:KWirkus:lls:02-28-01
H:\PUBLIC\ESA\ASSESMNT\Notice to Water Users-Rev.3.wpd
faxed to Donna Darr + RD ofc 3/2/01

NOV 22 2000

KO-700
ENV-6.00

Rebecca Lent
Regional Administrator
National Marine Fisheries Service, Southwest Region
501 West Ocean Blvd., Suite 4200
Long Beach, California 90802-4213

Subject: On-going Klamath Project Operations - Draft Biological Assessment

Dear Ms. Lent:

Please find enclosed a draft biological assessment (BA) prepared by the U.S. Bureau of Reclamation (Reclamation) that describes the effects of the on-going Klamath Project operations on coho salmon, *Oncorhynchus kisutch,* a federally-listed threatened species.

Reclamation would appreciate receiving your comments on the draft BA by December 6, 2000. Copies of this draft are also being provided to the Bureau of Indian Affairs, US Fish and Wildlife Service, tribes, PacifiCorp, and the Klamath Project irrigation Contractors for their comment. Reclamation anticipates issuing a final BA in December 2000, thereby initiating the formal Section 7 Endangered Species Act consultation. It is our intent and understanding that the consultation will be conducted in accordance with the joint Secretarial Order "American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the Endangered Species Act" dated June 5, 1997.

If you have any questions or need additional information, please contact me at (541) 883-6935. You may also contact Ron Sutton at (303) 445-2495, for discussion of specific biological topics.

Sincerely,

Karl E. Wirkus
Area Manager

Enclosure

PENGAD-Bayonne, N.J.
DEFENDANT'S EXHIBIT
65
(A)

DESK COPY

cc: Don Reck (w/enclosure)
National Marine Fisheries Service
1655 Heindon Road
Arcata, CA 95521

Irma Lagomarsino (w/enclosure)
National Marine Fisheries Service
1655 Heindon Road
Arcata, CA 95521

Doug Tedrick (w/enclosure)
Bureau of Indian Affairs
1894 C Street, N.W., MS 3061-MIB
Washington, diversion channel 20240

Steve Lewis (w/enclosure)
US Fish and Wildlife Service
6610 Washburn Way
Klamath Falls, Oregon 97603

Allen Foreman (without enclosure)
The Klamath Tribes
P.O. Box 436
Chiloquin, Oregon 97624

Alvis Johnson (without enclosure)
The Karuk Tribe of California
P.O. Box 1016
Happy Camp, California 96039

Duane Sherman (without enclosure)
The Hoopa Valley Tribe
P.O. Box 1348
Hoopa, California 95546

Susan M. Masten (without enclosure)
The Yurok Tribe
1034 Sixth Street
Eureka, California 95501

Dave McCarley (without enclosure)
Langell Valley Irrigation District
9787 East Langell Valley Road
Bonanza, Oregon 97623

Bruce McCoy (without enclosure)
Horsefly Irrigation District
P.O. Box 188
Bonanza, Oregon 97623

Tessa Stuedli (without enclosure)
Klamath Water Users Association
2455 Patterson Road
Klamath Falls, Oregon 97603

Todd Olson (without enclosure)
PacifiCorp
825 NE Multnomah
Portland, Oregon 97232

bc: D-8210, MP-152

WBR:BDavis:KWirkus:11/20/00:kdf:BA
H:\PUBLIC\ESA\ASSESMNT\Ba2000\Salmon BA\Draft BA_letter to NMFS.wpd

NOV 22 2000

KO-700
ENV-6.00

Steve Lewis, Field Supervisor
Klamath Falls Fish and Wildlife Office
US Fish and Wildlife Service
6610 Washburn Way
Klamath Falls, Oregon 97603-9365

Subject: On-going Klamath Project Operations - Draft Biological Assessment

Dear Mr. Lewis:

Please find enclosed a draft biological assessment (BA) prepared by the U.S. Bureau of Reclamation (Reclamation) that describes the effects of Klamath Project operations on the shortnose sucker, *Chasmistes brevirostris,* and the Lost River sucker, *Deltistes luxatus*, both federally listed endangered species. This consultation is expected to supersede previous Biological Opinions (BO) issued in 1992 and 1994.

Consultation is being reinitiated because of new scientific data that has become available since the issuance of the previous BO's. Since receipt of prior BO's, Reclamation has operated the Project consistent with their requirements including implementation of the reasonable and prudent alternatives. In addition, since 1996 Reclamation has based its operation plans on this new scientific data that was not considered in the 1994 BO. It is our expectation that the opinion resulting from this re-consultation will include a review of conclusions which supported those operation decisions.

It is important to note that Reclamation has committed considerable resources during the previous ten years to advance the science of the listed species. We believe that we have incorporated this science in the attached draft BA. As new information on the species is developed, that data will be used to better define impacts to the species caused by Project Operations.

Reclamation would appreciate receiving your comments on the draft BA by December 6, 2000. Copies of this draft are also being provided to the Bureau of Indian Affairs, National Marine Fisheries Service, tribes, PacifiCorp, and the Klamath Project Irrigation Contractors for their comment by December 6th. We have received your memorandum dated November 21, 2000 which provided comments on earlier pre-drafts of the BA on suckers. The memorandum is also

DEFENDANT'S EXHIBIT 65 (B)
PENGAD-Bayonne, N.J.



DESK COPY

being provide for others to comment upon. Issues that you have shared in the memorandum will be considered as the final BA is prepared. Reclamation anticipates issuing a final BA in December 2000, thereby initiating the formal Section 7 Endangered Species Act consultation. It is our intent and understanding that the consultation will be conducted in accordance with the joint Secretarial Order "American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the Endangered Species Act" dated June 5, 1997.

If you have any questions or need additional information, please contact me at (541)883-6935. You may also contact Mark Buettner for discussion of specific biological topics.

Sincerely,

Karl E. Wirkus
Area Manager

Enclosure

cc:

National Marine Fisheries Service (w/enclosures)
Don Reck, Fisheries Biologist
1655 Heindon Road
Arcata, California 95521

Bureau of Indian Affairs (w/enclosures)
Doug Tedrick, Office of Trust Responsibilities
1849 C Street, N.W., MS 3061-MIB
Washington, DC 20240

The Klamath Tribes (without enclosures)
Allen Foreman, Chairperson
P.O. Box 436
Chiloquin, Oregon 97624

The Karuk Tribe of California (without enclosures)
Alvis Johnson, Chairperson
P.O. Box 1016
Happy Camp, California 96039

The Hoopa Valley Tribe (without enclosures)
Duane Sherman, Sr., Chairman
P.O. Box 1348
Hoopa, California 95546

The Yurok Tribe (without enclosures)
Susan Masten, Chairperson
1034 Sixth Street
Eureka, California 95501

Langell Valley Irrigation District (without enclosures)
Dave McCarley, Manager
9787 East Langell Valley Road
Bonanza, Oregon 97623

Horsefly Irrigation District (without enclosures)
Bruce McCoy, Manager
P.O. Box 188
Bonanza, Oregon 97623

Klamath Water Users Association (without enclosures)
Tessa Stuedli, Manager
2455 Patterson
Klamath Falls, Oregon 97603

PacifiCorp (without enclosures)
Todd Olson
825 NE Multnomah
Portland, Oregon 97232

bc: D-8210, MP-152

WBR:RDavis:KWirkus:KEllis:11/20/00:kdf:biological assessment
H:\PUBLIC\ENVIRMNT\LETTERS\Draft #2 BA_letter to USFWS.wpd

KO-700
ENV-6.00

Allen Foreman, Chairperson
The Klamath Tribes
64236 2nd Avenue
P.O. Box 436
Chiloquin, Oregon 97624

Subject: On-going Klamath Project Operations - Draft Biological Assessment

Dear Mr. Foreman:

Please find enclosed two draft biological assessments (BA) prepared by the U.S. Bureau of Reclamation (Reclamation) that describes the effects of the on-going Klamath Project operations on coho salmon, *Oncorhynchus kisutch*, a federally-listed threatened species, and the shortnose sucker, *Chasmistes brevirostris*, and the Lost River sucker, *Deltistes luxatus*, both federally-listed endangered species. We are also enclosing a copy of comments that US Fish and Wildlife Service (FWS) has provided to us on an earlier pre-draft of the BA on the suckers. These comments have not been fully incorporated into this draft. Your comments on the issues that the FWS has provided could be helpful in developing the final BA on suckers.

