UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) No. 01-591-FMA |
| Plaintiffs, | ) Judge Francis M. Allegra |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant, | ) |
| and | ) |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) |
| Defendant-Intervenor. | ) |

**NOTICE OF INTERVENOR-DEFENDANT PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS' JOINDER IN FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CONTRACT CLAIMS**

Intervenor-defendant Pacific Coast Federation of Fishermen's Associations ("PCFFA") hereby notifies the Court and other parties that it joins the Federal Defendants' Motion for Summary Judgment on Plaintiffs' Contract Claims. PCFFA will not, however, file a separate

brief in support of this motion.

Respectfully submitted this 17th day of February, 2006.

/s/ Todd D. True
TODD D. TRUE (WSB #12864)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
ttrue@earthjustice.org

ROBERT B. WIYGUL (LA BAR #17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS 39530
(228) 374-0700
(228) 374-0725 *[FAX]*
robert@waltzerlaw.com

*Attorneys for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On February 17, 2006, I served a true and correct copy of the following documents on the parties listed below:

1. Notice of Intervenor-Defendant Pacific Coast Federation of Fishermen's Associations' Joinder in Federal Defendants' Motion for Summary Judgment on Contract Claims.

Roger J. Marzulla
Nancie G. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, N.W., Suite 410
Washington, D.C. 20036
Phone: 202-822-6760
Fax No. 202-822-6774
*Attorneys for Plaintiffs*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by the Clerk

Kristine Tardiff
U.S. Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
55 Pleasant Street, Suite 352
Concord, NH 03301
Phone: 603-225-1562
Fax No. 603-225-1577
*Attorneys for Federal Defendant*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by the Clerk

Robin L. Rivett
Scott Andrew Shepard
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
Phone: 916-419-7111
Fax No. 916-419-7747
*Attorneys for Amicus Curiae Oregon Farm Bureau Federation, California State Grange, Greenhorn Grange and Pacific Legal Foundation*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by the Clerk



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| Curtis G. Berkey<br>Alexander, Berkey, Williams & Weathers, LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br>Phone: 510-548-7070<br>Fax No. 510-548-7080<br>*Attorney for Amicus Curiae Yurok and Klamath Tribes* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| John D. Echeverria<br>Georgetown Environmental Law and Policy Institute<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001-2075<br>Phone: 202-662-9863<br>Fax No. 202-662-9005<br>*Attorney for Amicus Curiae Natural Resources Defense Council* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| Loren William Collins<br>David E. Leith<br>Assistant Attorneys General<br>Oregon Attorney General's Office<br>Oregon Department of Justice<br>1162 Court Street N.E.<br>Salem, OR 97301-4096<br>Phone: 503-378-6313<br>Fax No. 503-378-3465<br>*Attorneys for Amicus Curiae State of Oregon* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of February, 2006, at Seattle, Washington.

Catherine Hamborg