**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al. | ) | |
| Plaintiffs, | ) | No. 01-591 L |
| v. | ) | Judge Diane Gilbert Sypolt |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Please be advised that the new address for counsel of record in this matter is as follows:

Scott W. Williams
Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Telephone: 510/548-7070
Facsimile: 510/548-7080
E-mail: swilliams@abwwlaw.com
E-mail: cberkey@abwwlaw.com

Please forward all pleadings, notices, orders and correspondence to the above address.

The phone number, fax number and e-mail addresses for counsel have not changed.

Dated: February 23, 2006

Respectfully submitted,

By: ______________________

Scott W. Williams
Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070
Fax: (510) 548-7080

*Attorneys for Amicus Yurok Tribe*

**DECLARATION OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

I hereby certify that on February 23, 2006, I electronically filed the foregoing document in Klamath Irrigation District, et al. v United States of America, No. 01-591L:

1) **NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

with the Clerk of the Court through the CM/ECF System, which sent notification of such filing to the following:

Kristine S. Tardiff
Environment & Natural Resources Division
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
kristine.tardiff@usdoj.gov

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
nancie@marzulla.com

John D. Echeverria
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, D.C. 20001
echeverj@law.georgetown.edu

Todd D. True
Earthjustice Legal Defense Fund
705 Second Avenue, Suite 203
Seattle, WA 98104
ttrue@earthjustice.org

Scott Andrew Shepherd
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
sas@pacificlegal.org

Carl Ullman
Klamath Tribe Legal Office
P.O. Box 957
Chiloquin, OR 97624
Via U.S. Mail

Loren William Collins
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301-4096
loren.collins@state.or.us

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 23, 2006, at Berkeley, California.

Martha Morales

Martha Morales