IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-591L<br>Judge Francis M. Allegra |

MOTION FOR EXTENSION OF TIME

The Natural Resources Defense Council respectfully moves for a one-day extension of time, until Monday,. February 27, 2006, to file a memorandum in the above-captioned case in support of the United States' motion for summary judgment as to plaintiffs' contract claims. The electronic filing system refused to accept the memorandum NRDC has prepared for filing in this case, and counsel cannot resolve the technical questions surrounding the electronic filing until additional personnel are available on Monday and/or counsel has an opportunity to consult with the Clerk's office during normal business hours.

Counsel has not had an opportunity in the time available to consult with counsel for the parties concerning this request.

Respectfully submitted,

s/John D. Echeverria
John D. Echeverria
Sanju Misra
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9863
(202) 662-9005 (fax)

Hamilton Candee
Natural Resources Defense Council
111 Sutter St., 20th floor
San Francisco, CA 94104
(415) 875-6100
(415) 875-6161 (fax)

Counsel for *amicus curiae* NRDC

February 24, 2006