# Amicus Appendix B

# Repayment of reclamation projects

**U.S. DEPARTMENT OF THE INTERIOR**
**Rogers C. B. Morton, Secretary**

**Bureau of Reclamation**
**Ellis L. Armstrong, Commissioner**

## PREFACE

*This volume brings up to date as of June 30, 1969, the 1963 data in the edition entitled, "Reclamation Repayments and Payout Schedules", which superseded the 1957 volume. Earlier editions were entitled "How Reclamation Pays," published as of January 1, 1947, and the 1952 edition, "Repayment Histories and Payout Schedules."*

# KLAMATH PROJECT

## OREGON–CALIFORNIA

The Secretary of the Interior authorized the Klamath project on May 15, 1905. Construction work started in 1906, and water was delivered to lands of the first unit on May 16, 1907. In succeeding years the area of land receiving water has been constantly increasing until now the lands served total approximately 223,000 acres. Full irrigation supplies are available to approximately 133,000 acres of project lands, with the balance supplied under the Warren Act and other special contracts.

The irrigable lands of the project are located in Klamath County in southcentral Oregon, and Siskiyou and Modoc Counties in northcentral California. The project works supply irrigation water to the project lands and also provide flood control on Lost River for the protection of lands in the Tule Lake Basin, which originally received all of the flow of Lost River. The project water supply comes from three storage reservoirs—Clear Lake, Gerber, and Upper Klamath Lake, which have a total capacity of 1,494,400 acre-feet.

In 1969, the irrigable area for service totaled 223,225 acres and 201,939 acres were irrigated with a gross crop value of $25,506,186 and an average value per irrigated acre of $126.31.

### LANGELL VALLEY DIVISION

The United States has constructed irrigation works, including Clear Lake and Gerber Reservoirs, for the irrigation of lands in the Horsefly Irrigation District and the Langell Valley Irrigation District.

The districts which comprise the Langell Valley division have contracted to repay a total of $969,532. Repayments began in 1928 and as of June 30, 1969, $773,200 had become due and $759,697 had been paid.

Moratoriums and amendatory contracts have extended the original repayment period to 1983. Certain lands were placed in class 6 pursuant to the act of May 25, 1926, and these construction charges have been charged off as a loss to the Reclamation Fund.

Rehabilitation and betterment work was performed on the pumping plants during fiscal year 1954. Additional rehabilitation work was started in 1968 under a separate contract.

The districts operate the distribution systems, and the United States operates the reservoirs.

Determination of repayment obligations as of June 30, 1969:

| | |
|---|---|
| Cost | $1,030,623 |
| Penalty funded | 947 |
| Subtotal | 1,031,570 |
| Miscellaneous income | 28,255 |
| Repayment contracts | 1,024,532 |
| Subtotal | 1,052,787 |
| Surplus not applied | 21,217 |

#### CONTRACTS

1922, March 27: Contract Ilr–112 with Horsefly Irrigation District and Langell Valley Irrigation District for construction of irrigation system for lands in Langell Valley. Estimated cost $474,000, payable in 40 semiannual graduated installments.

1923, June 18: Contract with Langell Valley Irrigation District for construction of Gerber Reservoir and additional irrigation works at estimated cost of $700,000, payable in 40 semiannual graduated installments.

1927, July 1: Contract with Langell Valley Irrigation District. Extended repayment period to 40 years and provided for actual expenditures of $40,200 for drainage.

1929, May 7: Contract with Horsefly Irrigation District, extending repayment period to 39 years.

1931, April 13: Contract with Horsefly Irrigation District and Langell Valley Irrigation District. Contract provides for dredging Clear Lake channel and construction of Dry Lake pumping plant.

1951, May 17: Contract with Langell Valley Irrigation District for inclusion of lands and adjustment of water rights.

1953, November 13: Contract with Langell Valley Irrigation District for rehabilitation and betterment in the amount of $40,200.26.

1965, July 29: Supplementary and amendatory contract Ilr–112

with Langell Valley Irrigation District restating unpaid obligation as of July 1, 1965, to be $314,070.65, with final payment due in 1983.

1967, September 20: Rehabilitation and betterment contract 14-06-200-3506A with Langell Valley Irrigation District in amount of $55,000, with first payment due December 31, 1969.

