## CONSTRUCTION REPAYMENT HISTORY—PUMPING DIVISION

| Fiscal year | Total obligation of water users | Accruals | | | Collections | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current year | Adjustments | Total | Current year | Prior years and adjustments | Total | Cumulative total |
| 1919 | $15,264 | | | | | | | |
| 1920 | 15,264 | $763 | | $763 | $763 | | $763 | $763 |
| 1921 | 62,957 | 0 | | 0 | 0 | | 0 | 763 |
| 1922 | 68,567 | 2,385 | | 2,385 | 0 | | 0 | 763 |
| 1923 | 374,193 | 112 | | 112 | 112 | | 112 | 875 |
| 1924 | 374,193 | 112 | | 112 | 56 | | 56 | 931 |
| 1925 | 374,513 | 907 | | 907 | 144 | $56 | 200 | 1,131 |
| 1926 | 374,513 | 907 | | 907 | 875 | 2,385 | 3,260 | 4,391 |
| 1927 | 374,513 | 3,404 | | 3,404 | 3,292 | 32 | 3,324 | 7,715 |
| 1928 | 387,805 | 4,810 | | 4,810 | 4,804 | 763 | 5,567 | 13,282 |
| 1929 | 397,781 | 5,556 | | 5,556 | 3,010 | 6 | 3,016 | 16,298 |
| 1930 | 399,923 | 5,648 | | 5,648 | 3,422 | 2,385 | 5,807 | 22,105 |
| 1931 | 423,083 | 5,907 | | 5,907 | 3,268 | 2,385 | 5,653 | 27,758 |
| 1932 | 434,151 | 2,340 | [1] $3,076 | [1] 736 | 1,907 | [1] 590 | 1,317 | 29,075 |
| 1933 | 434,625 | 2,403 | [1] 2,629 | [1] 226 | 0 | [1] 1,753 | [1] 1,753 | 27,322 |
| 1934 | 434,656 | 416 | [1] 2,026 | [1] 1,610 | 0 | [1] 92 | [1] 92 | 27,230 |
| 1935 | 439,387 | 4,650 | [1] 561 | 4,089 | 1,669 | | 1,669 | 28,899 |
| 1936 | 455,698 | 5,637 | [1] 707 | 4,930 | 4,901 | 1,857 | 6,758 | 35,657 |
| 1937 | 464,180 | 7,503 | [1] 92 | 7,411 | 6,805 | | 6,805 | 42,462 |
| 1938 | 473,383 | 6,668 | [1] 655 | 6,013 | 6,324 | 405 | 6,729 | 49,191 |
| 1939 | 474,335 | 7,670 | | 7,670 | 6,787 | 408 | 7,195 | 56,386 |
| 1940 | 488,928 | 7,735 | | 7,735 | 7,218 | 785 | 8,003 | 64,389 |
| 1941 | 488,928 | 8,058 | | 8,058 | 6,345 | 963 | 7,308 | 71,697 |
| 1942 | 489,588 | 8,244 | | 8,244 | 7,865 | 1,545 | 9,410 | 81,107 |
| 1943 | 489,588 | 11,062 | | 11,062 | 10,989 | 526 | 11,515 | 92,622 |
| 1944 | 497,177 | 9,266 | | 9,266 | 9,013 | 223 | 9,236 | 101,858 |
| 1945 | 497,177 | 9,335 | | 9,335 | 6,171 | 303 | 6,474 | 108,332 |
| 1946 | 497,177 | 9,631 | | 9,631 | 9,187 | 3,420 | 12,607 | 120,939 |
| 1947 | 497,177 | 9,791 | | 9,791 | 8,457 | 444 | 8,901 | 129,840 |
| 1948 | 497,177 | 9,650 | | 9,650 | 6,860 | 1,334 | 8,194 | 138,034 |
| 1949 | 501,649 | 9,693 | | 9,693 | 8,565 | 2,790 | 11,355 | 149,389 |
| 1950 | 501,649 | 14,125 | | 14,125 | 11,621 | 1,128 | 12,749 | 162,138 |
| 1951 | 501,649 | 16,598 | | 16,598 | 15,883 | 2,504 | 18,387 | 180,525 |
| 1952 | 501,649 | 13,276 | | 13,276 | 12,911 | 715 | 13,626 | 194,151 |
| 1953 | [2] 504,468 | 14,780 | | 14,780 | 14,780 | 36 | 14,816 | 208,967 |
| 1954 | 504,468 | 14,779 | | 14,779 | 14,779 | 15 | 14,794 | 223,761 |
| 1955 | 504,468 | 14,779 | | 14,779 | 14,779 | | 14,779 | 238,540 |
| 1956 | 504,468 | 14,779 | | 14,779 | 14,779 | 6 | 14,785 | 253,325 |
| 1957 | 504,468 | 8,285 | 6,743 | 15,028 | 8,054 | 6,743 | 14,797 | 268,122 |
| 1958 | 504,468 | 14,794 | | 14,794 | 14,510 | 539 | 15,049 | 283,171 |
| 1959 | 504,468 | 14,704 | | 14,704 | 14,660 | 284 | 14,944 | 298,115 |
| 1960 | 504,468 | 14,757 | | 14,757 | 14,485 | 44 | 14,529 | 312,644 |
| 1961 | 504,468 | 14,086 | | 14,086 | 13,708 | 272 | 13,980 | 326,624 |
| 1962 | 504,468 | 13,412 | | 13,412 | 13,002 | 378 | 13,380 | 340,004 |
| 1963 | 504,468 | 13,107 | | 13,107 | 13,066 | 410 | 13,476 | 353,480 |
| 1964 | 504,808 | 14,017 | | 14,017 | 13,798 | 2 | 13,800 | 367,280 |
| 1965 | 504,808 | 13,184 | | 13,184 | 13,222 | 2 | 13,224 | 380,504 |
| 1966 | 504,808 | 13,409 | | 13,409 | 13,389 | 20 | 13,409 | 393,913 |
| 1967 | 504,808 | 13,280 | | 13,280 | 13,135 | | 13,135 | 407,048 |
| 1968 | 504,808 | 12,834 | | 12,834 | 12,653 | | 12,653 | 419,701 |
| 1969 | 504,808 | 12,441 | | 12,441 | 12,529 | | 12,529 | 432,230 |
| Total | | 435,689 | −3,003 | 432,686 | 398,552 | 33,678 | 432,230 | |
| Collected | | | | 432,230 | | | | |
| Uncollected | | | | 456 | | | | |

