Case 1:01-cv-00591-FMA Document 267-5 Filed 02/27/2006 Page 1 of 6



## Operation and Maintenance Assessments History—Tule Lake Division

| Fiscal year | Accruals | Collections |
|---|---|---|
| 1923 | | |
| 1924 | $2,875 | $1,455 |
| 1925 | 3,599 | 2,478 |
| 1926 | 3,605 | 3,663 |
| 1927 | 3,534 | 4,280 |
| 1928 | 1,060 | 2,476 |
| 1929 | 561 | 882 |
| 1930 | 615 | 510 |
| 1931 | 561 | 550 |
| 1932 | 223 | 0 |
| 1933 | [1] 52 | 0 |
| 1934 | 88 | 375 |
| 1935 | 110 | 2 |
| 1936 | 107 | 105 |
| 1937 | 1,765 | 269 |
| 1938 | 1,765 | 3,263 |
| 1939 | 1,774 | 1,881 |
| 1940 | 179 | 168 |
| 1941 | 219 | 218 |
| 1942 | 102 | 91 |
| 1943 | 102 | 79 |
| 1944 | 2,066 | 2,078 |
| 1945 | 2,244 | 2,233 |
| 1946 | 2,422 | 2,432 |
| 1947 | 9,792 | 9,828 |
| 1948 | 21,595 | 21,595 |
| 1949 | 20,204 | 20,204 |
| 1950 | 16,370 | 16,370 |
| 1951 | 27,451 | 27,451 |
| 1952 | 20,187 | 20,187 |
| 1953 | 22,497 | 22,497 |
| 1954 | 34,579 | 34,579 |
| 1955 | 31,906 | 31,906 |
| 1956 | 25,382 | 25,382 |
| 1957 | 29,290 | 29,290 |
| 1958 | 44,308 | 18,894 |
| 1959 | 73,013 | 78,119 |
| 1960 | 59,542 | 64,850 |
| 1961 | 52,820 | 52,820 |
| 1962 | 61,388 | 67,221 |
| 1963 | 45,345 | 44,412 |
| 1964 | 62,726 | 56,626 |
| 1965 | 65,133 | 74,833 |
| 1966 | 63,426 | 60,601 |
| 1967 | 64,267 | 58,070 |
| 1968 | 63,501 | 71,749 |
| 1969 | 42,601 | 44,338 |
| Total | 986,847 | 981,310 |
| Uncollected | | 5,537 |

[1] Decrease.

Case 1:01-cv-00591-FMA Document 267-5 Filed 02/27/2006 Page 2 of 6



## LOWER KLAMATH LAKE, BONANZA SPRINGS, AND SUPPLEMENTAL SERVICES MISCELLANEOUS CONTRACTS

Determination of repayment obligations as of June 30, 1969:

| | |
|---|---|
| Construction costs | $2,090,955 |
| Corollary costs | 8,235 |
| Other charges funded | 1,137 |
| Subtotal | 2,100,327 |
| Less: | |
| Excess of income over expense | 509,521 |
| Anticipated excess of income over expense | 1,529,540 |
| Subtotal | 2,039,061 |
| Plus: | |
| Surplus not applied | 115,032 |
| Total repayment contracts | 176,298 |

### CONTRACTS

1917, November 30: Contract with Klamath Drainage District for repayment of cost of investigations of practicability of reclaiming marsh lands and change in source of water supply for Van Brimmer Drainage District. Obligation, $93,787, payable in 20 years.

1919, March 30: Contract Ilr–404 with J. W. Siemens for drainage. Obligation, $17,033, payable in 20 years.

1919, July 10: Contract Ilr–400 with Horsefly Irrigation District for water supply from Bonanza Springs for 4,400 acres at $6.50 per acre, payable in 20 years. Contract amended on October 12, 1922, by increasing acreage to 5,900.

1920, July 31: Contract Ilr–405 with Upper Van Brimmer Drainage District for drainage. Obligation, $17,458, payable in 20 years.

