UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al., | ) | No. 01-591-FMA |
| Plaintiffs, | ) | Judge Francis M. Allegra |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| and | ) | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF JOINDER OF *AMICI*, WATERWATCH OF OREGON, THE WILDERNESS SOCIETY, KLAMATH FOREST ALLIANCE, OREGON NATURAL RESOURCES COUNCIL, NORTHCOAST ENVIRONMENTAL CENTER, INSTITUTE FOR FISHERIES RESOURCES, AND SIERRA CLUB, IN *AMICUS* BRIEF OF NATURAL RESOURCES DEFENSE COUNCIL IN SUPPORT OF FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CONTRACT CLAIMS**

*Amici*, WaterWatch of Oregon, The Wilderness Society, Klamath Forest Alliance, Oregon Natural Resources Council, Northcoast Environmental Center, Institute for Fisheries

Resources, and Sierra Club ("WaterWatch"), hereby notify the Court and other parties that they join in the brief *amicus curiae* filed today by the Natural Resources Defense Council in support of Federal Defendants' Motion for Summary Judgment on Plaintiffs' Contract Claims. WaterWatch will not file a separate *amicus* brief in support of this motion.

Respectfully submitted this 27th day of February, 2006.

/s/ Todd D. True
TODD D. TRUE (WSB #12864)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
ttrue@earthjustice.org

ROBERT B. WIYGUL (LA BAR #17411)
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS 39530
(228) 374-0700
(228) 374-0725 *[FAX]*
robert@waltzerlaw.com

*Attorneys for Amici WaterWatch of Oregon, The Wilderness Society, Klamath Forest Alliance, Oregon Natural Resources Council, Northcoast Environmental Center, Institute for Fisheries Resources, and Sierra Club*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On February 27, 2006, I served a true and correct copy of the following documents on the parties listed below:

1. Notice of Joinder of *Amici*, WaterWatch of Oregon, The Wilderness Society, Klamath Forest Alliance, Oregon Natural Resources Council, Northcoast Environmental Center, Institute for Fisheries Resources, and Sierra Club, in *Amicus* Brief of Natural Resources Defense Council in Support of Federal Defendants' Motion for Summary Judgment on Contract Claims.

| | |
|---|---|
| Roger J. Marzulla | |
| Nancie G. Marzulla | ☐ via facsimile |
| Marzulla & Marzulla | ☐ via overnight courier |
| 1350 Connecticut Avenue, N.W., Suite 410 | ☐ via first-class U.S. mail |
| Washington, D.C. 20036 | ☐ via hand delivery |
| Phone: 202-822-6760 | ☐ via e-mail |
| Fax No. 202-822-6774 | ☒ via electronic service by the Clerk |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| Kristine Tardiff | |
| U.S. Department of Justice | ☐ via facsimile |
| Environment & Natural Resources Division | ☐ via overnight courier |
| c/o U.S. Attorney's Office | ☐ via first-class U.S. mail |
| 55 Pleasant Street, Suite 352 | ☐ via hand delivery |
| Concord, NH 03301 | ☐ via e-mail |
| Phone: 603-225-1562 | ☒ via electronic service by the Clerk |
| Fax No. 603-225-1577 | |
| *Attorneys for Federal Defendant* | |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| Robin L. Rivett<br>Scott Andrew Shepard<br>Pacific Legal Foundation<br>3900 Lennane Drive, Suite 200<br>Sacramento, CA 95834<br>Phone: 916-419-7111<br>Fax No. 916-419-7747<br>*Attorneys for Amicus Curiae Oregon Farm Bureau Federation, California State Grange, Greenhorn Grange and Pacific Legal Foundation* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| Curtis G. Berkey<br>Alexander, Berkey, Williams & Weathers, LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br>Phone: 510-548-7070<br>Fax No. 510-548-7080<br>*Attorney for Amicus Curiae Yurok and Klamath Tribes* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| John D. Echeverria<br>Georgetown Environmental Law and Policy Institute<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001-2075<br>Phone: 202-662-9863<br>Fax No. 202-662-9005<br>*Attorney for Amicus Curiae Natural Resources Defense Council* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |
| Loren William Collins<br>David E. Leith<br>Assistant Attorneys General<br>Oregon Attorney General's Office<br>Oregon Department of Justice<br>1162 Court Street N.E.<br>Salem, OR 97301-4096<br>Phone: 503-378-6313<br>Fax No. 503-378-3465<br>*Attorneys for Amicus Curiae State of Oregon* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via electronic service by the Clerk |



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of February, 2006, at Seattle, Washington.

Catherine Hamborg



*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*