IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-591 L |
| UNITED STATES OF AMERICA, | ) | Judge Francis M. Allegra |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned Carl Ullman hereby appears as Council of Record for the amicus curiae Klamath Tribes. Previously, Mr. Curtis Berkey was listed as Council of Record for both the Klamath Tribes and the Yurok Tribe. Mr. Berkey remains Council of Record for the Yurok Tribe. Please serve all future filings on both Mr. Ullman for the Klamath Tribes and Mr. Berkey for the Yurok Tribes.

Carl Ullman
Klamath Water Project
Box 957
Chiloquin, OR 97624
Phone: 541 783 3081
Fax: 541 783 2609
Email: bullman3@earthlink.net

Respectfully submitted this 2 day of March, 2006.

______/s/_________________
Carl Ullman
Klamath Water Project
Box 957
Chiloquin, OR 97624
Phone: 541 783 3081
Fax: 541 783 2609
Email: bullman3@earthlink.net

**DECLARATION OF SERVICE**

I hereby certify that on March 2, 2006, I electronically filed the foregoing document in Klamath Irrigation District, et al. v United States of America, No. 01-591L:

**NOTICE OF APPEARANCE**

with the Clerk of the Court through the CM/ECF System, which sent notification of such filing to the following:

Kristine S. Tardiff
Environment & Natural Resources Division
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
kristine.tardiff@usdoj.gov

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
nancie@marzulla.com

John D. Echeverria
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, D.C. 20001
echeverj@law.georgetown.edu

Todd D. True
Earthjustice Legal Defense Fund
705 Second Avenue, Suite 203
Seattle, WA 98104
ttrue@earthjustice.org

Scott Andrew Shepherd
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
sas@pacificlegal.org

Loren William Collins
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301-4096
loren.collins@state.or.us

Curtis Berkey
Scott Williams
Alexander, Berkey, Williams & Weathers
2030 Addison St., Suite 410
Berkeley, CA 94704
cberkey@abwwlaw.com

I declare under penalty of perjury that the foregoing is true and correct,

/s/ Carl Ullman
Box 957
Chiloquin, OR 797624
Phone 541 783 3081
bullman3@earthlink.net