**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 01-591 L |
| | ) | |
| v. | ) | Judge Francis Allegra |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that the undersigned Curtis Berkey hereby substitutes Carl Ullman as Counsel of Record for amicus curiae Klamath Tribes in the above-captioned case. Mr. Ullman has entered his appearance as Counsel of Record for the Klamath Tribes. Mr. Berkey remains Counsel of Record for amicus curiae Yurok Tribe. Please serve all future filings on Mr. Ullman for the Klamath Tribes and Mr. Berkey for the Yurok Tribe.

Respectfully submitted this 6th day of March, 2006.

/s/ Curtis G. Berkey
Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Amicus Yurok Tribe*

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

I hereby certify that on March 6, 2006, I electronically filed the foregoing document in Klamath Irrigation District, et al. v United States of America, No. 01-591L:

**1) NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court through the CM/ECF System, which sent notification of such filing to the following:

Kristine S. Tardiff
Environment & Natural Resources Division
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
kristine.tardiff@usdoj.gov

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
nancie@marzulla.com

John D. Echeverria
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, D.C. 20001
echeverj@law.georgetown.edu

Todd D. True
Earthjustice Legal Defense Fund
705 Second Avenue, Suite 203
Seattle, WA 98104
ttrue@earthjustice.org

Scott Andrew Shepherd
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
sas@pacificlegal.org

Carl Ullman
Klamath Tribe Legal Office
P.O. Box 957
Chiloquin, OR 97624
bullman3@earthlink.net

Loren William Collins
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301-4096
loren.collins@state.or.us

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 6, 2006, at Berkeley, California.

/s/Martha Morales
Martha Morales