# In The United States Court of Federal Claims

No. 01-591 L

(Filed: December 20, 2005)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

Based on the order entered this day, denying plaintiff's Motion to Certify for Interlocutory Appeal or, in the Alternative, for Entry of Judgment under Rule 54(b), the following schedule for further proceedings in these cases is established:

1. On or before January 20, 2006, defendant shall file a motion for summary judgment concerning the application herein of the sovereign acts and/or unmistakability doctrines, in which motion the defendant-intervenor may join.

2. The timing of subsequent responses and replies to that motion shall be governed by the appropriate provisions of this court's rules.

3. Any *amici* who or which have previously participated in this case are authorized to file briefs with regard to the described motion. Said briefs shall be filed no later than seven (7) calendar days after the filing of the party that the *amicus* is supporting. These filings will not affect the due dates prescribed by paragraph 2.

**IT IS SO ORDERED**.

s/ Francis M. Allegra

Judge