# In The United States Court of Federal Claims

No. 01-591 L

(Filed: April 4, 2006)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

**ORDER**

On April 3, 2006, Natural Resources Defense Council, amicus, filed a motion for leave to file a notice of supplemental authority. The motion is hereby **GRANTED**. In the interests of fairness, plaintiffs' response to defendant's motion for summary judgment shall be filed on or before April 26, 2006.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge