# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, Defendant-Intervenor. | No. 01-591 L<br>Hon. Francis M. Allegra |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, Plaintiffs move for a 10-day extension of time, to and including April 28, 2006, in which to file their opposition to Defendant's Motion for Summary Judgment. Defendant's counsel has indicated that Defendant does not oppose the granting of this motion. This is the second such enlargement Plaintiffs have sought. Plaintiffs will not seek any further extensions for the filing of their opposition.

Plaintiffs seek an enlargement of time in which to file their opposition to allow Plaintiffs' counsel sufficient time to prepare Plaintiffs' opposition to Defendant's motion. Although Plaintiffs' counsel believed the previous extension would allow for sufficient time in which to prepare a response, Plaintiffs' counsel had to conduct an unscheduled trial in the U.S. District Court for the Northern District of Iowa last week. Plaintiffs' counsel filed a motion for a preliminary injunction in district court on April 5, 2006, the district court held the trial the following week. This unexpectedly scheduled trial altered the schedule Plaintiffs' counsel had set for opposing Defendant's motion for summary judgment. Moreover, following that trial

Plaintiffs' counsel left for regularly scheduled vacation further complicating Plaintiffs' ability to respond to Defendant's motion.

For the foregoing reasons, Plaintiffs request that this Court grant their unopposed motion for an enlargement of time.

Respectfully submitted,

s/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (fax)

Dated: April 17, 2006