**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., Plaintiffs, v. | ) | |
| UNITED STATES OF AMERICA, | ) | No. 01-591 L |
| Defendant, | ) | Hon. Francis M. Allegra |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, Defendant-Intervenor. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CONTRACT CLAIMS**

Plaintiffs move to exceed the page limits for their Opposition to Defendant's Motion for Summary Judgment as to Plaintiffs' Contract Claims by 13 pages. RCFC 5.2(b)(3) provides that "[e]xcept by leave of the court on motion, reply briefs or memoranda shall not exceed 20 pages by any process of duplication or copying or 30 pages were a response to a motion is included."

In this case, Defendant's motion for summary judgment rests on complex legal doctrines, the sovereign acts and the impossibility doctrines, and implicates numerous factual issues, which are in dispute. In order to adequately respond to these issues, Plaintiffs will need 13 additional pages in which to fully address all issues raised by Defendant's motion.

Defendant's counsel does not oppose the granting of this Motion.

Accordingly, Plaintiffs request leave to exceed the page limits by 13 pages for Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment as to Plaintiffs' Contract Claims.

Respectfully submitted,

_s/ Nancie G. Marzulla___________

Nancie G. Marzulla
Roger J. Marzulla
Zachary N. Somers
MARZULLA & MARZULLA
1350 Connecticut Ave., NW,
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: April 28, 2006

Counsel for Plaintiffs

Of Counsel:

William M. Ganong
General Counsel
Klamath Irrigation District
514 Walnut Avenue
Klamath Falls, OR 97601
Phone: 541-882-7228
Fax: 541-883-1923

Paul S. Simmons
Somach, Simmons & Dunn
813 6th Street, 3rd Floor
Sacramento, CA 95814-2403
Phone: (916) 446-7979
Fax: (916) 446-8199