**UNITED STATES DEPARTMENT OF THE INTERIOR**
**Bureau of Reclamation**
**Klamath Falls, Oregon**

**2006 Klamath Basin Pilot Water Bank**
**Instructions**

The Bureau of Reclamation announces a request for bids for the 2006 Pilot Water Bank (Water Bank). The purpose of the Water Bank is to comply with the 2002 NOAA-Fisheries Biological Opinion on Klamath Project Operations, which requires Reclamation to make 100,000 acre-feet of water available to benefit endangered coho salmon. Participation is open to all users of surface water above Keno Dam, including non-Project users, EXCEPT lands above Harpold Dam on the Lost River, Federal lease lands, and lands under temporary surplus water contracts ("C lands"). Reclamation is accepting applications from individuals, groups of individuals, partnerships, and companies who desire to participate in this program in exchange for a payment.

**A. Program Definitions and Eligibility**

1. The open bid portion of the Water Bank will consist of two components:
   a. Dryland Operation – Field units accepted under this program are not to be irrigated by any method between the date of application and October 31, 2006.
   b. Groundwater Substitution Options – Field units accepted under this program are to shift between surface water irrigation and groundwater irrigation at Reclamation's discretion any time between the date of application and October 31, 2006.
      i. This represents a change from previous years, in which groundwater was substituted for surface water for the entire irrigation season. For 2006, groundwater will be substituted for surface water ONLY at Reclamation's specific request. Payment will be based on the documented quantity of groundwater pumped.
      ii. It is possible Reclamation may not make a request for groundwater substitution at any time during the irrigation season. In that event, no payment will be made.
      iii. Oregon landowners **MUST** hold a Supplemental Water Right for the groundwater sources and fields in this program and provide documentation, as no Drought Permits will be issued this year.
2. Eligibility is limited to field units which have been irrigated in the recent past. Lands **MUST** have been irrigated (surface or ground water) in at least one of the past three years (2003, 2004, or 2005). Proof of irrigation must be provided in the form of district water bills, pumping logs, irrigation diaries, etc.
3. Only complete field units of at least 20 contiguous acres are eligible.

**B. Ranking and Selection Process**

1. Applicants are to submit a **bid price per acre** on the attached application.
2. The ranking and selection process will be the same as for 2005.
   a. Applications for Dryland Operation will be scored on the basis of consumptive use of irrigation water, *i.e.*, irrigation water lost to evapotranspiration ($ET_{iw}$), which varies primarily according to crop type and soil texture. Irrigation water which is not lost to $ET_{iw}$ remains available for irrigation use elsewhere and offsets diversions for those areas. $ET_{iw}$ will be estimated for each application using a Geographic Information System (GIS) model that incorporates crop and soil surface texture. The bid price per acre will be divided by $ET_{iw}$ to calculate a bid price per acre-foot of consumed irrigation water.
   b. Applications for Groundwater Substitution Options will be scored on the basis of estimated irrigation requirement (EIR), which varies primarily according to crop and soil type. EIR will be estimated for each application using a GIS model that incorporates crop and soil types. The bid price per acre will be divided by EIR to calculate a bid price per acre-foot of irrigation water.

c. Selection of applications will favor the least expensive water, but preference will also be given to applications or groups of applications representing large contiguous acreages that minimize edge effects. Collaboration among adjacent landowners is encouraged.

3. Reclamation must make assumptions about the 2006 crop types based on the 2005 crop type or the cover/crop residue existing at the time of application. Applicants **MUST** submit a map with the application that clearly indicates the 2005 crop or current cover on **EVERY** field unit offered for this program.

4. If you would like to discuss the technical aspects of your application and/or see how Reclamation estimates the irrigation water consumption for the unique combination of crops and soils on your property, please call our office at 541-883-6935 to schedule an appointment with Mike Neuman, GIS Specialist.

**C. Land Management**

1. Grazing and harvesting of non-irrigated crops on field units will be allowed.

2. Participants are responsible to ensure establishment and maintenance of cover to sufficiently control soil erosion by wind or water on bare field units no later than April 30, 2006, unless Reclamation determines a later date.

3. **Noxious weeds and pests must be controlled at the participant's expense in compliance with State and County ordinances. All common weeds must be kept less than 12 inches tall by methods other than tilling.**

4. For fire control purposes, plants located within 30 feet of buildings shall be mowed to a height of not more than 6 inches subsequent to reaching a height of 24 inches.

5. Participants are responsible for all taxes, assessments, and any other obligations related to any field units included in the Water Bank.

**D. Contracts and Payments**

1. All selected applicants will be offered a contract with the United States covering the period from which the contract is executed through October 31, 2006.

2. All Selected applicants will be required to register with the Central Contractor Registration database (CCR) to comply with Federal Acquisition Regulations.

3. Compensation will be paid in a lump sum no later than November 30, 2006.

**E. Application Procedure**

1. A single application should include all the field units within a common irrigation system (i.e., wheel line, center pivot, etc.), to simplify operation if the application is accepted. It is **not** necessary to submit a separate application for each crop type in a group of fields under the same irrigation system.

2. Use the attached form to submit one application per contiguous block of fields. If you have questions, please contact Jennifer Birri, Mike Neuman, or Jon Hicks by phone at 541-883-6935 or by e-mail at jbirri@mp.usbr.gov, mneuman@mp.usbr.gov, or jhicks@mp.usbr.gov.

3. Completed and signed applications and **all** of the documentation must be received using the attached form (facsimiles NOT accepted) by 4 p.m. PST on Thursday, February 16, 2006. **Incomplete applications will not be processed.**

Application(s) must be submitted to:Klamath Basin Area Office
U.S. Bureau of Reclamation
Attention: 2006 Pilot Water Bank
6600 Washburn Way
Klamath Falls, Oregon 97603
Phone (541) 883-6935, Fax (541) 884-9053