# United States Department of the Interior

BUREAU OF RECLAMATION
Klamath Basin Area Office
6600 Washburn Way
Klamath Falls, Oregon 97603

RECEIVED

OCT 24 2002

Klamath Irrigation District

IN REPLY REFER TO:

KO-700
RES-3.10

OCT 22 2002

David Solem
Klamath Irrigation District
6640 KID Lane
Klamath Falls, OR 97603

Subject: Klamath Basin Conservation Implementation Program

This letter serves as an invitation to you and to your organization to participate in the development of an extremely important program to assist in the long-term recovery of threatened coho salmon and the endangered Lost River and shortnose suckers in the Klamath Basin.

On May 31, 2002, the National Marine Fisheries Service (NOAA Fisheries) issued its jeopardy biological opinion on the effects of the Bureau of Reclamation's 10-year Klamath Project. That opinion's reasonable and prudent alternative (RPA), among other requirements, requires Reclamation to convene a "Conservation Implementation Committee" to: (1) establish a science review panel; (2) identify and implement recovery actions beyond the operation of the Klamath Project to supplement main-stem flows and improve habitat conditions for coho salmon; and (3) further develop information to define the relative importance of mainstem habitat to coho salmon.

As required under the NOAA Fisheries' RPA, Reclamation is in the process of developing the concept of a Conservation Implementation Program for the Klamath Basin and we need your organization's help. To facilitate this effort, Reclamation is convening a one-day workshop to introduce the concept of a Klamath basin-wide program to assist in the recovery of listed salmon and suckers. Because Reclamation is considering using the Upper Colorado Recovery Implementation Program as a model for the Klamath basin, the workshop will include a panel discussion on the Upper Colorado Program. Panel members will explain the history of that program and answer questions from meeting participants. The workshop will also include agency representatives from Reclamation, NOAA Fisheries and the U.S. Fish and Wildlife Service to explain agency views regarding a Klamath Basin Conservation Implementation Program.

We anticipate that implementation of the requirements from NOAA Fisheries will require the coordinated and cooperative efforts of federal, state, and tribal governments, and many of the stakeholders involved in the Klamath Basin. The workshop will begin at 8:30 am on November 14, 2002 at Oregon Institute of Technology's Shasta Room.

Please confirm your attendance by contact my office at (541) 883-6935 or by e-mail to dsabo@mp.usbr.gov

Sincerely,

Dave Sabo
Area Manager

Enclosures