..............................................................
(Original Signature of Member)

109TH CONGRESS
2D SESSION

# H. R. ____

To direct the Secretary of Commerce to provide emergency disaster assistance to mitigate the economic losses caused by declining Klamath River salmon and to develop and implement a research and recovery plan for Klamath River salmon, and for other purposes.

---

IN THE HOUSE OF REPRESENTATIVES

Mr. THOMPSON of California introduced the following bill; which was referred to the Committee on ______________________________

---

# A BILL

To direct the Secretary of Commerce to provide emergency disaster assistance to mitigate the economic losses caused by declining Klamath River salmon and to develop and implement a research and recovery plan for Klamath River salmon, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. IMPLEMENTATION OF KLAMATH RIVER SALMON PROTECTION MEASURES AND DISASTER ASSISTANCE.**

(a) KLAMATH RIVER FALL CHINOOK AND COHO SALMON PROTECTION MEASURES.—

(1) IN GENERAL.—The Secretary of Commerce shall develop and implement a coordinated, comprehensive research and recovery program for Klamath River Fall Chinook salmon and Klamath River Fall Coho salmon.

(2) PROGRAM FEATURES.—The program shall be designed to study or implement—

(A) in-river monitoring of Ceratomyxa Shasta and Parvicapsula minibicornus, and implementation of any immediate protective measures against such pathogens;

(B) additional ocean and in-river fisheries population monitoring;

(C) completion of a recovery plan for Coho salmon on the Klamath River;

(D) operation and maintenance of stream gauges for flow monitoring on the Klamath River and its tributaries, including the Shasta, Scott, Salmon and Trinity Rivers;

(E) fish passage in the Klamath National Forest, and Six Rivers National Forest; and

(F) restoration of aquatic habitats in the Klamath River basin with emphasis on the Klamath and its tributaries below Iron Gate Dam.

(3) DEADLINE FOR ISSUANCE OF RECOVERY PLAN.—The Secretary shall issue a recovery plan for Coho salmon on the Klamath River for purposes of paragraph (2)(C) by not later than 6 months after the date of the enactment of this Act.

(4) APPROPRIATION.—

(A) IN GENERAL.—To implement out the program developed under this subsection, there is appropriated to the Secretary of Commerce $45,000,000, which shall remain available until expended.

(B) LIMITATION ON USE OF FUNDS.—None of the amounts appropriated under this paragraph may be distributed before the date the Secretary issues a salmon recovery plan under paragraph (3).

(b) EMERGENCY DISASTER ASSISTANCE.—

(1) AUTHORIZATION OF PAYMENT.—The Secretary of Commerce shall make a direct payment to the Pacific States Marine Fisheries Commission to distribute to fishing communities, Indian tribes,

businesses, holders of community development quotas issued under the Magnuson-Stevens Fishery Conservation and Management Act, individuals, and other entities as emergency disaster assistance to mitigate the economic losses caused by declining Klamath River Fall Chinook salmon.

(2) PAYMENT RECIPIENT REPORTS.—The Secretary of Commerce shall require that the Pacific States Marine Fisheries Commission shall, within 6 months after receiving a payment under this subsection, submit to the Secretary of Commerce and the Committee on Appropriations of the House of Representatives and the Senate a report describing the persons to whom the payment was distributed and the rationale for such distributions.

(3) EXCLUSION OF PAYMENTS FROM GROSS INCOME.—For purposes of the Internal Revenue Code of 1986—

(A) EXCLUSION.—Gross income shall not include any amount received as a payment or distribution under paragraph (1).

(B) DENIAL OF DOUBLE BENEFIT.—Rules similar to the rules of subsections (g)(3) and (h) of section 139 of such Code shall apply with

respect to any amount excluded under subparagraph (A).

(4) APPROPRIATION.—There is appropriated to the Secretary of Commerce $81,000,000 to make payments under this subsection.

(c) REPORTS BY SECRETARIES.—Not later than one year after the date of the enactment of this Act, and annually thereafter, the Secretary of Commerce shall report to the Congress on progress in implementing subsection (a) and specifically note how projects under subsection (a) have increased water quantity, improved water quality, increased salmon populations, and specifically benefited salmon spawning habitat.