**The National Academies**
**Division on Earth and Life Studies**
**Board on Environmental Studies and Toxicology**

**Proposal No. 05-DELS-204-01**

# Further Studies on the Klamath Basin

A multidisciplinary committee will be established to evaluate new scientific information that has become available since the National Research Council issued its 2004 report on Endangered and Threatened Fishes in the Klamath River Basin. The new information to be evaluated by the committee will include two new reports on (1) the hydrology of the Klamath Basin and (2) habitat needs for anadromous fish in the Klamath River, including coho salmon. The committee will also identify additional information needed to better understand the basin ecosystem.

To complete its charge, the committee will:

1. Review and evaluate the methods and approach used in the Natural Flow Study to create a representative estimate of historical flows and the Hardy Phase II studies, to predict flow needs for coho and other anadromous fishes.

2. Review and evaluate the implications of those studies' conclusions within the historical and current hydrology of the upper basin; for the biology of the listed species; and separately for other anadromous fishes.

3. Identify gaps in the knowledge and in the available scientific information.

Questions for the committee to consider might include the following:

Natural Flow Study

- Is the period of record used in the Natural Flow Study (1949-2000) appropriate, or is it too wet, too dry, too variable, or otherwise potentially capable of producing misleading results?

- Would extending the period of record to include unverifiable or incomplete data sets affect the reliability of the study's outcome?

- Do the data sets identified for use in the study represent a thorough and comprehensive search or are there potential sources that were not considered?

- Are the data used in the evaluations of pre-agricultural development conditions reasonable in terms of completeness, accuracy, and areal coverage?

- Are the methods of reconstructing the historical record where data are not available reasonable?

- Are there other factors that would affect the water budgets for the river and the lakes that should have been considered?

- Are the data and methods used to estimate evaporation and evapotranspiration of both natural vegetation and crops appropriate for the climate and geographic location of this study?

- Are the supporting spreadsheets, maps, and other reference materials sufficient to evaluate how the study results were derived and to evaluate or recreate the results?

- Are the hydrology and engineering techniques used in the study sufficiently established as standard methods to apply in this model/study?

- Is the sensitivity analysis complete and accurate?

- Has the model been sufficiently verified and/or calibrated to allow confidence in the output?

- What role do depletions above and below the Klamath Project play in creating the current flow conditions in the mainstem Klamath River?

Hardy Phase II

- Are the data used in Hardy Phase II properly representative of predevelopment and current conditions?

- Is there merit in using an approach which utilizes habitat modeling with two sets of hydrologies for estimating the suitable habitat for coho salmon, i.e., historic river conditions and current hydrologic conditions with no depletions? Is one approach more reasonable? Should other approaches be considered?

- Is the methodology utilized appropriate for setting instream flows or is there a better method?

- Do the habitat-suitability assessments accurately reflect the biological needs of the anadromous fish including the listed coho salmon?

- Are the type, number, and location of study sites for cross-sections used in the application of the habitat suitability curves representative of the Klamath River main stem below Iron Gate Dam?

- To what degree are the tributaries of the main stem Klamath below Iron Gate Dam critical to a complete analysis?

- Are the hydrology and engineering techniques used in the study sufficiently established as standard methods to apply in this model/study?

- Is the sensitivity analysis complete and accurate?

- Has the model been sufficiently verified and/or calibrated to allow confidence in the output?

- What role do depletions above and below the Klamath Project play in creating the current flow conditions in the mainstem Klamath River?

- Are the supporting spreadsheets, maps, and other reference materials sufficient to evaluate how the study results were derived and to evaluate and recreate the results?

- Are the scientific and engineering techniques used in the study sufficiently established as standard methods to apply in this model/study?

- Has the model been sufficiently verified and/or calibrated to allow confidence in the results/output?

- Should distinctions be made for the various anadromous fishes' flow and habitat requirements, particularly for the coho salmon as compared to other species?

In its evaluations, the committee will consider water quality as well as flow volumes and seasonal flow patterns.