IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | No. 01-591 L |
| Defendant, | ) | Hon. Francis M. Allegra |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED RESPONSE TO FILINGS BY *AMICUS CURIAE* NATURAL RESOURCES DEFENSE COUNCIL**

On February 27, 2006, Natural Resources Defense Council (NRDC) filed a brief *amicus curiae* (Docket No. 267) in support of Defendant's pending motion for summary judgment in the above-referenced case. Subsequently, on three separate occasions (March 15, 2006 (Docket No. 272), April 3, 2006 (Docket No. 273), and April 19, 2006 (Docket No. 277)), NRDC moved for leave to file notices of supplemental authority.[1] For the reasons set forth below, Plaintiffs ask for leave to file a consolidated response to these four filings, on or before May 5, 2006.

**Argument**

There is no right to participate in a pending case as *amicus curiae* nor is there any rule in the Court of Federal Claims regarding the filing of an *amicus* brief; the decision of whether to allow participation is left entirely to the discretion of the court. *Wolfchild v. United States*, 62 Fed. Cl. 521, 536 (2004) (citation omitted); *see also Nat'l Org. for Women, Inc. v. Scheidler*, 223

[1] The Court granted each motion for leave to file notices of supplemental authority. The *amicus* brief was not accompanied by a motion for leave to file, thus, the docket contains no order granting leave to file the brief.

F.3d 615, 616 (7th Cir. 2000). With regard to the pending summary judgment motion, NRDC has not only submitted an *amicus curiae* brief, but it has also filed multiple motions to submit other materials in this lawsuit, all of which require a response from Plaintiffs. *See*, *e.g.*, Docket Nos. 272, 273, 277, and 278. For example, NRDC's motion to file the *State Resources Control Board Cases*, 39 Cal. Rptr. 3d 189 (Cal. Ct. App. 2006), a decision out of the California Court of Appeals, is more than 100 pages in length and involves fourteen different consolidated cases with detailed discussion of principles of California water law, with no apparent relevance to the pending motion for summary judgment. At least one judge in this court, referring specifically to NRDC's attempt to file *State Resources Control Board* as *amicus curiae* in another pending breach of contract case stated: "[m]aterial of this nature submitted by amicus is unhelpful." *Stockton East Water Dist. v. United States*, No. 04-541L, 2006 WL 932374 at *23 n.13 (Fed. Cl. Apr. 10, 2006).

The substantive brief of the *amicus curiae* is lengthy (34 pages) and raises complex arguments different from, or at odds with, the argument made by Defendant, and even the Court's own scheduling order. *See*, *e.g.*, brief *amicus curiae* at 2, 7-8 ("[T]he government's presentation offers a somewhat incoherent and confused understanding of the law. . . . parting ways with the United States, NRDC submits that the Court should *not* step past the issue of breach and proceed directly to the merits of the government contract defenses."). Responding to this *amicus curiae* brief, thus, requires additional time and preparation for Plaintiffs to adequately respond.

Accordingly, Plaintiffs ask this Court for permission to file a single, consolidated response to *amicus curiae* NRDC's multiple filings by May 5, 2006. Moreover, Plaintiffs also

ask the Court to establish a predictable schedule by which future *amicus* filings might occur in this case.

**Conclusion**

For the foregoing reasons, Plaintiffs' motion should be granted.

Respectfully submitted,

s/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
Zachary N. Somers
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (fax)

Dated: April 28, 2006

Counsel for Plaintiffs

Of Counsel:

William M. Ganong
General Counsel
Klamath Irrigation District
514 Walnut Avenue
Klamath Falls, OR 97601
Phone: 541-882-7228
Fax: 541-883-1923

Paul S. Simmons
Somach, Simmons & Dunn
813 6th Street, 3rd Floor
Sacramento, CA 95814-2403
Phone: (916) 446-7979
Fax: (916) 446-8199