# In The United States Court of Federal Claims

No. 01-591 L

(Filed: May 1, 2006)

KLAMATH IRRIGATION DISTRICT, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant-Intervenor.

## ORDER

On April 28, 2006, plaintiffs filed a motion for leave to file a consolidated response to filings by amicus curiae Natural Resources Defense Council. That motion is hereby **GRANTED**, **in part**, and **DENIED**, **in part**. On or before May 12, 2006, plaintiff may file a response to the filings by the Natural Resources Defense Council. However, that response shall be restricted to the issues raised in this court's order of December 20, 2005, and, in particular, shall not reargue issues and points already decided by this court.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge