IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KLAMATH IRRIGATION DISTRICT, *et al.*, | ) | |
| Plaintiffs, | ) | No. 01-591 L |
| v. | ) | |
| UNITED STATES OF AMERICA | ) | Judge Francis M. Allegra |
| Defendant, | ) | |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | ) | |
| Defendant-Intervenor | ) | |

**_AMICUS_ NATURAL RESOURCES DEFENSE COUNCIL'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AS TO PLAINTIFFS' CONTRACT CLAIMS**

*Amicus* Natural Resources Defense Council, Inc. ("NRDC") respectfully seeks leave, to the extent necessary, to file a reply memorandum in response to Plaintiffs' Supplemental Brief in Response to the Brief Amicus Curiae of Natural Resources Defense Council and to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment as to Plaintiffs' Contract Claims. The Court's Order of December 20, 2005 authorizes previously participating amici "to file briefs with regard to [the motion for summary judgment]," and that Order arguably encompasses the reply memorandum which NRDC is filing with the Court together with this motion. If so, this motion is completely unnecessary. If not, NRDC now seeks leave to file its reply memorandum. NRDC respectfully submits that the reply memorandum will assist the court in resolving whether the plaintiffs' contract claims are barred by the sovereign acts and/or unmistakability doctrines and, specifically, the relevance of Klamath Project subsidies in applying the sovereign acts and/or unmistakability doctrines. To NRDC's knowledge, the legal relevance of project subsidies is not being addressed by either defendant or defendant-intervenor. NRDC has coordinated with defendant-intervenor in order to avoid duplicative filings in response to plaintiffs' submissions.

For these reasons, NRDC respectfully requests that the Court grant leave to file a reply memorandum.

Respectfully submitted,

______________________________

John D. Echeverria
Sanju Misra
Georgetown Environmental Law & Policy Institute
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 662-9850

Hamilton Candee
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
(415) 777-0220

Counsel for Amicus Curiae NRDC

June 26, 2006