#066 491

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 4 2007
U.S. COURT OF FEDERAL CLAIMS

KLAMATH IRRIGATION DISTRICT et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant–Intervenor.

Nos. 01-591 L, 01-5910 L through 01-59125 L

Judge Francis M. Allegra

**NOTICE OF APPEAL**

Notice is given that all Plaintiffs in the above-captioned consolidated cases hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered on March 19, 2007. Pursuant to Rule 3(c)(1)(A) of the Federal Rules of Appellate Procedure, the names of Plaintiffs taking the appeal are:

KLAMATH IRRIGATION DISTRICT, an Oregon irrigation district
TULELAKE IRRIGATION DISTRICT, a California irrigation district
KLAMATH DRAINAGE DISTRICT, an Oregon drainage district
POE VALLEY IMPROVEMENT DISTRICT, an Oregon improvement district
SUNNYSIDE IRRIGATION DISTRICT, an Oregon irrigation district
KLAMATH BASIN IMPROVEMENT DISTRICT, an Oregon improvement district
KLAMATH HILLS DISTRICT IMPROVEMENT CO., an Oregon corporation for use or control of water
MIDLAND DISTRICT IMPROVEMENT CO., an Oregon corporation for use or control of water
MALIN IRRIGATION DISTRICT, an Oregon irrigation district
ENTERPRISE IRRIGATION DISTRICT, an Oregon irrigation district
PINE GROVE IRRIGATION DISTRICT, an Oregon irrigation district
WESTSIDE IMPROVEMENT DISTRICT NO. 4, a California improvement district
SHASTA VIEW IRRIGATION DISTRICT, an Oregon irrigation district
VAN BRIMMER DITCH CO., an Oregon corporation for use or control of water

FRED A. ROBISON
ALBERT J. ROBISON
LONNY E. BALEY
MARK R. TROTMAN
BALEY TROTMAN FARMS, a partnership
JAMES L. MOORE
CHERYL L. MOORE
DANIEL G. CHIN
DELORIS D. CHIN
WONG POTATOES INC., an Oregon corporation
MICHAEL J. BYRNE
DANIEL W. BYRNE
BYRNE BROTHERS, a partnership

Respectfully submitted,

Nancie Marzulla

Nancie G. Marzulla
Roger J. Marzulla
Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-822-6774 (facsimile)

Dated: May 3, 2007

Counsel for Plaintiffs