# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 2007-5115 - KLAMATH IRRIGATION V US

**Date of docketing:** 05/16/2007

**Appeal from:** United States Court of Federal Claims case no. 01-CV-591,01-5910 through 01-59125

**Appellant(s):** Klamath Drainage District, Albert J. Robison, Baley Trotman Farms, Byrne Brothers, Cheryl L. Moore, Daniel G. Chin, Daniel W. Byrne, Deloris D. Chin, Enterprise Irrigation District, Fred A. Robison, James L. Moore, Klamath Basin Improvement District, Klamath Irrigation District, Loony E. Baley, Malin Irrigation District, Mark R. Trotman, Michael J. Byrne, Midland District Improvement Co., Pine Grove Irrigation District, Poe Valley Improvement District, Shasta View Irrigation District, Sunnyside Irrigation District, Tulelake Irrigation District, Van Brimmer Ditch Co., Westside Improvement District No. 4 and Wong Potatoes, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Nancie G. Marzulla
Kristine S. Tardiff
Todd Dale True

# 2007-5115

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Francis M. Allegra**

**Nature of Suit: 512**

**Type of Case**: Taking - Realty

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY 16 2007
JAN HORBALY
CLERK

KLAMATH IRRIGATION, et al.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

RECEIVED
2007 MAY -8 PM 1:00
US COURT OF APPEALS
FEDERAL CIRCUIT

**CFC Docket No.:** 01-591 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: ~~December 8, 2006.~~ 3/19/07

**Notice of Appeal**: May 4, 2007.

**Fee**: $455.00.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5115

KLAMATH IRRIGATION DISTRICT, TULELAKE IRRIGATION DISTRICT, KLAMATH DRAINAGE DISTRICT, POE VALLEY IMPROVEMENT DISTRICT, SUNNYSIDE IRRIGATION DISTRICT, KLAMATH BASIN IMPROVEMENT DISTRICT, KLAMATH HILLS DISTRICT IMPROVEMENT CO., MIDLAND DISTRICT IMPROVEMENT CO., MALIN IRRIGATION DISTRICT, ENTERPRISE IRRIGATION DISTRICT, PINE GROVE IRRIGATION DISTRICT, WESTSIDE IMPROVEMENT DISTRICT NO. 4, SHASTA VIEW IRRIGATION DISTRICT, VAN BRIMMER DITCH CO., FRED A. ROBISON, ALBERT J. ROBISON, LOONY E. BALEY, MARK R. TROTMAN, BALEY TROTMAN FARMS, JAMES L. MOORE, CHERYL L. MOORE, DANIEL G. CHIN, DELORIS D. CHIN, WONG POTATOES, INC., MICHAEL J. BYRNE, DANIEL W. BYRNE, and BYRNE BROTHERS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Defendant.

Appeal from the United States Court of Federal Claims in 01-CV-591, 01-CV-5910 through 01-CV-59125, Judge Francis M. Allegra.

Authorized Abbreviated Caption[2]

KLAMATH IRRIGATION v US, 2007-5115

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.