# In The United States Court of Federal Claims

Nos. 01-591L, 01-5910L through 01-59125L

(Filed: June 2, 2011)

_____

KLAMATH IRRIGATION DISTRICT, *et al.*,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant,

  and

PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

        Defendant-Intervenor.

_____

**ORDER**

_____

On April 11, 2011, the Federal Circuit issued a mandate remanding the case to this court. On or before July 15, 2011, the parties, including defendant-intervenor, shall file a joint status report, with a proposed schedule if appropriate, indicating how this case should proceed.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge