# In The United States Court of Federal Claims

No. 01-591L

(Filed: July 18, 2011)

_____

KLAMATH IRRIGATION DISTRICT,
*ET AL.*

                        Plaintiffs,

    v.

THE UNITED STATES,

                        Defendant,

    And

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                        Defendant-Intervenor.

_____

**ORDER**

_____

On July 15, 2011, the parties filed a joint status report, indicating that defendant intends to file a motion to dismiss addressing whether this court has jurisdiction under 28 U.S.C. § 1500 following *United States v. Tohono O'Odham Nation*, 131 S. Ct. 1723 (2011). The motion to dismiss shall be briefed according to the following schedule:

1. On or before August 15, 2011, defendant and defendant-intervenor shall file their motions to dismiss;

2. On or before September 12, 2011, plaintiff shall file its response to defendant and defendant-intervenor's motions to dismiss; and

3. On or before September 26, 2011, defendant and defendant-intervenor shall file their replies to plaintiff's response.

**IT IS SO ORDERED.**

                                                         s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge