# In The United States Court of Federal Claims

No. 01-591L

(Filed:  August 10, 2011)

_____

KLAMATH IRRIGATION DISTRICT,
*ET AL.*

                                            Plaintiffs,

            v.

THE UNITED STATES,

                                            Defendant,

            And

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                        Defendant-Intervenor.

_____

**ORDER**

_____

On July 29, 2011, the defendant filed an unopposed motion for extension of time to file its motion to dismiss.  Defendant's motion is hereby **GRANTED**.  Accordingly:

1.      On or before August 22, 2011, defendant shall file its motion to dismiss;

2.      On or before September 19, 2011, plaintiff shall file its response to defendant to dismiss;

3.      On or before October 3, 2011, defendant shall file its reply to plaintiff's response; and

4.      All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge