# In The United States Court of Federal Claims

No. 01-591L

(Filed:  December 5, 2011)

_____

KLAMATH IRRIGATION DISTRICT,
*ET AL.*
                          Plaintiffs,

     v.

THE UNITED STATES,
                          Defendant,

     And

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                          Defendant-Intervenor.

_____

**ORDER**

_____

     On August 22, 2011, defendant filed a motion to dismiss pursuant to Rule 12(b)(1).  This motion is now fully briefed.  Proceedings in this case are hereby **STAYED** until this court issues its decision on a similar motion in *Petro-Hunt v. United States,* No. 00-512.

     **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge