# In The United States Court of Federal Claims

No. 01-591L

(Filed:  May 3, 2012)

_____

KLAMATH IRRIGATION DISTRICT,
*ET AL.*
       Plaintiffs,
  v.

THE UNITED STATES,
       Defendant,

  And

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

       Defendant-Intervenor.

_____

**ORDER**

_____

  On December 5, 2011, the court stayed proceedings in this case pending the court's decision on a similar motion in *Petro-Hunt v. United States,* No. 00-512.  That motion was decided in an opinion published on May 2, 2012.  Accordingly, the stay is hereby **DISSOLVED**.  Additionally, on or before June 15, 2012, defendant shall file an updated motion to dismiss, with subsequent briefs due as provided in RCFC 7.2(b).

  **IT IS SO ORDERED.**

                s/ Francis M. Allegra   
                Francis M. Allegra
                Judge