# In The United States Court of Federal Claims

No. 01-591L

(Filed: December 5, 2012)

_____

KLAMATH IRRIGATION DISTRICT,
*ET AL.*
                      Plaintiffs,

   v.

THE UNITED STATES,
                      Defendant,

   And

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                      Defendant-Intervenor.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Monday, January 14, 2013, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge