# In The United States Court of Federal Claims

No. 01-591L

(Filed: January 7, 2013)

_____

KLAMATH IRRIGATION DISTRICT,
*et al.*
                        Plaintiffs,

     v.

THE UNITED STATES,
                        Defendant,

     and

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                        Defendant-Intervenor.

_____

**ORDER**

_____

     The oral argument on defendant's motion to dismiss that was scheduled for Monday, January 14, 2013, has been cancelled. Chambers will contact the parties at a later time to reschedule.

     **IT IS SO ORDERED.**


                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge