# In The United States Court of Federal Claims

No. 01-591L

(Filed: February 22, 2013)

_____

KLAMATH IRRIGATION DISTRICT,
*et al.*
                         Plaintiffs,

    v.

THE UNITED STATES,
                         Defendant,

    and

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                         Defendant-Intervenor.

_____

**ORDER**

_____

      Today, the court held oral argument in this case.  Participating in the argument were Nancie Marzulla and Roger Marzulla, for plaintiffs, and Kristine Tardiff, for defendant.  Pursuant to discussions at oral argument, on or before March 1, 2013, each party shall file a one page memorandum that sets forth, in a sentence or two, the parties definition of the word "operative," as that word is used in cases defining what is a "claim" for purposes of 28 U.S.C. § 1500.  Each party may cite authority in support of their respective definition, but may not provide any argument in support thereof.

      **IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge