# In The United States Court of Federal Claims

Nos. 01-591L and 01-591L through 01-59125L

(Filed:  December 18, 2013)

_____

KLAMATH IRRIGATION DISTRICT,
*et al.*

                         Plaintiffs,

     v.

THE UNITED STATES,

                         Defendant,

     and

PACIFIC COAST FEDERATION OF
FISHERMAN'S ASSOCIATIONS,

                         Defendant-Intervenor.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Friday, January 3, 2014, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                             Judge