Reclamation would appreciate receiving your comments on the draft BAs by December 6, 2000. Copies of these drafts have also been provided to the Bureau of Indian Affairs, FWS, tribes, PacifiCorp, and the Klamath Project irrigation Contractors for their comment. Reclamation anticipates issuing a final BA in December 2000, thereby initiating the formal Section 7 Endangered Species Act consultation. It is our intent and understanding that the consultation will be conducted in accordance with the joint Secretarial Order "American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the Endangered Species Act" dated June 5, 1997.

If you have any questions or need additional information, please contact me at (541) 883-6935. You may also contact Ron Sutton at (303) 445-2495 or Mark Buettner at (541) 883-6935, for discussion of specific biological topics.

Sincerely,

Karl E. Wirkus
Area Manager

Enclosures

DEFENDANT'S EXHIBIT 65 (c)

DOI0002485

DESK COPY

cc: National Marine Fisheries Service (w/enclosure)
Don Reck, Fisheries Biologist
1655 Heindon Road
Arcata, California 95521

Bureau of Indian Affairs (w/enclosure)
Doug Tedrick, Office of Trust Responsibilities
1849 C Street, N.W., MS 3061-MIB
Washington, DC 20240

Steve Lewis
US Fish and Wildlife Service
6610 Washburn Way
Klamath Falls, Oregon 97603-9365

bc: D-8210, MP-152

WBR:RDavis:KWirkus:11/20/00:kdf:BA
H:\PUBLIC\ESA\ASSESMNT\Ba2000\Draft BA_letter to tribes and contractors.wpd

Identical Letters Sent To:

The Karuk Tribe of California
Alvis Johnson, Chairperson
64236 2nd Avenue
P.O. Box 1016
Happy Camp, California 96039

The Klamath Tribes
Allen Foreman, Chairperson
31725 Highway 97 N
Chiloquin, Oregon 97624

The Hoopa Valley Tribe
Duane Sherman, Sr., Chairman
Highway 96, Neighborhood Facilities
P.O. Box 1348
Hoopa, California 95546

The Yurok Tribe
Susan Masten, Chairperson
1034 Sixth Street
Eureka, California 95501

Langell Valley Irrigation District
Dave McCarley, Manager
9787 East Langell Valley Road
Bonanza, Oregon 97623

Horsefly Irrigation District
Bruce McCoy, Manager
37820 Jones Road
P.O. Box 188
Bonanza, Oregon 97623

Klamath Water Users Association
Tessa Stuedli, Manager
2455 Patterson
Klamath Falls, Oregon 97603

PacifiCorp
Todd Olson
825 NE Multnomah
Portland, Oregon 97232

# United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

IN REPLY REFER TO:

KO-150
ENV-7.00

JAN 22 2001

Ms. Rebecca Lent
Regional Administrator
National Marine Fisheries Service, Southwest Region
501 West Ocean Blvd., Suite 4200
Long Beach, California 90802-4213

Subject: Request for Initiation of Formal Consultation on the Effects of Ongoing Operation of the Klamath Project

Dear Ms. Lent:

The Bureau of Reclamation (Reclamation) requests initiation of formal consultation with the National Marine Fisheries Service (NMFS), pursuant to section 7(a)(2) of the Endangered Species Act of 1973, as amended, on the effects of ongoing operation of the Klamath Project, a Federal Reclamation project, on the southern Oregon/northern California (SONCC) coho salmon (*Orcorhynchus kisutch*),and its designated critical habitat. The SONCC coho salmon was listed as threatened on June 6, 1997, and its critical habitat, which includes the Klamath River downstream from Iron Gate Dam in northern California, was designated in May 1999.

The Klamath Project is located in south-central Oregon and northeastern California. A detailed description of the Project and its ongoing operation is found in the enclosed biological assessment (BA) and the report describing historic operation (also enclosed).

Reclamation has prepared a biological assessment (BA) that describes the effects on the SONCC coho salmon and its designated critical habitat that result from ongoing operation of the Klamath Project. The BA contains: (1) a detailed description of the Project and its operation; (2) a description of the specific area that may be affected by the action; (3) a description of listed species and critical habitat; (4) a description of the effects of the action; and (5) incorporates by reference other relevant available information cited in the BA.

Reclamation believes that the BA contains the best scientific and commercial data available or which can be obtained during the consultation for an adequate review by the NMFS. A draft of the BA was reviewed by other Federal, State, tribal, Project water users, and other interested parties. Copies of their comments are included for your information. Reclamation has reviewed these comments and revised the BA as appropriate in response to the comments.

DEFENDANT'S EXHIBIT 66

PENGAD-Bayonne, N. J.

Reclamation has determined that the ongoing operation of the Klamath Project, as described in the BA, is likely to adversely affect the SONCC coho salmon and may adversely modify its designated critical habitat. Reclamation requests that the NMFS formulate its biological opinion as to whether the action is likely to jeopardize the continued existence of the SONCC coho salmon or result in the destruction or adverse modification of critical habitat. Also, to further the cooperative effort of the consultation process, we request that NMFS provide a draft biological opinion for our review.

You may direct questions regarding the BA to Ron Sutton at (303)445-2495, or questions regarding this request for formal consultation to Bob Davis or Dan Fritz at (541)883-6935.

Sincerely,

Karl E. Wirkus
Area Manager

cc: (w/enclosures)
Don Reck
National Marine Fisheries Service
1655 Heindon Road
Arcata, CA 95521

(w/o attachments)
Karuk Tribe
Alvis Johnson, Chair
PO Box 1016
Happy Camp, CA 96039
Klamath Tribes

The Klamath Tribes
Allen Foreman, Chair
PO Box 436
Chiloquin, OR 97624

Hoopa Valley Tribe
Duane Sherman, Chair
PO Box 1348
Hoopa, CA 95546

Yurok Tribe
Susan M. Masten, Chair
1034 Sixth Street
Eureka, CA 95501

Bureau of Indian Affairs
Doug Tedrick
1849 C Street, NW, MS 3061-MIB
Washington, DC 20240

Klamath Water User's Association
Tessa Stuedli, Executive Director
2455 Patterson Street, Suite 3
Klamath Falls, OR 97603

Somach, Simmons & Dunn
Paul Simmons, Attorney
400 Capitol Mall, Suite 1900
Sacramento, CA 95814

US Fish & Wildlife Service
Steve Lewis
6610 Washburn Way
Klamath Falls, OR 97603

PacifiCorp
Todd Olson
825 NE Multnomah Street
Portland, OR 97232

Calif. Dept of Fish & Game
Gary Stacey
601 Locust Street
Redding, CA 96001

Oregon Dept. of Fish & Wildlife
Roger Smith, Fisheries Biologist
1850 Miller Island Road W.
Klamath Falls, OR 97603

Calif. Regional Water Quality Control Board
William Winchester
5550 Skyland Blvd, Suite A
Santa Rosa, CA 95403

Humboldt Co. Board of Supervisors
County Courthouse, 1st Floor
Eureka, CA 95501

Siskiyou Co. Board of Supervisors
PO Box 338
Yreka, CA 96097

Del Norte Co. Board of Supervisors
583 G Street, Suite 1
Crescent City, CA 95531

Modoc County Board of Supervisors
PO Box 131
Alturas, CA 96101

Klamath County Commissioners
305 Main Street, 2nd Floor
Klamath Falls, OR 97601

KWUA

# United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

IN REPLY REFER TO:

KO-150
ENV-7.00

FEB 13 2001

MEMORANDUM

To: Steven A. Lewis
Project Leader, Fish and Wildlife Service, Klamath Falls, Oregon

From: Karl E. Wirkus
Area Manager

Subject: Request for Reinitiation of Formal Consultation on the Effects of Ongoing Operation of the Klamath Project and Response to January 19, 2001 Memorandum Containing Comments on the Draft Biological Assessment

Request for Reinitiation of Formal Consultation

The Bureau of Reclamation (Reclamation) requests reinitiation of formal consultation with the Fish and Wildlife Service (Service), pursuant to section 7(a)(2) of the Endangered Species Act of 1973, as amended, on the effects of ongoing operation of the Klamath Project (Project), a Federal Reclamation project, on the Lost River sucker (*Deltistes luxatus*) and the shortnose sucker (*Chamistes brevirostris*) and their designated critical habitat. The Lost River and shortnose suckers were listed as endangered in 1988, and critical habitat, which includes waters found within the Project area, was designated in 1994. This request for reinitiation of formal consultation is based upon the availability of new information regarding effects of the Project on the endangered suckers. The action described in the BA takes into account new information relevant to the endangered suckers. Reclamation has no new information relevant to bald eagles that would lead us to request reinitiation of formal consultation on this recovering species. Reclamation believes that the effects of ongoing Project operation are similar to those previously described in 1997.