Summary of status of repayment contracts:

Total value of contracted repayment ............... $969,532
Total matured charges ........................... 773,200
Total matured charges repaid ..................... 759,697
Total matured charges unpaid ..................... 13,503

## Construction Repayment History—Langell Valley Division

| Fiscal year | Total obligation of water users | Accruals | | | Collections | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current year | Adjustments | Total | Current year | Prior years and adjustments | Total | Cumulative total |
| 1923 | $ 474,000 | | | | | | | |
| 1924 | 1,174,000 | | | | | | | |
| 1925 | 1,204,400 | | | | | | | |
| 1926 | 1,204,400 | | | | | | | |
| 1927 | 1,204,400 | | | | | | | |
| 1928 | [1] 938,094 | $ 4,969 | | $ 4,969 | $ 2,658 | | $2,658 | $2,658 |
| 1929 | 938,094 | 9,215 | | 9,215 | 2,982 | $2,312 | 5,294 | 7,952 |
| 1930 | 938,094 | 8,492 | | 8,492 | 0 | 6,233 | 6,233 | 14,185 |
| 1931 | 938,094 | 8,491 | | 8,491 | 0 | 4,042 | 4,042 | 18,227 |
| 1932 [2] | 955,426 | 7,693 | | 7,693 | 0 | 2,712 | 2,712 | 20,939 |
| 1933 [2] | 955,731 | 2,672 | [3] $18,221 | [3] 15,549 | 668 | | 668 | 21,607 |
| 1934 [2] | 926,587 | 327 | [3] 2,043 | [3] 1,716 | 160 | [3] 339 | [3] 179 | 21,428 |
| 1935 [2] | 927,778 | 5,879 | | 5,879 | 144 | 1,403 | 1,547 | 22,975 |
| 1936 [2] | 926,262 | 444 | [3] 3,183 | [3] 2,739 | 444 | 1,316 | 1,760 | 24,735 |
| 1937 [2] | 926,262 | 7,988 | | 7,988 | 7,042 | | 7,042 | 31,777 |
| 1938 | 926,262 | 8,921 | [3] 3,776 | 5,145 | 5,145 | 946 | 6,091 | 37,868 |
| 1939 | 926,262 | 8,921 | [3] 685 | 8,236 | 8,921 | [3] 685 | 8,236 | 46,104 |
| 1940 | 926,262 | 8,921 | | 8,921 | 8,921 | | 8,921 | 55,025 |
| 1941 | 926,262 | 9,999 | | 9,999 | 9,999 | | 9,999 | 65,024 |
| 1942 | 926,262 | 11,927 | | 11,927 | 11,927 | | 11,927 | 76,951 |
| 1943 | 926,262 | 12,776 | | 12,776 | 12,776 | | 12,776 | 89,727 |
| 1944 | 926,262 | 12,777 | | 12,777 | 12,777 | | 12,777 | 102,504 |
| 1945 | 926,262 | 12,776 | | 12,776 | 7,443 | | 7,443 | 109,947 |
| 1946 | 926,262 | 13,494 | | 13,494 | 7,706 | 5,333 | 13,039 | 122,986 |
| 1947 | 926,262 | 17,704 | | 17,704 | 10,594 | 5,788 | 16,382 | 139,368 |
| 1948 | 926,262 | 17,145 | | 17,145 | 8,620 | 7,110 | 15,730 | 155,098 |
| 1949 | 926,262 | 17,604 | | 17,604 | 17,604 | 8,525 | 26,129 | 181,227 |
| 1950 | 926,262 | 17,220 | | 17,220 | 16,084 | | 16,084 | 197,311 |
| 1951 | [4] 894,992 | 34,528 | | 34,528 | 25,404 | 1,136 | 26,540 | 223,851 |
| 1952 | 894,992 | 22,161 | | 22,161 | 22,161 | 9,124 | 31,285 | 255,136 |
| 1953 | 894,992 | 23,637 | | 23,637 | 23,637 | | 23,637 | 278,773 |
| 1954 | [5] 959,992 | 30,617 | | 30,617 | 30,617 | | 30,617 | 309,390 |
| 1955 | [6] 935,192 | 26,717 | | 26,717 | 26,717 | | 26,717 | 336,107 |
| 1956 | 935,192 | 15,437 | | 15,437 | 15,414 | | 15,414 | 351,521 |
| 1957 | 935,192 | 35,924 | | 35,924 | 35,924 | | 35,924 | 387,445 |
| 1958 | 935,193 | 29,722 | | 29,722 | 29,722 | 23 | 29,745 | 417,190 |
| 1959 | 935,193 | 37,871 | | 37,871 | 37,871 | | 37,871 | 455,061 |
| 1960 | 935,193 | 22,204 | | 22,204 | 22,204 | | 22,204 | 477,265 |
| 1961 | 935,193 | 45,280 | | 45,280 | 45,280 | | 45,280 | 522,545 |
| 1962 | 935,193 | 32,337 | | 32,337 | 17,074 | | 17,074 | 539,619 |
| 1963 | 935,193 | 33,554 | | 33,554 | 33,554 | 15,263 | 48,817 | 588,436 |
| 1964 | 935,193 | 32,515 | | 32,515 | 32,515 | | 32,515 | 620,951 |
| 1965 | 935,193 | 32,170 | | 32,170 | 32,170 | | 32,170 | 653,121 |
| 1966 | 969,532 | 32,011 | | 32,011 | 32,011 | | 32,011 | 685,132 |
| 1967 | 969,532 | 29,398 | | 29,398 | 29,398 | | 29,398 | 714,530 |
| 1968 | 969,532 | 29,152 | | 29,152 | 29,152 | −13,564 | 15,588 | 730,118 |
| 1969 | 969,532 | 29,518 | | 29,518 | 29,518 | 61 | 29,579 | 759,697 |
| Total | | 801,108 | −27,908 | 773,200 | 702,958 | 56,739 | 759,697 | |
| Collected | | | | 759,697 | | | | |
| Uncollected | | | | 13,503 | | | | |