[1] Decrease. Decreases are due to deferments under relief acts.
[2] Increase. Adjustment between divisions.

Case 1:01-cv-00591-FMA Document 267-4 Filed 02/27/2006 Page 2 of 5

| Cumulative total |
|---|
| ---- |
| $763 |
| 763 |
| 763 |
| 875 |
| 931 |
| 1,131 |
| 4,391 |
| 7,715 |
| 13,282 |
| 16,298 |
| 22,105 |
| 27,758 |
| 29,075 |
| 27,322 |
| 27,230 |
| 28,899 |
| 35,657 |
| 42,462 |
| 49,191 |
| 56,386 |
| 64,389 |
| 71,697 |
| 81,107 |
| 92,622 |
| 101,858 |
| 108,332 |
| 120,939 |
| 129,840 |
| 138,034 |
| 149,389 |
| 162,138 |
| 180,525 |
| 194,151 |
| 208,967 |
| 223,761 |
| 238,540 |
| 253,325 |
| 268,122 |
| 283,171 |
| 298,115 |
| 312,644 |
| 326,624 |
| 340,004 |
| 353,480 |
| 367,280 |
| 380,504 |
| 393,913 |
| 407,048 |
| 419,701 |
| 432,230 |



## Operation and Maintenance Assessments History—Pumping Division

| Fiscal year | Accruals | Collections |
|---|---|---|
| 1919 | ---- | ---- |
| 1920 | $76 | $76 |
| 1921 | 77 | 77 |
| 1922 | 250 | 174 |
| 1923 | 281 | 205 |
| 1924 | 284 | 231 |
| 1925 | 269 | 186 |
| 1926 | 488 | 621 |
| 1927 | 256 | 79 |
| 1928 | 6,437 | 6,725 |
| 1929 | 9,246 | 7,445 |
| 1930 | 8,464 | 6,932 |
| 1931 | 4,564 | 7,218 |
| 1932 | 8,409 | 5,817 |
| 1933 | 4,054 | 4,077 |
| 1934 | 4,601 | 3,941 |
| 1935 | 5,112 | 4,873 |
| 1936 | 4,549 | 4,530 |
| 1937 | 4,845 | 5,090 |
| 1938 | 5,600 | 5,547 |
| 1939 | 6,024 | 5,995 |
| 1940 | 6,015 | 6,101 |
| 1941 | 6,055 | 6,006 |
| 1942 | 6,032 | 6,075 |
| 1943 | 7,344 | 7,097 |
| 1944 | 8,438 | 8,621 |
| 1945 | 9,292 | 8,980 |
| 1946 | 10,131 | 9,984 |
| 1947 | 11,488 | 15,978 |
| 1948 | 12,200 | 12,200 |
| 1949 | 15,788 | 15,788 |
| 1950 | 39,436 | 39,436 |
| 1951 | 41,188 | 41,188 |
| 1952 | 22,929 | 22,929 |
| 1953 | 34,062 | 34,062 |
| 1954 | 34,563 | 34,563 |
| 1955 | 8,791 | 8,791 |
| Total | 347,638 | 347,638 |

## TULE LAKE DIVISION[1]

The Tule Lake division consists of former public lands and State lands. The State lands were ceded to the United States by the States of Oregon and California in 1905. The unwatering and the development for settlement of these lands which formerly were a part of the Tule Lake bed have been a gradual process since 1905. The unwatering of the lands and their protection from flooding have been accomplished by (a) construction of reservoirs upstream on the Lost River, (b) diversion of Lost River flood flows to the Klamath River by means of a canal upstream from the lands in question, (c) pumping of water from Tule Lake, and (d) construction of Klamath Straits drain augmented by pumping plants to carry excess water from Lower Klamath Lake to the Klamath River. Because of the successful experience in reclaiming the lands by this process, the capacity of these works has been increased from time to time by additional construction so that additional areas could be brought under irrigation farming.

The Tule Lake division lands were opened for settlement under 11 different public notices and orders, the first of which was in 1922 and the last in 1948. About 44,000 irrigable acres making up 613 farm units have been homesteaded.