1921, August 10: Contract with Geary Investment Co. for water supply from Upper Klamath Lake for 4,193.74 acres at 25 cents per acre. Obligation $1,048.44, payable upon execution of contract.

1921, August 24: Contract Ilr–402 with Klamath Drainage District for water supply from Upper Klamath Lake. Obligation $50,000, payable in 10 equal annual installments.

1923, July 10: Contract with California-Oregon Power Co. for purchase of power site. Obligation $120,620, payable in 10 years.

1929, July 6: Contract with Klamath Drainage District, extending time for repayment under contracts of November 30, 1917, and August 24, 1921.

1943, April 28: Contract with Klamath Drainage District, adjusting obligation under 1917 contract to $47,175 and rescheduling payments under 1921 contract. Contract approved by act of June 17, 1944 (ch. 261, 58 Stat. 279).

Also 32 contracts with individuals for purchase of water rights from Klamath River and Upper Klamath Lake.

Summary of status of repayment contracts:

| | |
|---|---|
| Total value of contracted repayment | $176,298 |
| Total matured charges | 168,947 |
| Total matured charges repaid | 168,876 |
| Total matured charges unpaid | 71 |

reasing acreage to
per Van Brimmer
tion, $17,458, pay-
ivestment Co. for
Lake for 4,193.74
$1,048.44, payable
Klamath Drainage
er Klamath Lake
ual annual install-
gon Power Co. for
20,620, payable in
inage District, ex-
ntracts of Novem-
inage District, ad-
ct to $47,175 and
contract. Contract
261, 58 Stat. 279).
ase of water rights
e.
ontracts:
......... $176,298
......... 168,947
......... 168,876
......... 71