The Klamath Project is located in south-central Oregon and northeastern California. A detailed description of the Project and its ongoing operation are found in the enclosed biological assessment (BA) and the report describing historic operation (also enclosed). Reclamation has prepared a BA that describes the effects on the endangered suckers and their designated critical habitat that result from ongoing operation of the Klamath Project. The BA contains: (1) a detailed description of the Project and its operation; (2) a description of the specific area that may be affected by the action; (3) a description of listed species and critical habitat; (4) a description of the effects of the action; and (5) incorporates by reference other relevant available information cited in the BA.



DEFENDANT'S EXHIBIT 67
PENGAD-Bayonne, N.J.

Reclamation believes that the BA contains the best scientific and commercial data available or which can be obtained during the consultation for an adequate review by the Service. A draft of the BA was reviewed by other Federal, State, and tribal agencies, Project water users, and other interested parties. Copies of their comments were previously transmitted to the Service for your information. Reclamation reviewed the comments and revised the BA as appropriate in response to them.

Reclamation has determined that the ongoing operation of the Klamath Project, as described in the BA, is likely to adversely affect the Lost River and shortnose suckers and may adversely modify proposed critical habitat. Reclamation requests that the Service formulate its biological opinion (BO) as to whether the action is likely to jeopardize the continued existence of the endangered suckers or result in the destruction or adverse modification of critical habitat. Also, to further the cooperative effort of the consultation process, we request that the Service provide a draft BO for our review. Reasonable and prudent alternatives included in the BO will require careful coordination between the Service and Reclamation.

Response to Service's Memorandum of January 19, 2001

Reclamation has reviewed the Service's January 19, 2001, memorandum regarding our November 22, 2000, draft biological assessment (BA) on operation of the Klamath Project (Project). The Service stated that the action described in the draft BA would likely lead to significant sucker mortality and prevent their recovery. The Service also stated that release of water from Project reservoirs prior to completion of a biological opinion could conflict with section 7(d) of the Endangered Species Act (ESA). The Service included several documents with its memorandum providing a preliminary analysis of effects of the action on bald eagles and suckers. The Service stated that it intends to complete a biological opinion (BO) prior to the 2001 irrigation season, which we interpret to mean on or about April 1, 2001. Reclamation offers the following comments for the Service's consideration during formulation of a BO.

The conclusion stated in your January 19, 2001, memorandum appears to be a precursor to the Service's BO. The Service's comments lead Reclamation to believe the Service anticipates a jeopardy opinion based on the action presented in the draft BA. The Service's comments also lead us to believe that it is the opinion of the Service that a reasonable and prudent alternative (RPA) to avoid jeopardy would be establishment of 4140 as the minimum elevation for Upper Klamath Lake (UKL) in all years. In previous correspondence (your memorandum dated December 19, 2000), the Service asked Reclamation to incorporate the 4140 elevation into the action described in the draft BA.

In addition to the endangered suckers, Reclamation must also consider the needs of the threatened coho salmon downstream from the Project area in the Klamath River. Reclamation has initiated formal consultation with the National Marine Fisheries Service (NMFS) regarding the effects of ongoing Project operation on coho salmon. NMFS stated in a recent letter that it expects Reclamation to implement the Hardy Phase II flow recommendations for the Klamath River downstream from Iron Gate Dam this year. NMFS also stated that if Phase II is not available, then Reclamation should prepare to implement Hardy's Phase I flow recommendation

(please see the attached letter is response to NMFS). Reclamation has completed preliminary Project operation simulations using the low range elevations and the Service's recommended UKL September elevation of 4140 coupled with NMFS's recommended Hardy Phase I flows. The results of those simulations show that this year, and in the majority of years, there would be insufficient inflow to UKL to simultaneously meet UKL elevations and meet the downstream flows, even without any Project or refuge deliveries. Reclamation believes this is not reasonable or prudent and precludes the intended purpose of the Project.

The consultation regulations define RPA's as alternative actions identified during formal consultation that: (1) can be implemented in a manner consistent with the intended purpose of the action; (2) can be implemented consistent with the scope of the federal agency's legal authority and jurisdiction; (3) is economically and technologically feasible; and (4) the Service believes would avoid the likelihood of jeopardizing the continued existence of listed species or resulting in the destruction or adverse modification of critical habitat. We are concerned that requiring an elevation of 4140 does not meet the definition of a RPA for UKL in the BO. If the Service believes that, after reviewing the final BA, it must specify elevation 4140, then Reclamation requests that the Service engage Reclamation in discussing this action.

The Service's recommended UKL minimum elevation of 4140, if implemented in concert with the NMFS Hardy Phase I recommended river flows, would result in Reclamation not being able to implement the action, which is to deliver water for Project contractors and refuges, in most years. This would be contrary to the intended purpose of the action, which is to operate the Klamath Project to supply water for agriculture and refuges while meeting Reclamation's other obligations, such as the Endangered Species Act.

The Service is responsible for evaluating the effects of the action on listed species or critical habitat under Section 7 of Endangered Species Act (ESA). The effects include direct and indirect effects of an action on the species or critical habitat that will be added to the environmental baseline. Please provide us with an explanation in the BO of how the Service has established an environmental baseline to adequately consider the effects of other Federal and non-Federal actions and activities on the endangered suckers and their critical habitat.

Many of the recommendations in your memorandum may have better application in a revised Recovery Plan for the endangered suckers. Reclamation strongly recommends that the Service revise the existing Recovery Plan to incorporate new scientific information collected since 1993. This would allow the Service to engage other non-Project activities in recovery activities.

Finally, Reclamation is committed to utilizing our 7(a)(1) authorities to further the purpose of the ESA. We have been participating in, and promoting the use of a comprehensive ecosystem restoration strategy for conservation and recovery of the species in the Klamath Basin. That program is in its beginning and we believe it will yield positive results over time.

You may direct questions regarding the BA to Mark Buettner at (541)883-6935, or questions regarding this request for formal consultation to Bob Davis or Dan Fritz at (541)883-6935. The BA may be viewed for printing as needed at www.mp.usbr.gov/kbao.

Attachment

Cc: (with attachment)

National Marine Fisheries Service, Donald Reck, Fisheries Biologist, 1655 Heindon Road, Arcata, CA 95521

Cc: (without attachment)

Bureau of Indian Affairs, Office of Trust Responsibilities, Doug Tedrick, , 1849 C Street, NW, MS 3061-MIB, Washington, D. C, 20240

Bureau of Indian Affairs, Karole Overberg, Trust Officer, 911 NE 11th Ave., Portland, OR 97232

Bureau of Indian Affairs, Frank Fryman, , 2800 Cottage Way, Sacramento, CA 95825

Horsefly Irrigation District, Bruce McCoy, Manager, PO Box 188, Bonanza, OR 97623

PacifiCorp, Todd Olson, Licensing Project Manager, 825 NE Multnomah StreetSuite 1500, Portland, OR 97232

Hoopa Valley Tribe, Duane Sherman, Chair, PO Box 1348, Hoopa, CA 95546

Karuk Tribe of California, Alvis Johnson, Chair, PO Box 1016, Happy Camp, CA 96039

Klamath County Commissioner's Office, Steve West, Chairman, Board of Commissioners, 305 Main Street, 2nd Floor, Klamath Falls, OR 97601

Klamath River Intertribal Fish and Water Commission, Merv George, Administrator, PO Box 1449, Hoopa, CA 95546

Klamath Water Users Protective Association, Tessa Stuedli, Executive Director, 2455 Patterson Street, Suite 3, Klamath Falls, OR 97603

Langell Valley Irrigation District, David McCarley, Manager, 9787 East Langell Valley Road, Bonanza, OR 97623