[1] Decrease in obligation due to adjustment of estimated cost to actual cost.

[2] Moratorium period. Acts of Apr. 1, 1932, Mar. 3, 1933, Mar. 27, 1934, June 13, 1935, and Apr. 14, 1936. Construction charges deferred for calendar years 1930, $5,121; 1931, $4,328; 1932, $3,954; 1933, $9,335; 1934, $3,941; 1935, $3,522; 1936, $2,366; 1937, $4,461 under act of Aug. 21, 1937.

[3] Decrease. Decreases are due to deferment of charges under the relief acts.

[4] Decrease. Decreases due to chargeoff for land classification.

[5] Increase. Execution of rehabilitation contract.

[6] Decrease. Adjustment of rehabilitation contract to actual costs.

## Operation and Maintenance Assessments History—Langell Valley Division

| Fiscal year | Accruals | Collections |
|---|---|---|
| 1923 | | |
| 1924 | | |
| 1925 | | |
| 1926 | | |
| 1927 | | |
| 1928 | $643 | $643 |
| 1929 | 1,389 | 1,389 |
| 1930 | 1,657 | 1,657 |
| 1931 | 1,624 | 1,624 |
| 1932 | 1,760 | 1,760 |
| 1933 | 1,565 | 1,565 |
| 1934 | 1,678 | 1,678 |
| 1935 | 843 | 843 |
| 1936 | 1,163 | 1,163 |
| 1937 | 1,231 | 1,231 |
| 1938 | 1,140 | 1,140 |
| 1939 | 1,604 | 1,604 |
| 1940 | 1,880 | 1,880 |
| 1941 | 1,750 | 1,750 |
| 1942 | 1,625 | 1,625 |
| 1943 | 1,650 | 1,650 |
| 1944 | 1,925 | 1,925 |
| 1945 | 2,275 | 2,275 |
| 1946 | 2,650 | 2,650 |
| 1947 | 3,080 | 3,080 |
| 1948 | 3,080 | 3,080 |
| 1949 | 3,210 | 3,210 |
| 1950 | 3,340 | 3,340 |
| 1951 | 3,540 | 3,540 |
| 1952 | 3,740 | 3,740 |
| 1953 | 5,072 | 5,072 |
| 1954 | 5,952 | 5,952 |
| 1955 | 5,932 | 5,932 |
| 1956 | 5,620 | 5,620 |
| 1957 | 4,804 | 4,804 |
| 1958 | 5,766 | 5,738 |
| 1959 | 5,130 | 5,118 |
| 1960 | 4,515 | 4,537 |
| 1961 | 4,340 | 4,334 |
| 1962 | 5,165 | 2,333 |
| 1963 | 4,940 | 7,784 |
| 1964 | 3,945 | 3,951 |
| 1965 | 4,332 | 4,338 |
| 1966 | 4,216 | 2,110 |
| 1967 | 5,010 | 7,116 |
| 1968 | 5,981 | 2,981 |
| 1969 | 5,754 | 5,754 |
| Total | 136,516 | 133,516 |