The first opening in 1922 (Public Notice No. 13) announced a construction charge of $90 per irrigable acre. In 1923, Order No. 14 suspended Public Notice No. 13 pending a review of estimated construction cost chargeable to the project. Order No. 19 opening additional lands in 1927 notified the water users that the division would be operated on a water rental basis until a district was formed and a joint liability contract executed. This order also announced a construction charge of $88.35 per acre and explained its basis. The $88.35 per acre charge was to apply if a district were organized and assumed the responsibility for operation and maintenance of the irrigation works. If no district were formed, the charge was to be $100.55 per acre. Each subsequent public notice carried a clear statement of construction charges against the lands being opened (as did Public Notice No. 13), as well as provisions for the entryman to agree to the inclusion of his lands within an irrigation district.

The Tule Lake Irrigation District was organized in 1952 and has entered into a repayment contract covering the lands within the Tule Lake division in the State of California. The contract was executed on September 10, 1956, after being specifically authorized in the act of August 1, 1956 (70 Stat. 799). With regard to the 41,695 irrigable acres already settled within the District, the contract provides for the payment of $3,544,100 ($85 per acre) in equal semiannual installments over a 40-year period, commencing January 1, 1957. The district's obligation is to be increased at the rate of $85 per acre for any additional public lands which may be settled in the future. Tule Lake division lands (2,079 acres) in Oregon have a similar $85 per acre repayment obligation, which is to be collected by the Klamath Irrigation District and paid to the United States in accordance with the joint liability contract of June 25, 1927, between the United States and the Klamath Irrigation District. In accordance with the act of August 1, 1956 (70 Stat. 799), which authorized the Tule Lake Irrigation District repayment contract, the Tule Lake division lands in both the Klamath and the Tule Lake Irrigation Districts are to share in a portion of future revenues accruing from the leasing of public lands in the Tule Lake division. During the time that construction charges are being paid, but in no event after the year 2020, the sum of 30 percent annually of all net lease revenues received but not more than $50,000 per year is to be credited on an equal per acre basis on the construction charges payable to the United States. After all construction charges are repaid, the water users will receive annually 10 percent of all net lease revenues. While the actual construction charge to be paid after the lease credits have been applied will depend in part upon when and if additional lands are settled, the number of acres opened for settlement, and the amount of future annual lease revenues, it is estimated that the actual cash repayment by the water users will average from $35 to $50 per acre. The repayment of all Tule Lake division costs in excess of construction charges payable by the water users will be accomplished by the application of accumulated and future lease revenues or other credits due to the Tule Lake division. Lease and other revenues accumulated to June 30, 1969, approach $11 million.