## Construction Repayment History—Miscellaneous Contracts

| Fiscal year | Total obligation of water users | Accruals | | | Collections | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current year | Adjustments | Total | Current year | Prior years and adjustments | Total | Cumulative total |
| 1918 | $93,787 | $23,500 | | $23,500 | $23,500 | | $23,500 | $23,500 |
| 1919 | 93,787 | | | | | | | 23,500 |
| 1920 | 122,387 | 286 | | 286 | 286 | | 286 | 23,786 |
| 1921 | 156,878 | 572 | | 572 | 572 | | 572 | 24,358 |
| 1922 | 207,926 | 1,675 | | 1,675 | 1,334 | | 1,334 | 25,692 |
| 1923 | 217,676 | 1,548 | | 1,548 | 1,207 | | 1,207 | 26,899 |
| 1924 | 338,296 | 11,470 | | 11,470 | 10,955 | | 10,955 | 37,854 |
| 1925 | 338,724 | 7,281 | | 7,281 | 7,281 | $1,197 | 8,478 | 46,332 |
| 1926 | 338,724 | 7,480 | | 7,480 | 6,799 | | 6,799 | 53,131 |
| 1927 | 338,724 | 17,752 | | 17,752 | 16,721 | | 16,721 | 69,852 |
| 1928 | 338,724 | 32,181 | | 32,181 | 31,840 | 681 | 32,521 | 102,373 |
| 1929 | 338,724 | 32,627 | | 32,627 | 18,988 | 517 | 19,505 | 121,878 |
| 1930 | 338,724 | 21,214 | | 21,214 | 19,011 | 13,039 | 32,050 | 153,928 |
| 1931 | 338,724 | 29,353 | | 29,353 | 25,827 | 3,256 | 29,083 | 183,011 |
| 1932 | 339,001 | 2,070 | [1] $6,349 | [1] 4,279 | 1,545 | 1,444 | 2,989 | [2] 186,000 |
| 1933 | 339,521 | 30,843 | [1] 2,619 | 28,224 | 30,052 | 1,167 | 31,219 | [2] 217,219 |
| 1934 | 341,660 | 1,582 | | 1,582 | 492 | 1,719 | 2,211 | [2] 219,430 |
| 1935 | 342,542 | 8,936 | [1] 1,047 | 7,889 | 1,607 | 465 | 2,072 | [2] 221,502 |
| 1936 | 344,240 | 4,004 | [1] 4,463 | [1] 459 | 3,415 | 1,438 | 4,853 | [2] 226,355 |
| 1937 | 344,240 | 10,528 | | 10,528 | 3,492 | [1] 273 | 3,219 | 229,574 |
| 1938 | 344,984 | 6,277 | | 6,277 | 4,356 | 992 | 5,348 | 234,922 |
| 1939 | 354,223 | 10,540 | | 10,540 | 4,657 | 131 | 4,788 | 239,710 |
| 1940 | 356,730 | 10,839 | | 10,839 | 4,903 | 64 | 4,967 | 244,677 |
| 1941 | 357,468 | 10,752 | | 10,752 | 4,238 | 195 | 4,433 | 249,110 |
| 1942 | 359,220 | 9,965 | | 9,965 | 6,122 | 696 | 6,818 | 255,928 |
| 1943 | 359,345 | 10,099 | | 10,099 | 6,114 | 38 | 6,152 | 262,080 |
| 1944 | 362,396 | 10,287 | | 10,287 | 7,005 | 11 | 7,016 | 269,096 |
| 1945 | 314,768 | 6,104 | [1] 30,087 | [1] 23,983 | 5,964 | | 5,964 | [3] 275,060 |
| 1946 | 315,145 | 6,136 | | 6,136 | 6,136 | 140 | 6,276 | 281,336 |
| 1947 | 318,058 | 4,275 | | 4,275 | 2,840 | | 2,840 | 284,176 |
| 1948 | 319,909 | 15,948 | | 15,948 | 15,620 | 1,435 | 17,055 | 301,231 |
| 1949 | 322,583 | 2,311 | | 2,311 | 2,165 | 328 | 2,493 | 303,724 |
| 1950 | 323,543 | 1,575 | | 1,575 | 1,429 | 146 | 1,575 | 305,299 |
| 1951 | 324,503 | 1,663 | | 1,663 | 1,536 | 146 | 1,682 | 306,981 |
| 1952 | 327,989 | 3,615 | | 3,615 | 3,433 | 127 | 3,560 | 310,541 |
| 1953 | [4] 286,423 | −35,577 | | −35,577 | −35,577 | 182 | −35,395 | 275,146 |
| 1954 | 286,423 | 1,300 | | 1,300 | 1,300 | | 1,300 | 276,446 |
| 1955 | 289,034 | 1,300 | | 1,300 | 1,300 | | 1,300 | 277,746 |
| 1956 | 289,034 | 1,300 | | 1,300 | 1,300 | | 1,300 | 279,046 |
| 1957 | [4] 279,405 | 12,403 | −62,982 | −50,579 | 10,132 | −62,982 | −52,850 | 226,196 |
| 1958 | [4] 169,164 | 1,112 | −69,005 | −67,893 | 1,057 | −66,734 | −65,677 | 160,519 |
| 1959 | 169,164 | 1,321 | | 1,321 | 1,266 | 55 | 1,321 | 161,840 |
| 1960 | 169,164 | 1,010 | | 1,010 | 955 | 55 | 1,010 | 162,850 |
| 1961 | 169,164 | 892 | | 892 | 593 | 299 | 892 | 163,742 |
| 1962 | 169,164 | 777 | | 777 | 671 | 55 | 726 | 164,468 |
| 1963 | 169,164 | 766 | | 766 | 609 | 106 | 715 | 165,183 |
| 1964 | 169,164 | 713 | | 713 | 870 | | 870 | 166,053 |
| 1965 | 169,164 | 684 | | 684 | 684 | | 684 | 166,737 |
| 1966 | 169,164 | 666 | | 666 | 666 | | 666 | 167,403 |
| 1967 | 176,298 | 475 | | 475 | 465 | | 465 | 167,868 |
| 1968 | 176,298 | 657 | | 657 | 596 | | 596 | 168,464 |
| 1969 | 176,298 | 412 | | 412 | 412 | | 412 | 168,876 |
| Total | | 345,499 | −176,552 | 168,947 | 268,741 | −99,865 | 168,876 | |
| Collected | | | | 168,876 | | | | |
| Uncollected | | | | 71 | | | | |

[1] Decrease. Decreases during period 1932 to 1936, inclusive, cover deferments under moratorium acts. Decrease in 1945 represents adjustment of Klamath drainage contract under contract of Apr. 28, 1943.