Modoc County Board of Supervisors, Terry Williams, Chair, PO Box 130, Alturas, CA 96101

National Marine Fisheries Service, SW Region, Rebecca Lent, Regional Administrator, 501 West Ocean Blvd., Suite 4200, Long Beach, CA 90802-4213

Pacific Southwest Solicitors Office, Stephen Palmer, Attorney, 2800 Cottage Way, Sacramento, CA 95825-1898

Siskiyou County Board of Supervisors, Bill Hoy, Supervisor Chair, PO Box 338, Yreka, CA 96097

The Honorable Wally Herger, US House of Representatives, 2433 Rayburn House Office Bldg, Washington, DC 20515

The Honorable Barbara Boxer, United States Senate, 112 Hart Senate Bldg., Washington, DC 20510

The Honorable Dianne Feinstein, United States Senate, 331 Hart Senate Bldg, Washington, DC 20510

The Honorable Greg Walden, US House of Representatives, 843 East Main St., #400, Medford, OR 97504

The Honorable Mike Thompson, US House of Representatives, 415 Cannon House Ofc. Bldg. US House of Representatives, Washington, DC 20510

The Klamath Tribes, Allen Foreman, Chair, PO Box 436, Chiloquin, OR 97624

US Fish and Wildlife Service, John Engbring, , 2800 Cottage Way, W-2606, Sacramento, CA 95825

Yurok Tribe Fisheries Program, Dave Hillemeier, , 15900 Highway 101 N., Klamath, CA 95548

Yurok Tribe, Susan M. Masten, Chair, 1034 Sixth Street, Eureka, CA 95501

# BIOLOGICAL ASSESSMENT OF THE KLAMATH PROJECT'S CONTINUING OPERATIONS ON SOUTHERN OREGON/NORTHERN CALIFORNIA ESU COHO SALMON AND CRITICAL HABITAT FOR SOUTHERN OREGON/NORTHERN CALIFORNIA ESU COHO SALMON

U.S. Bureau of Reclamation
Mid-Pacific Region
Klamath Area Office
Klamath Falls, Oregon

January 22, 2001

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
68

# TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . 2

PROJECT DESCRIPTION . . . . . . . . . . . . . . . . . . . . 3

ENDANGERED SPECIES ACT . . . . . . . . . . . . . . . . . . . . 14

PROPOSED ACTION . . . . . . . . . . . . . . . . . . . . 15

COHO SALMON GENERAL INFORMATION . . . . . . . . . . . . . . . . . . . . 19

EFFECTS OF KLAMATH PROJECT ON COHO SALMON IN THE KLAMATH RIVER . . . 23

CUMULATIVE EFFECTS . . . . . . . . . . . . . . . . . . . . 41

DETERMINATION OF EFFECTS . . . . . . . . . . . . . . . . . . . . 45

LITERATURE CITED . . . . . . . . . . . . . . . . . . . . 47

PERSONAL COMMUNICATIONS . . . . . . . . . . . . . . . . . . . . 52

## 1.0 INTRODUCTION

The Bureau of Reclamation (Reclamation) is the responsible Federal agency for operation of the Klamath Project (Project). Operation of the Project has been the subject of numerous previous consultations with the U.S. Fish and Wildlife Service (Service) and one with the National Marine Fisheries Service (NMFS) under Section 7 of the Endangered Species Act (ESA). Severe drought conditions in 1992 and 1994 and resultant associated shortages in project water supplies coupled with the 1997 listing of the southern Oregon/northern California (SONCC) coho salmon, *Oncorhynchus kisutch*, as threatened in the Klamath River downstream from the Project led to a review of Reclamation's operations. This biological assessment (BA) describes the effects on federally-listed species (i.e., coho salmon) and its designated critical habitat from on-going operation of the project based on historic operations, as described in this BA. The biological opinion (BO) addressing this BA and any subsequent BA amendments will be among the information that will inform the development of alternatives of the long-term operations plan and environmental impact statement (EIS). Reclamation is developing a long-term operations plan and EIS for the Project. The preferred alternative for implementation from the long-term operations plan would be the subject of a separate future ESA consultation.

This BA describes the needs of anadromous fish with emphasis on SONCC coho salmon. It was developed using the best available scientific and commercial information on anadromous fish in the Klamath River.

Coho salmon were listed as threatened on June 6, 1997 (NMFS 1997). The NMFS published a final rule designating critical habitat for SONCC coho salmon in May, 1999 (NMFS 1999a). Designated critical habitat for SONCC coho salmon encompasses accessible reaches of all rivers (including estuarine areas and tributaries) between the Mattole River in California and the Elk River in Oregon. Critical habitat includes all waterways, substrate, and adjacent riparian zones below longstanding, naturally impassable barriers. The areas upstream from Iron Gate Dam (IGD) (river mile 190) were not proposed critical habitat because areas downstream were considered sufficient for the conservation of the species.

Reclamation has not evaluated whether the action that is the subject of this BA is consistent with its trust responsibility to Klamath Basin Indian Tribes. There are several important scientific reports and analyses (e.g., Phase II flow study) currently not available to Reclamation concerning threatened coho salmon, their habitat, and water quality as it relates to appropriate river flows that may be necessary to operate the Project consistent with the trust responsibility to Klamath Basin Indian Tribes. When this additional information becomes available, Reclamation intends to consider it during the development of the Project operations plans and include it in subsequent consultations with NMFS, as appropriate.

## 2.0 KLAMATH PROJECT DESCRIPTION

### 2.1 General Operations

The Project develops a water supply used for irrigation of approximately 220,000 acres in three counties in south-central Oregon and northeastern California. The location of the Project is shown on Figure 1. The Project delivers water primarily from Upper Klamath Lake in the headwaters of the Klamath River Basin and Gerber and Clear Lake Reservoirs in the Lost River watershed. A detailed description of Project operations was included in the 1992 BA for Long-Term Operations of the Klamath Project (Reclamation 1992) and the report describing historic project operation (Reclamation 2000a).

Figure 1. Klamath Project–location map




### 2.2 Project Authorities and Institutional Restraints

There are authorities, responsibilities and obligations that affect or influence Project operations. These include:

1) Project construction was authorized by the Secretary of the Interior on May 15, 1905, in accordance with the Reclamation Act of 1902. The Act of February 9, 1905 provides; *"The*

*Secretary of the Interior is hereby authorized in carrying out any irrigation project that may be undertaken by him under the terms and conditions of the national reclamation act and which may involve the changing of the levels of Lower or Little Klamath Lake, Tule or Rhett Lake, and Goose Lake, or any river or other body of water connected therewith, in the States of Oregon and California, to raise or lower the level of said lakes as may be necessary..."*

2) The Klamath River Compact of 1957 entered into between the states of Oregon and California and approved by the U.S. Congress which established goals and objectives for the development and management of water resources of the Klamath River Basin.

3) FERC license, Project No. 2082, establishes terms and conditions for operation of the Eastside and Westside Powerplants at Link River Dam, J.C. Boyle, Copco No. 1 and No. 2, and Iron Gate hydroelectric projects and Keno Dam, all of which are operated by PacifiCorp in accordance with its FERC license. This license sets certain minimum flows for the Klamath River at IGD (Table 1). Minimum flows, however, are subject to water availability and senior water rights. Pursuant to a 1956 contract with Reclamation, PacifiCorp operates Link River Dam and its appurtenant power generation facilities. Reclamation and PacifiCorp entered into a Letter Agreement on June 5, 1997, to clarify for FERC that PacifiCorp was operating Link River Dam pursuant to Reclamation authority under the 1956 contract, because the 1997 Klamath Project operations plan required Klamath River flows that were both greater and less than those included in PacifiCorp's FERC license. The Agreement has been extended each year to include that year's operation.