## MAIN DIVISION

The Klamath Irrigation District and individual water-right applicants have contracted obligations of $2,293,997 to repay the United States. Repayments began in 1909. As a result of the passage of the Omnibus Adjustment Act in 1926, the District's obligation was rescheduled in a contract providing for payment over a 40-year period, replacing the individual water-right applications. A total of $2,285,766 had become due at the close of fiscal year 1969.

The division has been operated by the Klamath Irrigation District since January 1, 1955.

Determination of repayment obligations as of June 30, 1969:

| | |
|---|---|
| Cost | $2,624,523 |
| Operation and maintenance funded | 65,166 |
| Interest funded | 15,444 |
| Subtotal | 2,705,133 |
| Less: | |
| Repayment realized from other sources | 52,845 |
| Contributions | 344,177 |
| Chargeoff | 63,473 |
| Excess income over expense | −33,616 |
| Subtotal | 426,879 |
| Plus: Surplus not applied | 15,743 |
| Total repayment contracts | 2,293,997 |

### Public Notices and Contracts

1908, November 18: Public notice. Construction charge $30 per acre, payable in 10 equal annual installments.

1915, September 15: Public notice. Supplemental construction covering drainage work. $12.50 per acre payable additional installments after 20-year repayment period.

1917, February 12: Public notice for second unit. Construction charge $30 per acre, payable in 20 graduated annual installments.

1917, March 31: Public notice for third unit. Construction charge $39 and $45 per acre, payable in 20 graduated annual installments.

1918, July 16: Contract with Klamath Irrigation District. District assumed obligations under individual water-right applications.

1920, June 28: Contract with Klamath Irrigation District. Supplemental construction covering concrete lining of the "C" canal, cost $175,000, payable in four semiannual installments, beginning in 1937 (for lands outside unit 1) and 1941 (for lands within unit 1).

1922, September 29: Public notice for Tule Lake division. Construction charge $90 per acre, payable in 20 graduated annual installments.

1927, June 25: Contract with Klamath Irrigation District, extending repayment period to 40 years.

1928, November 24: Contract with Klamath Irrigation District for construction of drainage works at estimated cost of $300,000, payable in semiannual installments, 1938 to 1956.

1937, September 30: Contract with Enterprise Irrigation District for license to use power site on "C" canal. Obligation $7,732, payable in 30 years.

1950, June 2: Contract with Klamath Irrigation District for construction of pumping plants and enlargement of C-4 lateral at estimated cost of $150,000, payable in semiannual installments, 1952 to 1961. Actual costs and amount to be repaid, $146,621.11.

1954, November 29: Contract for transfer of operation and maintenance.

1962, April 25: Contract with Klamath Basin Improvement District for a water right under the provisions of the Warren Act for approximately 10,000 acres.

Summary of status of repayment contract:

| | |
|---|---|
| Total value of contracted repayment | $2,293,997 |
| Total matured charges | 2,285,766 |
| Total matured charges repaid | 2,285,766 |
| Total matured charges unpaid | 0 |

| Fiscal year | T |
|---|---|
| 1909 | |
| 1910 | |
| 1911 | |
| 1912 | |
| 1913 | |
| 1914 | |
| 1915 | |
| 1916 | |
| 1917 | |
| 1918 | |
| 1919 | |
| 1920 | |
| 1921 | |
| 1922 | |
| 1923 | |
| 1924 | |
| 1925 | |
| 1926 | |
| 1927 | |
| 1928 | |
| 1929 | |
| 1930 | |
| 1931 | |
| 1932 | |
| 1933 | |
| 1934 | |
| 1935 | |
| 1936 | |
| 1937 | |
| 1938 | |
| 1939 | |
| 1940 | |
| 1941 | |
| 1942 | |
| 1943 | |
| 1944 | |
| 1945 | |
| 1946 | |
| 1947 | |
| 1948 | |
| 1949 | |
| 1950 | |
| 1951 | |
| 1952 | |
| 1953 | |
| 1954 | |
| 1955 | |
| 1956 | |
| 1957 | |
| 1958 | |
| 1959 | |
| 1960 | |
| 1961 | |
| 1962 | |
| 1963 | |
| 1964 | |
| 1965 | |
| 1966 | |
| 1967 | |
| 1968 | |
| 1969 | |
| Total | |

[1] Decrease. Dec[...] to funding of deli[...]
[2] 1914. Reclama[...] funded.
[3] Increase of c[...]
[4] Increase of obl[...]