The Langell Valley Irrigation District entered into a contract for the repayment of $32,067 of costs as charged to Modoc unit for channelization of Lost River which granted them water for additional areas. Individuals also contracted for additional areas to be served from such channelization and agreed to repay $78,923 as expended. In addition to these contracts, $5,768,170 has been credited towards repayment of the cost of this unit which has been collected as agricultural lease revenues of areas within the drained area. This appli-

[1] Including 2,089.4 acres in Klamath Irrigation District.

cation is in accordance with the 1941 appropriation act.

The remaining costs of the units are to be repaid from lease revenues.

The Tule Lake Irrigation District assumed operation and maintenance activities of the systems of this unit on January 1, 1957, in accordance with contract 14–06–200–5954, dated September 10, 1956.

### CONTRACTS

Individual water-right applications for 2,417.9 acres in California under Public Notice No. 13.

Central Pacific Railroad Co. and Great Northern Railroad Co. for purchase of right-of-way, 293.6 acres at $100.55 per acre.

Fifteen contracts for permanent water rights from Lost River.

Contract with Colonial Realty Co., covering exchange of Main division lands for Tule Lake division lands and purchase of water rights for 1,190 acres at cost of $40,460.

Contract with Tule Lake Irrigation District, executed pursuant to Public Law 84–877; signed September 10, 1956.

Determination of repayment obligations as of June 30, 1969:

| | |
|---|---|
| Construction cost | $14,379,297 |
| Corollary costs | 441,935 |
| Penalties funded | 326 |
| Subtotal | 14,821,558 |
| Less: | |
| Contributions | 238 |
| Miscellaneous revenue | 726,229 |
| Lease revenues | 10,141,496 |
| Repayment realized from other sources | 618 |
| Subtotal | 10,868,581 |
| Total repayment contracts | 3,952,977 |

Summary of status of repayment contracts:

| | |
|---|---|
| Total value of contracted repayment | $3,952,977 |
| Total matured charges | 1,452,457 |
| Total matured charges repaid | 1,396,869 |
| Total matured charges unpaid | 55,588 |