[2] Moratorium period.

[3] 1945. Adjustment, Klamath Drainage District.

[4] Adjustment between divisions.

## OPERATION AND MAINTENANCE ASSESSMENTS HISTORY—MISCELLANEOUS CONTRACTS

| Fiscal year | Accruals | Collections |
|---|---|---|
| 1918 | | |
| 1919 | | |
| 1920 | $ 352 | $ 352 |
| 1921 | 352 | 352 |
| 1922 | 352 | 352 |
| 1923 | 352 | 352 |
| 1924 | 472 | 472 |
| 1925 | 472 | 472 |
| 1926 | 472 | 472 |
| 1927 | 472 | 472 |
| 1928 | 485 | 485 |
| 1929 | 737 | 737 |
| 1930 | 551 | 551 |
| 1931 | 504 | 504 |
| 1932 | 505 | 505 |
| 1933 | 512 | 512 |
| 1934 | 525 | 525 |
| 1935 | 528 | 522 |
| 1936 | 561 | 555 |
| 1937 | 536 | 538 |
| 1938 | 544 | 548 |
| 1939 | 1,060 | 1,066 |
| 1940 | 1,082 | 1,076 |
| 1941 | 1,102 | 1,101 |
| 1942 | 1,140 | 1,134 |
| 1943 | 1,127 | 1,137 |
| 1944 | 1,177 | 1,179 |
| 1945 | 1,166 | 1,164 |
| 1946 | 1,180 | 1,165 |
| 1947 | 145 | 163 |
| 1948 | 153 | 153 |
| 1949 | 195 | 195 |
| 1950 | 183 | 183 |
| 1951 | 208 | 208 |
| 1952 | 249 | 249 |
| 1953 | 220 | 220 |
| 1954 | 220 | 220 |
| 1955 | 264 | 264 |
| 1956 | 526 | 526 |
| 1957 | 526 | 526 |
| 1958 | 852 | 613 |
| 1959 | 895 | 1,020 |
| 1960 | 967 | 881 |
| 1961 | 1,542 | 1,418 |
| 1962 | 1,542 | 1,419 |
| 1963 | 780 | 907 |
| 1964 | 1,820 | 1,859 |
| 1965 | 2,015 | 2,036 |
| 1966 | 2,081 | 1,985 |
| 1967 | 2,544 | 2,355 |
| 1968 | 2,439 | 2,120 |
| 1969 | 2,860 | 2,703 |
| **Total** | 41,544 | 40,523 |
| **Uncollected** | | 1,021 |