Table 1. FERC instantaneous minimum flows at Iron Gate Dam.

| **Month** | **Flow (cfs)** | **Month** | **Flow (cfs)** | **Month** | **Flow (cfs)** |
|---|---|---|---|---|---|
| April | 1,300 | August | 1,000 | December | 1,300 |
| May | 1,000 | September | 1,300 | January | 1,300 |
| June | 710 | October | 1,300 | February | 1,300 |
| July | 710 | November | 1,300 | March | 1,300 |

4) Endangered Species Act - Project operations affect four threatened and endangered species including the Lost River and shortnose sucker, SONCC coho salmon and bald eagle. In 1992 and 1994, Service issued BOs on the effects of the Project on the endangered suckers and bald eagles. The Service provided "reasonable and prudent alternatives" (RPAs) regarding water elevations in project reservoirs that would allow Project operation to continue without jeopardy to the listed species. A 1996 ESA consultation was on PacifiCorp and New Earth activities, as permitted by Reclamation (Service 1996a).

5) The United States has a trust responsibility to protect tribal trust resources. In general, the trust responsibility requires the United States to protect tribal fishing, gathering, hunting, and water rights, which are held in trust for the benefit of the tribes. Reclamation is obligated to

ensure that Project operations not interfere with the tribes' senior water rights. With respect to the tribes' fishing rights, Reclamation must, pursuant to its trust responsibility and consistent with its other legal obligations, prevent activities under its control that would adversely affect those rights, even though those activities take place off reservation. Fishery and other resources in the Klamath River and Upper Klamath Lake provide religious, cultural, subsistence, and commercial support values for the Klamath Basin Indian tribes. The Klamath Basin Indian tribes include the Klamath, Hoopa Valley, Karuk, and Yurok Tribes.

6) Reclamation has contractual obligations to Project water users to provide water primarily for domestic and irrigation uses. The contracts for the majority of the Project area define this obligation as the amount of water necessary to meet the reasonable beneficial use of water for irrigation. Approximately 220,000 acres of agricultural lands are served by the Klamath Project.

7) Refuge Water Supplies - Four national wildlife refuges lie adjacent to or within Project boundaries--Lower Klamath, Tule Lake, Clear Lake, and Upper Klamath Lake National Wildlife Refuges. The refuges either receive water from, or are associated with Project facilities.

2.3 KPOPSIM Model and Project Operation

Reclamation developed a water accounting spreadsheet model (KPOPSIM) that simulates project operations to help evaluate the impacts of varying water deliveries to overall project operations. It defines the available water supply including monthly runoff into Upper Klamath Lake and water demands at various locations. In addition, estimates of flow accretions downstream of project facilities have been developed. Criteria for operations, including administrative, legislative, legal, or contractual requirements, are incorporated into the model. Using the model, monthly estimates of water deliveries to the various users, reservoir releases, instream flows at specific locations, reservoir storage, Upper Klamath Lake levels and pumping quantities can be determined. The model allows alternative operation scenarios to be analyzed with key operations indicators used to determine the ability of the project to meet various water users' demands. Detailed description of the model components, inputs, and assumptions are found in CH2M Hill (1997). The model has been presented for preliminary review and comment, and will undergo further review and refinement. The model is based on 37 years (1961 through 1997) of hydrological record, and uses expected comparable preceding year types to predict outcomes.

## 2.4 Project History and Operation

Project facilities, contracts, water rights and operation are described in the 1992 BA (Reclamation 1992) and the report on historic operation (Reclamation 2000a). They are also described in the 1995 and 1997 Regional Solicitor's memorandums.

Table 2 describes historic operation of the project data regarding Klamath River flows from 1961 through 1997. This period encompasses the time when existing project features/facilities have been in operation and it is the period of hydrological and project operation records incorporated into the water accounting spreadsheet model (KPOPSIM) for the Project.

Table 2. Historic Iron Gate Dam flows (1961 through 1997-- values in cfs).

| | 19 Above Average Water Years | | | | 11 Below Average Water Years | | | |
|---|---|---|---|---|---|---|---|---|
| Time Step | Maximum | Minimum | Average | St. Dev. | Maximum | Minimum | Average | St. Dev. |
| Oct | 3353 | 1329 | 1912 | 586 | 2511 | 1308 | 1592 | 345 |
| Nov | 5254 | 1337 | 2547 | 1071 | 2986 | 1324 | 1999 | 621 |
| Dec | 6735 | 1387 | 2987 | 1213 | 6653 | 1435 | 2835 | 1507 |
| Jan | 9553 | 1127 | 3249 | 1785 | 9489 | 1334 | 3166 | 2337 |
| Feb | 9150 | 910 | 4143 | 2244 | 5656 | 1546 | 2532 | 1156 |
| Mar 1-15 | 12447 | 1953 | 4864 | 2851 | 5017 | 1439 | 2501 | 1006 |
| Mar 16-31 | 9219 | 2101 | 5268 | 2008 | 3682 | 1748 | 2391 | 591 |
| Apr 1-15 | 9254 | 1781 | 4805 | 1906 | 3067 | 1455 | 2009 | 587 |
| Apr 16-30 | 7205 | 1629 | 3860 | 1179 | 2493 | 1305 | 1701 | 426 |
| May 1-15 | 5005 | 1730 | 3383 | 1088 | 2083 | 1010 | 1351 | 372 |
| May 16-31 | 6247 | 1026 | 2761 | 1329 | 1714 | 1003 | 1188 | 228 |
| Jun 1-15 | 4495 | 760 | 1764 | 1150 | 1480 | 728 | 912 | 230 |
| Jun 16-30 | 2084 | 742 | 1031 | 365 | 1295 | 696 | 806 | 163 |
| Jul 1-15 | 2194 | 705 | 870 | 327 | 940 | 709 | 758 | 69 |
| Jul 16-31 | 1122 | 680 | 772 | 107 | 1023 | 682 | 784 | 94 |
| Aug | 1208 | 1011 | 1049 | 46 | 1094 | 701 | 995 | 104 |
| Sep | 2052 | 1035 | 1457 | 206 | 1428 | 725 | 1272 | 184 |

Table 2. Continued

| | 5 Dry Water Years | | | | 2 Critical Dry Water Years | | | |
|---|---|---|---|---|---|---|---|---|
| Time Step | Maximum | Minimum | Average | St. Dev. | Maximum | Minimum | Average | St. Dev. |
| Oct | 1382 | 852 | 1094 | 220 | 937 | 904 | 920 | 16 |
| Nov | 1390 | 873 | 1218 | 189 | 915 | 909 | 912 | 3 |
| Dec | 3903 | 889 | 2290 | 1305 | 944 | 914 | 929 | 15 |
| Jan | 4348 | 888 | 2588 | 1307 | 1191 | 1011 | 1101 | 90 |
| Feb | 2217 | 747 | 1554 | 505 | 730 | 525 | 627 | 103 |
| Mar 1-15 | 2790 | 725 | 1683 | 817 | 712 | 501 | 607 | 106 |
| Mar 16-31 | 2148 | 724 | 1464 | 545 | 572 | 521 | 547 | 26 |
| Apr 1-15 | 1767 | 728 | 1183 | 381 | 843 | 569 | 706 | 137 |
| Apr 16-30 | 1325 | 754 | 1039 | 241 | 636 | 574 | 605 | 31 |
| May 1-15 | 1025 | 761 | 968 | 104 | 741 | 525 | 633 | 108 |
| May 16-31 | 1039 | 924 | 996 | 41 | 714 | 501 | 608 | 106 |
| Jun 1-15 | 931 | 712 | 782 | 77 | 706 | 476 | 591 | 115 |
| Jun 16-30 | 735 | 612 | 700 | 45 | 702 | 536 | 619 | 83 |
| Jul 1-15 | 739 | 547 | 669 | 76 | 572 | 429 | 501 | 71 |
| Jul 16-31 | 742 | 542 | 678 | 75 | 575 | 427 | 501 | 74 |
| Aug | 1033 | 647 | 824 | 152 | 636 | 398 | 517 | 119 |
| Sep | 1048 | 749 | 953 | 112 | 906 | 538 | 722 | 184 |

Historic Project operation has been influenced by events and actions such as: (1) varying hydrological conditions in the watershed from year to year; (2) changes in the Klamath River watershed and lands adjacent to Upper Klamath Lake; (3) changes in agricultural cropping patterns; (4) changes in national wildlife refuge operations; (5) previous consultations under Section 7(a)(2) of the ESA; (6) increased scientific understanding of fish habitat needs has led to a better understanding of trust responsibilities for

Klamath Basin Indian tribes, both upstream and downstream of the project; and (7) its obligations and responsibilities described in the July 25, 1995 and January 9, 1997 Regional Solicitor's memorandum.