:raduated annual in-
unit. Construction
ıle in 20 graduated
gation District. Dis-
lividual water-right
Irrigation District.
concrete lining of
in four semiannual
lands outside unit
ule Lake division.
ayable in 20 grad-
gation District, ex-
Irrigation District
: estimated cost of
tallments, 1938 to
:ise Irrigation Dis-
"C" canal. Obliga-
gation District for
nlargement of C-4
payable in semi-
Actual costs and
of operation and
asin Improvement
provisions of the
:res.
ntract:
...... $2,293,997
...... 2,285,766
...... 2,285,766
...... 0

## Construction Repayment History—Main Division

| Fiscal year | Total obligation of water users | Accruals | | | Collections | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current year | Adjustments | Total | Current year | Prior years and adjustments | Total | Cumulative total |
| 1909 | ------------ | $82,653 | ------------ | $82,653 | $165 | ------------ | $165 | $165 |
| 1910 | ------------ | 61,979 | ------------ | 61,979 | ------------ | $65,449 | 65,449 | 65,614 |
| 1911 | ------------ | 83,594 | ------------ | 83,594 | 677 | 73,939 | 74,616 | 140,230 |
| 1912 | ------------ | 79,301 | ------------ | 79,301 | 282 | 66,128 | 66,410 | 206,640 |
| 1913 | ------------ | 71,823 | ------------ | 71,823 | 984 | 48,123 | 49,107 | 255,747 |
| 1914 | ------------ | 74,157 | [1] $59,938 | 14,219 | 2,131 | 6,178 | 8,309 | [2] 264,056 |
| 1915 | $788,374 | 2,871 | [1] 114,300 | [1] 111,429 | 119 | 12,777 | 12,896 | [2] 276,952 |
| 1916 | 790,171 | 14,953 | [1] 2,522 | 12,431 | 10,911 | 2,348 | 13,259 | 290,211 |
| 1917 | [3] 1,364,127 | | | 8,699 | | | 10,468 | 300,679 |
| 1918 | 1,584,281 | | | 39,376 | | | 39,991 | 340,670 |
| 1919 | 1,640,166 | 154,856 | ------------ | 30,400 | 118,951 | ------------ | 10,397 | 351,067 |
| 1920 | 1,643,837 | | | 35,972 | | | 33,890 | 384,957 |
| 1921 | [4] 1,818,438 | | | 40,409 | | | 24,205 | 409,162 |
| 1922 | 1,820,743 | 23,680 | ------------ | 23,680 | 17,542 | 22,737 | 40,279 | 449,441 |
| 1923 | 1,876,002 | 52,937 | [1] 291 | 52,646 | 26,635 | 22,199 | 48,834 | 498,275 |
| 1924 | 1,862,904 | 54,992 | [1] 6,500 | 48,492 | 26,274 | 20,848 | 47,122 | 545,397 |
| 1925 | 1,862,861 | 57,115 | 12 | 57,127 | 29,042 | 28,731 | 57,773 | 603,170 |
| 1926 | 1,864,235 | 58,052 | [1] 1,456 | 56,596 | 15,483 | 26,731 | 42,214 | 645,384 |
| 1927 | 1,867,509 | 39,352 | [1] 9,601 | 29,751 | 29,231 | 32,986 | 62,217 | 707,601 |
| 1928 | 1,859,905 | 36,886 | [1] 6,616 | 30,270 | 16,108 | 3,500 | 19,608 | 727,209 |
| 1929 | 1,853,249 | 36,421 | [1] 1,584 | 34,837 | 1,515 | 13,955 | 15,470 | 742,679 |
| 1930 | [5] 2,152,209 | 36,299 | [1] 240 | 36,059 | 2,103 | 39,905 | 42,008 | 784,687 |
| 1931 | 2,146,303 | 36,137 | ------------ | 36,137 | 1,280 | 17,511 | 18,791 | 803,478 |
| 1932 | 2,216,607 | 2,431 | [1] 44,757 | [1] 42,326 | 1,494 | 6,723 | 8,217 | [6] 811,695 |
| 1933 | 2,206,614 | 715 | [1] 4,042 | [1] 3,327 | 627 | [1] 2,989 | [1] 2,362 | [6] 809,333 |
| 1934 | 2,207,407 | 127 | [1] 1,165 | [1] 1,038 | 105 | [1] 1,130 | [1] 1,025 | [6] 808,308 |
| 1935 | 2,209,209 | 11,413 | 142 | 11,555 | 3,944 | 7,618 | 11,562 | [6] 819,870 |
| 1936 | 2,206,738 | 890 | 50 | 940 | 801 | 50 | 851 | [6] 820,721 |