Case 1:01-cv-00591-FMA Document 267-4 Filed 02/27/2006 Page 5 of 5



## Construction Repayment History—Tule Lake Division

| Fiscal year | Total obligation of water users | Accruals | | | Collections | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current year | Adjustments | Total | Current year | Prior years and adjustments | Total | Cumulative total |
| 1923 | $224,388 | $11,219 | | $11,219 | $11,219 | | $11,219 | $11,219 |
| 1924 | 215,964 | | [1] $421 | [1] 421 | | [1] $421 | [1] 421 | 10,798 |
| 1925 | 214,218 | | [1] 87 | [1] 87 | | [1] 87 | [1] 87 | 10,711 |
| 1926 | 217,980 | 188 | | 188 | 188 | | 188 | 10,899 |
| 1927 | 222,012 | 202 | | 202 | 202 | | 202 | 11,101 |
| 1928 | 221,076 | 1,048 | | 1,048 | | [1] 45 | [1] 45 | 11,056 |
| 1929 | 221,076 | 1,095 | | 1,095 | 500 | 1,093 | 1,593 | 12,649 |
| 1930 | 235,906 | 17,636 | | 17,636 | 16,803 | 596 | 17,399 | [2] 30,048 |
| 1931 | 235,906 | 1,095 | | 1,095 | | 832 | 832 | 30,880 |
| 1932 | 235,798 | 558 | | 558 | | 538 | 538 | 31,418 |
| 1933 | 248,816 | 12,981 | [1] 931 | 12,050 | 12,981 | | 12,981 | [3] 44,399 |
| 1934 | 247,535 | 302 | [1] 184 | 118 | 302 | | 302 | 44,701 |
| 1935 | 247,739 | 10 | | 10 | 10 | | 10 | 44,711 |
| 1936 | 251,597 | 4,206 | | 4,206 | 3,828 | | 3,828 | 48,539 |
| 1937 | 292,330 | 1,662 | | 1,662 | 1,294 | 194 | 1,488 | 50,027 |
| 1938 | 292,438 | 1,390 | [1] 552 | 838 | 1,012 | | 1,012 | 51,039 |
| 1939 | 293,257 | 1,430 | | 1,430 | 1,430 | 377 | 1,807 | 52,846 |
| 1940 | 295,647 | 1,430 | | 1,430 | 95 | | 95 | 52,941 |
| 1941 | 296,836 | 1,983 | | 1,983 | 508 | | 508 | 53,449 |
| 1942 | 296,836 | 1,231 | [1] 736 | 495 | 164 | 10 | 174 | 53,623 |
| 1943 | 296,836 | 1,230 | | 1,230 | 124 | | 124 | 53,747 |
| 1944 | 296,836 | 1,230 | | 1,230 | 1,182 | 4,241 | 5,423 | 59,170 |
| 1945 | 296,836 | 1,230 | | 1,230 | 1,135 | | 1,135 | 60,305 |
| 1946 | 296,836 | 1,230 | | 1,230 | 1,180 | 89 | 1,269 | 61,574 |
| 1947 | 296,836 | 1,230 | | 1,230 | 1,230 | 101 | 1,331 | 62,905 |
| 1948 | 297,692 | 1,274 | | 1,274 | 1,274 | | 1,274 | 64,179 |
| 1949 | 305,360 | 8,941 | | 8,941 | 8,941 | | 8,941 | 73,120 |
| 1950 | 305,360 | 1,157 | | 1,157 | 1,062 | | 1,062 | 74,182 |
| 1951 | 305,424 | 2,803 | | 2,803 | 2,702 | 95 | 2,797 | 76,979 |
| 1952 | 305,424 | 1,191 | | 1,191 | 1,039 | 101 | 1,140 | 78,119 |
| 1953 | [4] 366,599 | 39,748 | | 39,748 | 39,748 | | 39,748 | 117,867 |
| 1954 | 408,146 | 1,571 | | 1,571 | 1,571 | 79 | 1,650 | 119,517 |
| 1955 | 361,703 | 1,571 | | 1,571 | 1,571 | 73 | 1,644 | 121,161 |
| 1956 | 478,340 | 1,571 | | 1,571 | 1,571 | | 1,571 | 122,732 |
| 1957 | 3,805,131 | 140,732 | 69,895 | 210,627 | 118.263 | 69,895 | 188,158 | 310,890 |
| 1958 | [4] 3,952,977 | 98,256 | −69,895 | 28,361 | 61,754 | −47,426 | 14,328 | 325,218 |
| 1959 | 3,952,977 | 89,469 | | 89,469 | 50,337 | 36,502 | 86,839 | 412,057 |
| 1960 | 3,952,977 | 110,295 | | 110,295 | 70,268 | 39,132 | 109,400 | 521,457 |
| 1961 | 3,952,977 | 87,646 | | 87,646 | 45,652 | 40,027 | 85,679 | 607,136 |
| 1962 | 3,952,977 | 103,217 | | 103,217 | 63,283 | 41,994 | 105,277 | 712,413 |
| 1963 | 3,952,977 | 99,433 | | 99,433 | 60,260 | 39,934 | 100,194 | 812,607 |
| 1964 | 3,952,977 | 102,050 | | 102,050 | 51,216 | 50,000 | 101,216 | 913,823 |
| 1965 | 3,952,977 | 101,010 | | 101,010 | 37,074 | 50,000 | 87,074 | 1,000,897 |
| 1966 | 3,952,977 | 100,625 | | 100,625 | 64,282 | 50,000 | 114,282 | 1,115,179 |
| 1967 | 3,952,977 | 100,632 | | 100,632 | 47,103 | 50,000 | 97,103 | 1,212,282 |
| 1968 | 3,952,977 | 98,948 | | 98,948 | 51,610 | 50,000 | 101,610 | 1,313,892 |
| 1969 | 3,952,977 | 97,412 | | 97,412 | 32,977 | 50,000 | 82,977 | 1,396,869 |
| Total | | 1,455,368 | −2,911 | 1,452,457 | 868,945 | 527,924 | 1,396,869 | |
| Collected | | | | 1,396,869 | | | | |
| Uncollected | | | | 55,588 | | | | |

[1] Decrease. Decreases are due to individuals changing from a permanent water right to water-rental basis.

[2] 1930. Includes purchase right-of-way for Central Pacific R.R.

[3] 1933. Includes purchase right-of-way for Great Northern R.R.

[4] Increase. Adjustment between divisions.