## Klamath Project—Summary Statement of Project Cost and Repayment As of June 30, 1969

| | Project total | DIVISION—100 PER CENT IRRIGATION | | | | | | | | Costs of US Air Force |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Main | Tule Lake | Lower Klamath Lake | Pumping | Bonanza Springs | Langell | Supplemental services | Unallocated | |
| ***Amount to be allocated*** | | | | | | | | | | |
| Irrigation plant | $21,627,312 | $2,624,523 | $14,379,297 | $2,016,973 | $963,021 | $38,350 | $1,030,623 | $35,632 | $368,068 | $170,825 |
| Corollary costs | 450,170 | | 441,935 | 8,235 | | | | | | |
| Total cost | 22,077,482 | 2,624,523 | 14,821,232 | 2,025,208 | 963,021 | 38,350 | 1,030,623 | 35,632 | 368,068 | 170,825 |
| Other charges | 84,299 | 80,610 | 326 | 774 | 1,279 | 363 | 947 | | | |
| Total | 22,161,781 | 2,705,133 | 14,821,558 | 2,025,982 | 964,300 | 38,713 | 1,031,570 | 35,632 | 368,068 | 170,825 |
| ***Repayments and other credits*** | | | | | | | | | | |
| Repayment realized: | | | | | | | | | | |
| Repayments realized from other sources | 53,463 | 52,845 | 618 | | | | | | | |
| Repayment contracts matured | 5,113,066 | 2,285,766 | 1,452,457 | 98,834 | 432,686 | 38,713 | 773,200 | 31,410 | | |
| Contributions | 344,415 | 344,177 | 238 | | | | | | | |
| Excess of income over expense | 11,374,568 | (33,616) | 10,867,725 | 397,608 | 6,190 | | 28,255 | 111,913 | (3,507) | |
| Reserve for depreciation | 35,442 | | | | | | | | 35,442 | |
| Total repayment realized | 16,920,954 | 2,649,172 | 12,321,038 | 496,442 | 438,876 | 38,713 | 801,455 | 143,323 | 31,935 | |
| Anticipated future repayment: | | | | | | | | | | |
| Repayment contracts unmatured | 2,784,546 | 8,231 | 2,500,520 | | 72,122 | | 196,332 | 7,341 | | |
| Future repayment contracts | 55,000 | | | | | | 55,000 | | | |
| Excess of income over expense | 1,835,673 | | | 1,529,540 | | | | | 306,133 | |
| Total anticipated future repayment | 4,675,219 | 8,231 | 2,500,520 | 1,529,540 | 72,122 | | 251,332 | 7,341 | 306,133 | |
| Total repayment | 21,596,173 | 2,657,403 | 14,821,558 | 2,025,982 | 510,998 | 38,713 | 1,052,787 | 150,664 | 338,068 | |
| Other credits: | | | | | | | | | | |
| Repayment reductions authorized | 63,473 | 63,473 | | | | | | | | |
| U.S. Air Force headquarters facilities | 170,825 | | | | | | | | | 170,825 |
| Bureau of Land Management water right studies | 30,000 | | | | | | | | 30,000 | |
| Loan Program—P. L. 84-984 | 460,960 | | | | 460,960 | | | | | |
| Total repayments and other credits | 22,321,431 | 2,720,876 | 14,821,558 | 2,025,982 | 971,958 | 38,713 | 1,052,787 | 150,664 | 368,068 | 170,825 |
| Excess of repayment over cost | 159,650 | 15,743 | | | 7,658 | | 21,217 | 115,032 | | |

KLAMATH PROJECT—ESTIMATED PAYOUT SCHEDULE—CONTRACTED RETURNS

| Fiscal year | Amount |
|---|---|
| Through 1969 | $5,113,066 |
| 1970 | 140,028 |
| 1971 | 132,397 |
| 1972 | 127,799 |
| 1973 | 119,358 |
| 1974 | 117,729 |
| 1975 | 117,476 |
| 1976 | 117,043 |
| 1977 | 114,968 |
| 1978 | 114,673 |
| 1979 | 115,543 |
| 1980 | 101,240 |
| 1981 | 100,576 |
| 1982 | 100,569 |
| 1983 | 100,556 |
| 1984 | 100,599 |
| 1985 | 91,597 |
| 1986 | 91,597 |
| 1987 | 91,597 |
| 1988 | 91,597 |
| 1989 | 91,597 |
| 1990 | 91,597 |
| 1991 | 91,597 |
| 1992 | 91,597 |
| 1993 | 91,597 |
| 1994 | 91,597 |
| 1995 | 91,597 |
| 1996 | 70,718 |
| 1997 | 40,707 |
| Total | 7,952,612 |

Reconstruc
found feasib
1946, pursua
(53 Stat. 118
was submitte
authorized c
31, 1946 (5C
for the deve
supply for a
Idaho, and
about 4,000
During th
service and
and 1,880 a
produced on
for an avera
population
creased fron
In 1906,
water into a
through woo
ply was aug
providing f
storage cap
system, the
assisted by
1939 throu
concrete be
Under th
and enlarge
local intere
tems were
to the latter
dams, feede
treatment p
300,000 fee
and 300,00
water.