2.5 Water Year Type Description and Development

"Water Year Type" refers to the type of water year predicted based upon hydrologic conditions that vary from year to year. These conditions determine the volume and timing of water available for Project use. Annual operation plans are developed in response to the water year type. Annually, water year types are determined on April 1 based on Natural Resource Conservation Service (NRCS) forecasts, and revised monthly thereafter based on these forecasts.

Thirty-seven years (1961-1997) of historic April through September net inflow data to Upper Klamath Lake (using 1996 bathymetric data) were used in statistical analyses that shaped the definition of water year types. The net inflow data was found to have a normal distribution with an arithmetic mean (average) of 500,400 acre-feet (af) and a standard deviation of 187,600 af. This suggests that approximately 68% of the water year types have an inflow that is within the range of 500,400 +/- 187,600 af. The "above average" water year type is defined as any water year with an April-September net inflow of over 500,400 af. The average inflow, less one standard deviation, equals 312,800 af. A "below average" water year type is defined as having an inflow between 500,000 af and 312,800 af.

Subtracting the standard deviation again from 312,800 results in a value lower than the driest year on record, so some other methodology was needed to determine the delineation between "dry" and "critical" water year types. Percentile ranking of the net inflow data show that the third percentile falls at 185,000 af, and this value was used for the dry water year indicator. A "critical dry" water year type is defined as having an inflow less than 185,000 af[1].

In summary, the net inflows for the four water year types (April through September) are: above average >500,400 af; below average 312,800-500,400 af; dry 185,000-312,800 af; and critical <185,000 af.

2.6 Project Operation Description

Since 1995, Reclamation has operated the Klamath Project according to an annual operations plan. Each of these years were above average water year conditions. The most recent annual operations plan is dated April 26, 2000 and covers the period of April 1, 2000 through March 31, 2001. The annual operation plans have been developed to assist Reclamation in operating the Klamath Project consistent with its obligations and responsibilities, given varying annual hydrological conditions. The relationship between forecast inflow for plan development and actual inflow in September can be illustrated with the 2000 operations. Forecasted inflow in April was 397,000

[1] Due to the relatively small sample size, the same delineation between dry and critical is achieved by using the 5th percentile as well as the 3rd percentile.

# 3.0 ENDANGERED SPECIES ACT

## 3.1 Endangered Species Consultation History

In 1995, Reclamation conferred with the NMFS regarding effects of the 1995 Klamath Project Operations Plan on Klamath Mountains Province steelhead (*O. mykiss*) which was proposed for listing at that time. On April 7, 1995, NMFS sent Reclamation a letter of concurrence stating that the Project's operations for 1995 were not likely to jeopardize Klamath Mountains Province steelhead. The concurrence was based on: 1) an expectation that 1995 Project operations would meet the minimum flow schedule outlined in the IGD FERC license; and 2) an understanding that proposed operation of the Project included development and implementation of a long-term operating plan for the Project that would fully consider the needs of anadromous fish downstream from IGD. Subsequent to April 7, 1995, Reclamation revised the schedule and scope of the long-term operations plan.

Reclamation coordinated with NMFS regarding 1996 Project operations, including the downstream flows that were implemented that year. A technical review was provided by NMFS of Reclamation's memoranda supporting the 1996 Klamath Project Operations Advisory. NMFS provided similar coordination for the1997 Annual Operations Plan.

Reclamation coordinated with NMFS regarding the1998 Project operations and its consequences on threatened coho salmon, the proposed Klamath Mountain Province steelhead and candidate species chinook salmon (*O. tshawytscha*). On February 11, 1998, Reclamation requested formal consultation on coho salmon pursuant to the ESA for the 1998 Project operations. On April 1, 1998, Reclamation provided a BA to NMFS on coho salmon pursuant to ESA for the 1998 Project operations (Reclamation 1998). The 1998 Project operations met or exceeded the minimum flow schedule for the Klamath River at IGD as required by the FERC license, August and September excepted.

In March 1999, Reclamation submitted a draft Environmental Assessment (EA) on the 1999 Project operations to NMFS. The preferred alternative in the 1999 EA was virtually identical to the Project operations described in the 1998 BA. NMFS agreed that for the purposes of ESA Section 7 consultation, the 1998 BA adequately described proposed 1999 Project operation and potential impact to coho salmon. NMFS delivered a draft BO to Reclamation regarding the 1999 Project operations in July 1999 (NMFS 1999b). Reclamation provided a written supplement to the EA/proposed action (i.e., flows higher than the 1998 Plan minimums). NMFS issued a BO on the amended proposed action and concluded that the amended proposed action was not likely to jeopardize SONCC coho salmon. The 1999 BO acknowledged the close operational relation between the Project and PacifiCorp's IGD and accordingly the incidental take statement authorized PacifiCorp's IGD operations pursuant to Reclamation's 1999 Plan.

In November 1999, Reclamation provided funding to the Bureau of Indian Affairs and cooperated with Utah State University (USU), USGS, and the Service to examine incremental changes in flow and available total habitat (microhabitat plus macrohabitat) in the Klamath River. Dr. Thom Hardy is with the Institute for Natural Systems Engineering (INSE) of USU and he is the principal investigator for Phase II. Reclamation anticipates that the results of Phase II analyses will be used in future

Section 7 Consultations and for the long-term operations plan EIS.

On January 31, 2000, USU informed Reclamation that the Phase II instream flow report would not be completed until late 2000[3]. However, Reclamation's ESA coverage on coho salmon expired April 1, 2000. Reclamation sent a letter, dated September 14, 2000, to NMFS requesting an updated species list. On September 25, 2000, NMFS provided Reclamation with a list of Federally listed species and critical habitat that may occur downstream of IGD on the Klamath River. This BA describes the Project's effects on those species. This BA is intended to cover the time period from when a BO is issued by NMFS until that BO is superceded by another consultation.

## 4.0 PROPOSED ACTION

Reclamation proposes ongoing operation of the Klamath Project. A detailed description of project operations is presented in the BA prepared in 1992 (Reclamation 1992) and the report describing historic project operation (Reclamation 2000a). The IGD flow releases summarized in Table 4 are the average minimum flows for each time step taken from historic operations (Table 2). Reclamation proposes to operate the project to meet these minimum or greater flows, depending on water year type. In addition, Reclamation will work to develop a plan of closer operational coordination and data sharing with PacifiCorp to reduce the scope and impacts of depressed flows that occur during the April to June period (Figure 2). For purposes of this BA, the action area is defined as the mainstem Klamath River downstream from IGD (river mile190), in northern California.

### 4.1 PacifiCorp Hydrofacilities Operations

PacifiCorp operates facilities to generate hydroelectrical power at the Westside and Eastside Plants at Link River Dam, Keno Dam, J. C. Boyle Dam, Copco No. 1 and Copco No. 2 Dams, and IGD. This operation is in accordance with Reclamation's annual operations plan for the Project, FERC license requirements, and the applicable Service BO for Upper Klamath Lake levels (T. Olson, PacifiCorp pers. comm. 1998). During the last 39 years, project operations pursuant to the contract between Reclamation and PacifiCorp have been influenced by the FERC license minimum flow schedule for IGD (FPC 1961). During below average and above average water years, IGD releases usually exceeded the FERC minimums during the fall and winter while during dry years releases occasionally dropped below the minimums particularly during the summer months. In critically dry years (i.e., 1992 and 1994), releases were less than the FERC minimums almost every month of the year. Between 1962 and 1992, the FERC minimum flows were violated about 30 percent of the total number of months in this period.

---

[3] Presently, the Phase II report is scheduled to be finalized in early 2001.

## 8.0 DETERMINATION OF EFFECTS

Reclamation has determined that the effects of on-going operation of the Project, that is the subject of this BA, is likely to adversely affect the SONCC coho salmon. Further, Reclamation has determined the proposed action may adversely modify critical habitat for that species. PacifiCorp's operation of IGD, subject to the FERC license restrictions, Reclamation's annual plans, and Conditions 1 and 2 described in Section 6.7 will not jeopardize coho salmon. These determinations are made considering the following information:

- On-going operation of the Project will result in flows in the Klamath River downstream from IGD that may affect rearing and outmigrating fry and juvenile coho salmon.