| 1937 | 2,173,665 | 34,716 | [1] 17,895 | 16,821 | 14,083 | [1] 17,828 | [1] 3,745 | [6] 816,976 |
| 1938 | 2,173,665 | 51,949 | ------------ | 51,949 | 21,172 | 21,003 | 42,175 | 859,151 |
| 1939 | 2,171,871 | 61,369 | ------------ | 61,369 | 30,741 | 30,769 | 61,510 | 920,661 |
| 1940 | 2,171,871 | 61,335 | ------------ | 61,335 | 49,578 | 30,526 | 80,104 | 1,000,765 |
| 1941 | 2,172,767 | 61,286 | ------------ | 61,286 | 30,677 | 11,798 | 42,475 | 1,043,240 |
| 1942 | 2,172,767 | 61,740 | ------------ | 61,740 | 48,810 | 30,710 | 79,520 | 1,122,760 |
| 1943 | 2,172,767 | 62,555 | ------------ | 62,555 | 49,644 | 12,924 | 62,568 | 1,185,328 |
| 1944 | 2,172,767 | 62,586 | ------------ | 62,586 | 55,430 | 12,652 | 68,082 | 1,253,410 |
| 1945 | 2,172,767 | 62,582 | ------------ | 62,582 | 57,935 | 7,146 | 65,081 | 1,318,491 |
| 1946 | 2,172,767 | 62,490 | ------------ | 62,490 | 31,451 | 4,603 | 36,054 | 1,354,545 |
| 1947 | 2,169,372 | 60,748 | ------------ | 60,748 | 60,744 | 30,994 | 91,738 | 1,446,283 |
| 1948 | 2,169,372 | 62,482 | ------------ | 62,482 | 62,482 | 4 | 62,486 | 1,508,769 |
| 1949 | 2,169,372 | 51,808 | ------------ | 51,808 | 51,808 | ------------ | 51,808 | 1,560,577 |
| 1950 | 2,172,316 | 52,508 | ------------ | 52,508 | 52,508 | ------------ | 52,508 | 1,613,085 |
| 1951 | 2,172,316 | 46,155 | ------------ | 46,155 | 46,155 | ------------ | 46,155 | 1,659,240 |
| 1952 | [7] 2,298,361 | 61,613 | ------------ | 61,613 | 61,613 | ------------ | 61,613 | 1,720,853 |
| 1953 | 2,298,293 | 56,056 | ------------ | 56,056 | 56,056 | ------------ | 56,056 | 1,776,909 |
| 1954 | 2,276,189 | 95,754 | ------------ | 95,754 | 95,754 | ------------ | 95,754 | 1,872,663 |
| 1955 | 2,276,189 | 57,508 | ------------ | 57,508 | 57,508 | ------------ | 57,508 | 1,930,171 |
| 1956 | 2,275,348 | 52,362 | ------------ | 52,362 | 52,362 | ------------ | 52,362 | 1,982,533 |
| 1957 | 2,275,348 | 29,662 | −76,638 | −46,976 | 29,662 | −76,638 | −46,976 | 1,935,557 |
| 1958 | 2,275,348 | 57,217 | 76,638 | 133,855 | 57,217 | 76,638 | 133,855 | 2,069,412 |
| 1959 | 2,275,348 | 47,113 | ------------ | 47,113 | 47,113 | ------------ | 47,113 | 2,116,525 |
| 1960 | 2,279,136 | 39,044 | ------------ | 39,044 | 39,044 | ------------ | 39,044 | 2,155,569 |
| 1961 | 2,279,136 | 30,976 | ------------ | 30,976 | 30,976 | ------------ | 30,976 | 2,186,545 |
| 1962 | 2,279,136 | 18,235 | ------------ | 18,235 | 18,235 | ------------ | 18,235 | 2,204,780 |
| 1963 | 2,279,136 | 14,930 | ------------ | 14,930 | 14,930 | ------------ | 14,930 | 2,219,710 |
| 1964 | 2,280,325 | 12,021 | ------------ | 12,021 | 12,021 | ------------ | 12,021 | 2,231,731 |
| 1965 | 2,280,325 | 6,006 | ------------ | 6,006 | 6,006 | ------------ | 6,006 | 2,237,737 |
| 1966 | 2,280,325 | 2,622 | ------------ | 2,622 | 2,622 | ------------ | 2,622 | 2,240,359 |
| 1967 | 2,280,325 | 344 | 30,704 | 31,048 | 344 | 30,704 | 31,048 | 2,271,407 |
| 1968 | 2,280,325 | 343 | ------------ | 343 | 343 | ------------ | 343 | 2,271,750 |
| 1969 | 2,293,997 | 14,016 | ------------ | 14,016 | 14,016 | ------------ | 14,016 | 2,285,766 |
| Total | ------------ | 2,525,765 | −239,999 | 2,285,766 | 1,565,444 | 720,322 | 2,285,766 | ------------ |