- On-going operation of the Project could place rearing salmonids at risk (depending on water year type) because the operation could result in a combination of high water temperature ($\geq 15^{\circ}$ C), low dissolved oxygen, and low flows. The relationship between the Project's effects on water temperature and summer/fall mainstem river flows is complex (Balance Hydrologics 1996), thus limiting Reclamation's ability to assess the Project's effects.

- The Klamath River has likely always been a relatively warm river system. Insolation (solar radiation) and ambient air temperatures are primary factors affecting water temperatures in most rivers, including the Klamath. These climatic factors are completely independent and are not affected by Project operations. These factors influence water temperatures as distance increases downstream from IGD (Balance Hydrologics 1996; Hanna 1997). Currently-depressed salmonid populations combined with successful introduction of numerous warm water fish species into the reservoir system suggests that natural climatic factors combined with major landscape alterations in the Klamath River watershed and its tributaries have caused higher water temperatures, thus favoring fish species other than salmonids.

- Additional research is needed to assess the impact of on-going Project operations and other activities in the Klamath Basin on anadromous fish. Over the last 50 years, much information has been collected by federal, state, tribal, and corporate entities regarding Klamath River salmonids. The information describes fish habitat and their populations in the Klamath River watershed dating back to the 1940's. Recent studies by CCFWO, the Yurok Tribe of California and the Karuk Tribe are valuable in understanding the Klamath River fisheries and the overall mechanics of the watershed. Additional studies are needed to gain a comprehensive understanding of the Klamath Basin aquatic ecosystem and should focus on obtaining 1) information on spatial distribution and temporal abundance of fish (all life stages) within the mainstem river and it's tributaries, 2) the relationship of flow and the availability of spawning, incubation, rearing, and outmigration habitat, 3) the effects of water quality on egg to smolt survival, 4) reliable data on run strength in the mainstem using direct enumeration, 5) detailed information on pollution sources and relative contribution of each source to the nutrient loads in the Klamath River, and 6) diurnal temperature effects on fish.

- Macrohabitat conditions, primarily elevated water temperature from late June through September, may outweigh the benefits of suitable microhabitat (depth, velocity and cover) for

YOY and juvenile salmonids. Phase II results will hopefully provide additional information on this issue. Microhabitat appears to be most limiting during the spring (March, April, May, and early June) and relates to river stage and availability of mainstem Klamath River edge habitat. Reclamation will work to develop a plan of closer operational coordination and data sharing with PacifiCorp to reduce the scope and impacts of depressed flows that occur during the April to June period. In addition, ramping rate conditions implemented by PacifiCorp may minimize potential stranding impacts and should benefit coho salmon.

- Elevated water temperatures in the river downstream from IGD from late June through September create a population bottleneck because water temperature exceeds chronic (> 15° C) and acute (>20° C) thermal thresholds for YOY and juvenile salmonids. Bartholow (1995) reported acute thermal effects on salmonids, especially egg and larval life stages, could be expected at mean daily water temperatures of 20° C, or for consecutive exposures at a weekly mean temperature at 15° C.

- Implementing river flows greater than those resulting from on-going Project operation downstream from IGD from July through September (Table 4) will not likely reduce mean water temperature to levels below chronic and acute levels for salmonids (Table 6). Deas and Orlob (1999) reported that higher flows from IGD in August resulted in water temperatures being reduced approximately 0.6° C, but not reduced below the chronic or acute levels typical of summer conditions. The temperature of water released from IGD and temperature records at Seiad from late June through early September in many water year types approach or exceed acute thermal thresholds and may be a contributing factor to fish kills in the mainstem[5]. Although fish do survive these temperatures, the complex relationship of river flows and water temperatures, and their effects on the fishery in the Klamath River warrants further investigation. Phase II results will hopefully provide additional information on this issue[6].

---

[5] A fish kill in 2000 coincided with a water temperature of 24.03° C and a discharge of about 1,500 cfs in July. Releases at IGD were approximately 1,000 cfs.

[6] Care should be exercised when applying laboratory results of thermal preferences of wild fish because there may be unquantified interactive effects from other factors including predation, inter- and intra-specific competition for microhabitat, availability of food for maintaining high metabolic rates, and instream hydraulics. These factors can influence the temperature regimes tolerated by wild and hatchery fish (Myrick, 1998).

# BIOLOGICAL ASSESSMENT OF KLAMATH PROJECT'S CONTINUING OPERATIONS ON THE ENDANGERED LOST RIVER SUCKER AND SHORTNOSE SUCKER

U.S. Bureau of Reclamation
Mid-Pacific Region
Klamath Basin Area Office
Klamath Falls, Oregon
February 13, 2001

TABLE OF CONTENTS

1.0 INTRODUCTION........................................2

2.0 DESCRIPTION OF THE ACTION........................................3

3.0 DESCRIPTION OF HISTORIC OPERATIONS........................................6

4.0 ENDANGERED SPECIES POTENTIALLY AFFECTED BY THE KLAMATH PROJECT..............16

5.0 ENVIRONMENTAL BASELINE........................................60

6.0 EFFECTS OF KLAMATH PROJECT ON BALD EAGLES........................................60

7.0 EFFECTS OF KLAMATH PROJECT ENDANGERED SUCKERS........................................63

8.0 PROPOSED CRITICAL HABITAT FOR ENDANGERED SUCKERS........................................82

9.0 CUMULATIVE EFFECTS........................................84

10.0 DETERMINATION OF EFFECTS........................................89

11.0 LITERATURE CITED........................................90

12.0 PERSONAL COMMUNICATIONS........................................100

13.0 APPENDIX 1 – ESA CONSULTATION REVIEW........................................101



PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
69

# 1.0 INTRODUCTION

## 1.1 Overview

The Bureau of Reclamation (Reclamation) is the responsible Federal agency for operation of the Klamath Project (Project). Operation of the Project has been subject to numerous previous consultations with the U.S. Fish and Wildlife Service under Section 7 of the Endangered Species Act. This biological assessment (BA) describes the effects of the action on federally listed species (shortnose sucker, Lost River sucker, bald eagle). The BA considers new scientific information regarding the endangered suckers in Upper Klamath Lake and other project waters. The implementation of a preferred alternative from the long-term operations plan (presently under development) would be the subject of future ESA consultation.

## 1.2 General Operation

The Klamath Project develops a water supply used for irrigation of approximately 220,000 acres in three counties in Oregon and California. Water supply for project deliveries comes from Upper Klamath Lake on the Klamath River and Gerber Reservoir on Miller Creek and Clear Lake Reservoir at the head of the Lost River in California. A detailed description of project facilities and their operation is included in the biological assessment prepared in 1992 (Reclamation 1992a) and the report describing historic project operation (Reclamation 2000a).

## 1.3 Background

There are various authorizations, responsibilities and obligations that affect or influence project operations. These include:

1) Project construction was authorized by the Secretary of the Interior on May 15, 1905, in accordance with the Reclamation Act of 1902. The Act of February 9, 1905 provides; "The Secretary of the Interior is hereby authorized in carrying out any irrigation project that may be undertaken by him under the terms and conditions of the national reclamation act and which may involve the changing of the levels of Lower or Little Klamath Lake, Tule or Rhett Lake, and Goose Lake, or any river or other body of water connected therewith, in the States of Oregon and California, to raise or lower the level of said lakes as may be necessary...";

2) The Klamath River Compact of 1957 entered into between the states of Oregon and California and approved by the U.S. Congress that established goals and objectives for the development and management of water resources of the Klamath River Basin;

3) FERC license, Project No. 2082, establishes terms and conditions for operation of the Eastside and Westside Powerplants at Link River Dam, J.C. Boyle, Copco No. 1 and No. 2, and Iron Gate hydroelectric projects and Keno Dam. This license sets certain minimum flows at IGD. Minimum flows, however, are subject to water availability and senior water rights. Pursuant to 1956 contract with Reclamation, PacifiCorp operates Link River Dam and its appurtenant power generation facilities. Reclamation and PacifiCorp entered into a Letter Agreement on June 5, 1997, to clarify for FERC that PacifiCorp was operating Link River Dam pursuant to Reclamation authority and directives under the 1956 contract, because the 1997 Klamath Project annual operations plan required Klamath River flows that were both greater and less than those included in PacifiCorp's FERC license. The Agreement has been extended each year to include that year's operation;