[1] Decrease. Decreases are due to cancellation of water-right applications and to funding of delinquent charges.
[2] 1914. Reclamation Extension Act of Aug. 13, 1914, delinquent charges funded.
[3] Increase of obligation due to opening of second and third units.
[4] Increase of obligation due to 1920 contract.
[5] Increase of obligation due to 1928 contract.
[6] Moratorium period. Acts of Apr. 1, 1932, Mar. 3, 1933, Mar. 27, 1934, June 13, 1935, and Apr. 14, 1936. Construction charges deferred for calendar years, 1930, $68,135; 1931, $54,733; 1932, $28,118; 1933, $27,155; 1934, $26,661; 1935, $26,638; 1936, $13,376.
[7] Increase of obligation due to 1950 contract.

## Operation and Maintenance Assessments History—Main Division

| Fiscal year | Accruals | Collections |
|---|---|---|
| 1909 | $21,506 | $14,534 |
| 1910 | 16,405 | 22,334 |
| 1911 | 23,089 | 22,740 |
| 1912 | 20,534 | 19,495 |
| 1913 | 19,448 | 4,725 |
| 1914 | 18,417 | 31,247 |
| 1915 | [1] 1,357 | 1,366 |
| 1916 | 31,685 | 27,628 |
| 1917 | 27,412 | 28,328 |
| 1918 | 30,805 | 29,562 |
| 1919 | 46,938 | 41,383 |
| 1920 | 52,049 | 32,531 |
| 1921 | 82,854 | 30,992 |
| 1922 | 37,643 | 82,764 |
| 1923 | 63,187 | 49,923 |
| 1924 | 52,633 | 75,713 |
| 1925 | 60,054 | 55,567 |
| 1926 | 66,856 | 57,767 |
| 1927 | [1] 11,845 | 38,958 |
| 1928 | 92,137 | 42,357 |
| 1929 | 118,413 | 118,376 |
| 1930 | 110,757 | 110,938 |
| 1931 | 77,385 | 77,407 |
| 1932 | 10,922 | 50,833 |
| 1933 | 49,349 | 49,720 |
| 1934 | 40,846 | 40,912 |
| 1935 | 43,872 | 43,894 |
| 1936 | 44,072 | 43,975 |
| 1937 | 25,923 | 25,918 |
| 1938 | 52,779 | 52,815 |
| 1939 | 54,972 | 54,961 |
| 1940 | 54,072 | 54,074 |
| 1941 | 53,170 | 53,163 |
| 1942 | 53,174 | 53,242 |
| 1943 | 60,555 | 60,528 |
| 1944 | 71,165 | 71,156 |
| 1945 | 78,435 | 78,223 |
| 1946 | 86,485 | 86,673 |
| 1947 | 98,172 | 98,246 |
| 1948 | 98,372 | 98,372 |
| 1949 | 105,412 | 105,412 |
| 1950 | 139,259 | 139,259 |
| 1951 | 246,148 | 246,148 |
| 1952 | 84,378 | 84,378 |
| 1953 | 171,391 | 171,391 |
| 1954 | 177,903 | 177,903 |
| 1955 | 95,269 | 95,269 |
| 1956 | 3,801 | 3,801 |
| 1957 | 8,285 | 8,285 |
| 1958 | 9,019 | 9,019 |
| 1959 | 8,523 | 8,523 |
| 1960 | 6,260 | 6,260 |
| 1961 | 7,569 | 7,569 |
| 1962 | 9,217 | 9,217 |
| 1963 | 6,465 | 6,465 |
| 1964 | 5,668 | 5,668 |
| 1965 | 7,531 | 7,531 |
| 1966 | 5,133 | 5,133 |
| 1967 | 4,605 | 4,605 |
| 1968 | 5,970 | −24,030 |
| 1969 | 31,981 | 37,570 |
| Total | 3,173,127 | 3,148,716 |
| Uncollected | ---------- | 24,411 |