4) Endangered Species Act - Project operations affect four threatened and endangered species including the Lost River and shortnose sucker, southern Oregon/northern California coho salmon and bald eagle. In 1992, 1994, and 1996, the U.S. Fish and Wildlife Service (Service) issued biological opinions (BO) on the effects of the Project on the endangered suckers and bald eagles. The Service provided "reasonable and prudent alternatives" (RPAs) regarding water elevations in project reservoirs that would allow Project operation to continue without jeopardy to the listed species;

5) Tribal Trust - The United States has a trust responsibility to protect tribal trust resources. In general, the trust responsibility requires the United States to protect tribal fishing, gathering, hunting, and water rights, which are held in trust for the benefit of the tribes. Reclamation is obligated to ensure that Project operations not interfere with the

tribes' senior water rights. With respect to the tribes' fishing rights, Reclamation must, pursuant to its trust responsibility and consistent with its other legal obligations, prevent activities under its control that would adversely affect those rights, even though those activities take place off reservation. Fishery and other resources in the Klamath River and Upper Klamath Lake provide religious, cultural, subsistence, and commercial support for the Klamath Basin Indian tribes. The Klamath Basin Indian tribes include the Klamath, Hoopa Valley, Karuk, and Yurok Tribes; and

6) Refuge Water Supplies - Four national wildlife refuges lie adjacent to or within Project boundaries--Lower Klamath, Tule Lake, Clear Lake, and Upper Klamath Lake National Wildlife Refuges. The refuges either receive water from, or are associated with Project facilities.

1.4 Contracts and Water Rights

The Project supplies water to irrigation districts and individual irrigators pursuant to contracts entered into with Reclamation, subject to the availability of water. These contracts and water rights are described in the 1992 Biological Assessment (Reclamation 1992a) and Report on Historic Operation (Reclamation 2000a).

2.0 DESCRIPTION OF THE ACTION

Reclamation proposes continuing operation of the Klamath Project to supply water to project users and refuges. A detailed description of project operations is presented in the biological assessment prepared in 1992 (Reclamation 1992a) and the report describing historic project operation (Reclamation 2000a). This assessment focuses on water operations at the three main project reservoirs: Upper Klamath Lake, Clear Lake, and Gerber reservoir. Further, other operations associated with the Klamath Project are also described and assessed.

In addition to ongoing operation of the Project facilities, Reclamation proposes to support implementation of the Water Supply Initiative and Klamath Basin Water Supply Enhancement Act (P.L. 106-498). These activities would allow Reclamation to potentially increase and/or enhance Project water supplies.

2.1 Upper Klamath Lake

Reclamation proposes to operate the project to meet or exceed the elevations summarized in Table 1, depending on the water year type. These levels are the minimum end of the month values taken from historic operations (1960-1998). Water operations at Upper Klamath Lake are achieved through a combination of Eastside/Westside power canal releases, Link River Dam releases, A Canal releases, Lost River Diversion Canal releases, and Agency Lake Ranch diversions.

Table 1. Proposed minimum end of the month Upper Klamath Lake elevations by water year type (1960-1998).

| Time Step | Above Average Water Years | Below Average Water Years | Dry Water Years | Critical Dry Water Years |
|---|---|---|---|---|
| October | 4138.98 | 4138.36 | 4138.18 | 4136.93 |
| November | 4139.55 | 4138.99 | 4138.96 | 4137.80 |
| December | 4139.58 | 4138.80 | 4139.66 | 4138.58 |
| January | 4139.54 | 4139.41 | 4140.26 | 4140.01 |
| February | 4140.56 | 4140.15 | 4140.41 | 4140.94 |
| March | 4141.10 | 4141.35 | 4141.70 | 4141.80 |
| April | 4142.26 | 4142.15 | 4141.68 | 4141.68 |
| May | 4142.85 | 4142.22 | 4141.40 | 4140.70 |
| June | 4142.17 | 4141.30 | 4140.39 | 4139.45 |
| July | 4140.83 | 4140.00 | 4139.10 | 4138.77 |
| August | 4139.66 | 4138.85 | 4138.38 | 4137.52 |
| September | 4138.95 | 4138.18 | 4137.55 | 4136.84 |

2.2 Clear Lake Reservoir

Reclamation proposes to operate Clear Lake Reservoir to meet or exceed the elevations listed in Table 2, depending on the water year type. These elevations are the minimum end of the month values taken from historic operations (1960-1998).

9.8 Keno Reservoir

At least 55 unscreened private and irrigation district agricultural diversions exist on Keno Reservoir. Oregon Department of Fish and Wildlife has eight diversions for the Miller Island Wildlife Area, three of which are screened and plans are underway to screen others.

Further downstream agricultural diversions from the main stem of the Klamath River between the California-Oregon border and Copco Reservoir #1 provide water to private landowners through a lease of water rights (Beak Consultants, 1987). While these structures are relatively large, they probably do not impede fish passage in this river reach (F. Shrier, PacifiCorp, per. com.). More detailed information about these diversions are described in the 1996 biological assessment (Reclamation 1996a). The timing, volume, and the pattern of use of these irrigation diversions as well as their impact, on sucker populations are unknown although the impacts due to water quality and entrainment are likely. No other agricultural diversions are known in this vicinity (D. Maria, California Department of Fish and Game, per. com.).

Water quality on Keno Reservoir can at times be degraded due to treated sewage from two municipal sewage treatment plants, storm water and non-point source runoff from the City of Klamath Falls. Lumber mills along the Klamath River near Klamath Falls also contribute to water quality problems in the river. The Klamath Straits Drain, which receives return flows and storm runoff from private agricultural lands, municipalities, dairies, and refuges and the Klamath Project, contributes nutrients, sediment, herbicides and pesticides to the Klamath River. Other inputs include the Lost River Diversion Canal, Link River, and sediment sources. The highly enriched sediments were caused in part by decades of intensive lumber mill operations and log rafting on Lake Ewauna during the first 60-70 years of the 20th century. The impoundment of the nutrient rich waters in the reservoirs are known to contribute to algae blooms within the reservoirs and cause downstream algal nuisance conditions in the river.

Except for natural erosion along the banks of the Klamath River, there appears to be no other major source of sediment input to the Klamath River below Keno. The river reach below the J.C. Boyle Dam in Oregon to the California border was designated as the Klamath Scenic Waterway in 1988. The subsequent reach below the state line to Copco Reservoir is designated "Wild Trout Waters" by the CFDG.

9.9 Other Cumulative Effects

The transportation of hazardous materials by truck and train along the eastern and southern margin of UKL and over tributaries could result in spills and negative impacts to the listed and unlisted species in the basin's waters. Algae and Daphnia harvesting in UKL may result in the take of larval and juvenile suckers. The use of chemicals such as pesticides, herbicides, and mosquito or midge control chemicals could result in negative impacts to listed species throughout the basin. The diversion of water directly from UKL by private (non-Project) water users may result in the taking of suckers and reduction of habitat.

10.0 DETERMINATION OF EFFECTS

Reclamation's on-going operation of the Klamath Project may adversely affect the endangered Lost River and shortnose suckers due to: (1) loss of spawning and larval, juvenile, and adult rearing habitat and degradation of water quality related to regulation of water levels in reservoirs; (2) insularization of sucker populations increasing the risk of hybridization, introgression and loss of genetic variability due to dams and other facilities that have decreased the connectivity between different reservoirs and rivers in the Upper Klamath Basin; and (3) entrainment and loss of fish through diversions including irrigation canals and pumping plants. Reclamation has operated the Project in accordance with previous biological opinions and has initiated or completed most of the Priority 1 and 2 action items identified in the Lost River and Shortnose Sucker Recovery Plan. Reclamation has funded over 10.5 million dollars in ecosystem restoration projects that assist or benefit recovery of these species and purchased the 7,200-acre Agency Lake Ranch. Although the Project has affected, and continues to affect endangered suckers, Reclamation believes that sufficient progress is being made to complete the requirements of previous biological opinions and Recovery Plan action items. However, continuing operation of the Klamath Irrigation Project is still likely to adversely affect the shortnose and Lost River sucker and its proposed critical habitat. Continuing Project operations may affect likely to adversely affect threatened bald eagles due to loss of lake and marsh habitat supporting waterfowl and fish populations in the Basin during dry years.