[1] Decrease.

P

Surrounding
land are some 1
reached directly
small irrigation
tracted under th
water, principall
These irrigation
United States fo
for their share
to the Pumping
to June 30, 196
construction acc
$432,230, leavin
Determination
30, 1969:

Construction cost
Penalty funded .
Total .....
Less: Miscellaneou
Subtotal ...
Plus: Surplus not
Total .....
Total Warren Act
Total loan prograr

1918, December 2
tion District
acre, payabl
1920, July 31: C
Drainage D

Case 1:01-cv-00591-FMA Document 267-3 Filed 02/27/2006 Page 10 of 10



## PUMPING DIVISION

Surrounding and contiguous to the Main division land are some 17,000 irrigable acres which cannot be reached directly by gravity systems. Consequently, five small irrigation districts and 92 individuals have contracted under the Warren Act for the right to pump water, principally from the canals of the Main division. These irrigation districts have contracted with the United States for the repayment of a total of $504,808 for their share of the costs of construction allocated to the Pumping division. Repayments due from 1920 to June 30, 1969, total $432,686. Collections on the construction accounts to June 30, 1969, have been $432,230, leaving an unpaid balance of $456.

Determination of repayment obligations as of June 30, 1969:

| | |
|---|---|
| Construction cost | $963,021 |
| Penalty funded | 1,279 |
| Total | 964,300 |
| Less: Miscellaneous income | 6,190 |
| Subtotal | 958,110 |
| Plus: Surplus not applied | 7,658 |
| Total | 965,768 |
| Total Warren Act repayment contract | 504,808 |
| Total loan program repayment contract | 460,960 |

### CONTRACTS

1918, December 21: Contract Ilr–403 with Pine Grove Irrigation District for water right for 954 acres at $16 per acre, payable in 20 graduated annual installments.

1920, July 31: Contract Ilr–405 with Upper Van Brimmer Drainage District for drainage and betterments in amount of $28,050, payable in 20 graduated annual installments.

1920, October 5: Contract Ilr–399 with Enterprise Irrigation District for water right for 2,981 acres at $16 per acre, payable in 20 graduated annual installments.

1922, September 9: Contract Ilr–195 with Malin Irrigation District for water right for approximately 4,000 acres at $34 per acre, payable in 20 annual installments.

1922, October 6: Contract with Shasta View Irrigation District for water right for 4,200 acres at $34 per acre, payable in 20 graduated annual installments. Amended by contract of June 29, 1927, reducing acreage to 3,856 and extending repayment period to 40 years.

1922, October 24: Contract Ilr–174 with Sunnyside Irrigation District for water right for approximately 789 acres at $34 per acre, payable in 20 annual installments.

1927, June 6: Contract with Sunnyside Irrigation District, extending repayment period to 40 years.

1927, July 5: Contract with Malin Irrigation District, extending repayment period to 40 years.

1930, August 5: Contract with Shasta View Irrigation District, extending time for payment of delinquent charges and penalties.

1935, March 18: Contract with Enterprise Irrigation District, extending repayment period to 40 years. Ninety-two contracts with individual pumpers at $34 per acre. Various dates. Payable in 40 graduated annual installments.

1948, August 20: Contract with Shasta View Irrigation District, adjusting repayment amount and schedule.

1955, December 21: Amendatory contract with Shasta View Irrigation District to provide for inclusion of land.

Summary of status of repayment contracts:

| | |
|---|---|
| Total value of contracted repayment | $504,808 |
| Total matured charges | 432,686 |
| Total matured charges repaid | 432,230 |
| Total matured charges unpaid | 456 |